CLERK'S OFFICE  CO-932
UNITED STATES DISTRICT COURT  Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. _____
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 40.5(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk=s records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

---

The plaintiff, defendant or counsel must complete the following:

I. RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(e=s) below.]

- [ ] (a) relates to common property
- [x] (b) involves common issues of fact
- [x] (c) grows out of the same event or transaction
- [ ] (d) involves the validity or infringement of the same patent
- [ ] (e) is filed by the same pro se litigant

2. RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

Check box if new case is related to a dismissed case: [ ]

3. NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

4. CAPTION AND CASE NUMBER OF RELATED CASE(E=S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.

Judicial Watch, Inc.    v.   Food & Drug Administration (see over)    C.A. No. 7:561-RCL

April 12, 2007
DATE                    Signature of Plaintiff /Defendant (or counsel)

CO-932
Rev. 4/96
(cont'd)

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

## NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
## IN THIS OR ANY OTHER UNITED STATES COURT

**(continued)**

If the plaintiff in *Judicial Watch, Inc. v. Food & Drug Admin.,* No. 07:0561-RCL (D.D.C.) has a property interest in the documents that it requested under the Freedom of Information Act ("FOIA"), then this litigation and the *Judicial Watch* litigation arguably relate to "common property" as that term is used on the face of this form. Those documents constitute part of the administrative record in this action, and Judicial Watch and the plaintiffs here historically have shared Food & Drug Administration ("FDA") documents related to FDA's "morning-after pill" approvals.

In addition to the related *Judicial Watch* litigation in this Court, the plaintiffs or defendants in *Tummino v. von Eschenbach,* No. 05-00366-ERK-VVP (E.D.N.Y.) may contend that this litigation is related to *Tummino.* As plaintiffs here understand it, however, the *Tummino* plaintiffs challenge a different administration action (namely, denial of their rulemaking petition). To the extent that the *Tummino* plaintiffs object to the Supplemental New Drug Application ("SNDA") for "Plan B" that plaintiffs here challenge, the plaintiffs here understand the *Tummino* challenge to focus on non-final actions that FDA took during the processing of the SNDA (to which Plan B's sponsor apparently acquiesced), rather than FDA's final agency action in approving the SNDA as Plan B's sponsor amended it.