**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., <br>     1601 N. Tucson Blvd., Suite 9, <br>     Tucson, AZ 85716, <br><br> CONCERNED WOMEN FOR AMERICA, <br>     1015 Fifteenth St. NW, Suite 1100, <br>     Washington, DC 20005, <br><br> FAMILY RESEARCH COUNCIL, <br>     801 G Street, NW <br>     Washington, DC 20001, <br><br>     and <br><br> SAFE DRUGS FOR WOMEN, <br>     1015 Fifteenth St. NW, Suite 1100, <br>     Washington, DC 20005, <br><br>     Plaintiffs, <br><br>     v. <br><br> FOOD & DRUG ADMINISTRATION, <br>     5600 Fishers Lane <br>     Rockville, MD 20857, <br><br> ANDREW C. VON ESCHENBACH, <br>     COMMISSIONER OF FOOD & DRUGS, <br>     5600 Fishers Lane <br>     Rockville, MD 20857, <br>     in his official and individual capacities, <br><br>     and <br><br> UNITED STATES OF AMERICA, <br>     Defendants. | Civil Action No. _____ |

**CERTIFICATE REQUIRED BY LOCAL RULE LCVR 7.1**

    I, the undersigned counsel of record for plaintiffs American Physicians and Surgeons, Inc. ("AAPS"), Concerned Women for America ("CWA"), Family Research Council ("FRC"), and Safe Drugs for Women ("SDW"), certify that, to the best of my knowledge and belief, AAPS, CWA, FRC, and SDW are nonprofit corporations with no parent companies, subsidiaries,

affiliates that have outstanding securities in the hands of the public. These representations are made in order that judges of this Court may determine the need for recusal.

Dated: April 12, 2007                                    Respectfully submitted,

                                                                              /s/ Lawrence J. Joseph
                                                                              Lawrence J. Joseph, D.C. Bar No. 464777

                                                                              2121 K Street, NW, Suite 800
                                                                              Washington, DC 20037
                                                                              Telephone: (202) 669-5135
                                                                              Telecopier: (202) 318-2254

                                                                              *Counsel of Record for Plaintiffs American Physicians and Surgeons, Inc., Concerned Women for America, Family Research Council, and Safe Drugs for Women*