## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN ) <br> PHYSICIANS AND SURGEONS, INC., ) <br> CONCERNED WOMEN FOR AMERICA ) <br> FAMILY RESEARCH COUNCIL, and ) <br> SAFE DRUGS FOR WOMEN, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FOOD & DRUG ADMINISTRATION, ) <br> ANDREW C. VON ESCHENBACH, ) <br> COMMISSIONER OF FOOD & DRUGS, ) <br> and UNITED STATES OF AMERICA, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 07-668 (RCL) |

### PRAECIPE

THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney Jane M. Lyons as counsel for the following defendants in the above-captioned case: Food & Drug Administration, Andrew C. Von Eschenbach, Commissioner of Food and Drugs, in his official capacity, and United States of America.

Dated: June 12, 2007.

Respectfully submitted,

/s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161 / (202) 514-8780 (fax)
Jane.Lyons@usdoj.gov