AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ASSOCIATION OF AMERICAN PHYSICIANS
AND SURGEONS, INC., CONCERNED WOMEN
FOR AMERICA, FAMILY RESEARCH
COUNCIL, and SAFE DRUGS FOR WOMEN,

    *Plaintiffs,*

       V.

FOOD & DRUG ADMINISTRATION, ANDREW
C. VON ESCHENBACH, *Commissioner of Food &
Drugs, in his official and individual capacities,* and
UNITED STATES OF AMERICA,

    *Defendants.*

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00668
Assigned To : Lamberth, Royce C.
Assign. Date : 4/12/2007
Description: ASSOC. of AMERICAN v. FDA

TO: (Name and address of Defendant)

The Hon. Alberto Gonzales
U.S. Attorney General
U.S. Dep't of Justice, Room B-103
950 Pennsylvania Avenue, NW
Washington, DC 20530

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Joseph
2121 K Street, NW
Suite 800
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          APR 12 2007
CLERK                                                                   DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Mailed Apr. 27, 2007; Received Apr. 30, 2007 |
| NAME OF SERVER *(PRINT)* Lawrence J. Joseph | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

G ☐ Served personally upon the defendant. Place where served: _____

G ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

G ☐ Returned unexecuted: _____

G ☐ Other (specify): Certified Mail (see below).

### STATEMENT OF SERVICE FEES

| TRAVEL | $0.00 | SERVICES | $8.30 | TOTAL | $8.30 |
|---|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 25, 2007
              *Date*

*Signature of Server*

2121 K Street, NW, Suite 800
Washington, DC 20037

*Address of Server*

---

**SENDER: COMPLETE THIS SECTION**

Complete items 1, 2, and 3. Also complete Item 4 if Restricted Delivery is desired.
Print your name and address on the reverse so that we can return the card to you.
Attach this card to the back of the mailpiece, or on the front if space permits.

Article Addressed to:
The Hon. Alberto Gonzales
U.S. Attorney General
U.S. Dep't of Justice, Room B-103
950 Pennsylvania Avenue, NW
Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery
APR 30 2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)  ☐ Yes

Article Number (Transfer from service label): 7006 3450 0000 6771 3726

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540