AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ASSOCIATION OF AMERICAN PHYSICIANS
AND SURGEONS, INC., CONCERNED WOMEN
FOR AMERICA, FAMILY RESEARCH
COUNCIL, and SAFE DRUGS FOR WOMEN,

    *Plaintiffs,*

       V.

FOOD & DRUG ADMINISTRATION, ANDREW
C. VON ESCHENBACH, *Commissioner of Food &
Drugs, in his official and individual capacities,* and
UNITED STATES OF AMERICA,

    *Defendants.*

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00668
Assigned To : Lamberth, Royce C.
Assign. Date : 4/12/2007
Description: ASSOC. of AMERICAN v. FDA

TO: (Name and address of Defendant)

The Hon. Andrew C. von Eschenbach (official capacity)
Commissioner of Food & Drugs
SERVED: Daniel Meron, Esq., General Counsel (pursuant to 45 C.F.R. §4.1)
U.S. Department of Health & Human Services
200 Independence Avenue, S.W.,
Washington, DC 20201

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Joseph
2121 K Street, NW
Suite 800
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON          APR 1 2 2007
CLERK                                      DATE
[signature]
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Mailed Apr. 27, 2007; Received Apr. 30, 2007 |
| NAME OF SERVER (PRINT)   Lawrence J. Joseph | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Certified Mail. NOTE: served in same envelope as FDA.

### STATEMENT OF SERVICE FEES

| TRAVEL  $0.00 | SERVICES  $0.00 | TOTAL  $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 25, 2007
                    Date

*Signature of Server*

2121 K Street, NW, Suite 800
Washington, DC 20037

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ASSOCIATION OF AMERICAN PHYSICIANS
AND SURGEONS, INC., CONCERNED WOMEN
FOR AMERICA, FAMILY RESEARCH
COUNCIL, and SAFE DRUGS FOR WOMEN,

   *Plaintiffs,*

   V.

FOOD & DRUG ADMINISTRATION, ANDREW
C. VON ESCHENBACH, *Commissioner of Food &
Drugs, in his official and individual capacities,* and
UNITED STATES OF AMERICA,

   *Defendants.*

**SUMMONS IN A CIVIL CASE**

Case: 1:07-cv-00668
Assigned To : Lamberth, Royce C.
Assign. Date : 4/12/2007
Description: ASSOC. of AMERICAN v. FDA

TO: (Name and address of Defendant)

The Hon. Andrew C. von Eschenbach (individual capacity)
SERVED: Daniel Meron, Esq., General Counsel (pursuant to 45 C.F.R. §4.3)
U.S. Department of Health & Human Services
200 Independence Avenue, S.W.,
Washington, DC 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Lawrence J. Joseph
2121 K Street, NW
Suite 800
Washington, DC 20037

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    APR 1 2 2007
CLERK                                      DATE

*[signature]*
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  Mailed Apr. 27, 2007; Received Apr. 30, 2007 |
| NAME OF SERVER *(PRINT)* Lawrence J. Joseph | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): Certified Mail to someone authorized to accept service (see attached). NOTE: served in same envelope as FDA.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $0.00 | $0.00 | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 25, 2007       _[signature]_
              Date                 Signature of Server

2121 K Street, NW, Suite 800
Washington, DC 20037

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



U.S. Department of Justice

Jeffrey A. Taylor
United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 20, 2007

**Via Fax (202-318-2254) & U.S. Mail**
Lawrence J. Joseph, Esq.
2121 K Street, N.W. - Suite 800
Washington, D.C. 20037

    Re:    AAPS v. FDA, Civil Action No. 07-668 (RCL)

Dear Mr. Joseph:

    Pursuant to the regulations promulgated by the Department of Health and Human Services ("HHS"), 45 C.F.R. § 4.3, and the request in your letter dated April 27, 2007, we are advising you that the General Counsel of HHS has agreed to accept service of the complaint in the above-captioned case on the Commissioner of Food and Drugs, Dr. von Eschenbach, in his individual capacity. The service of process you previously effected is satisfactory, and we do not currently anticipate raising any defense based on defective service of process on behalf of the Commissioner. Otherwise, however, merely by accepting service of process, neither the General Counsel of HHS nor the Commissioner is waiving any other defense the Commissioner may have to any claim, including immunity.

    We appreciate your efforts to minimize the personal disruption to Dr. von Eschenbach. If you have any questions regarding this matter, you may contact Assistant United States Attorney Jane M. Lyons at 202-514-7161.

    Sincerely,

    JEFFREY A. TAYLOR
    United States Attorney

By:    JANE M. LYONS
    Assistant United States Attorney