UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS AND SURGEONS, INC., CONCERNED WOMEN FOR AMERICA FAMILY RESEARCH COUNCIL, and SAFE DRUGS FOR WOMEN,<br><br>    Plaintiffs,<br><br>    v.<br><br>FOOD & DRUG ADMINISTRATION, ANDREW C. VON ESCHENBACH, COMMISSIONER OF FOOD & DRUGS, and UNITED STATES OF AMERICA,<br><br>    Defendants. | Civil Action No. 07-668 (RCL) |

**PRAECIPE**

THE CLERK OF THIS COURT will please enter the appearance of Assistant United States Attorney Jane M. Lyons as counsel for defendant Andrew C. Von Eschenbach, Commissioner of Food and Drugs, in his individual capacity.

Dated: June 29, 2007.

Respectfully submitted,

/s/
JANE M. LYONS, D.C. Bar #451737
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C. 20530
(202) 514-7161 / (202) 514-8780 (fax)
Jane.Lyons@usdoj.gov