# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS AND SURGEONS, INC., *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-668 (RCL) |
| FOOD & DRUG ADMINISTRATION, *et. al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## NOTICE OF FILING EXHIBITS

Pursuant to the Clerk's direction, the exhibits supporting Defendants' Motion to Dismiss are attached.

Dated: July 2, 2007.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/_____
JANE M. LYONS, D.C. BAR # 451737
Assistant United States Attorney
Civil Division
555 4th Street, N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

# EXHIBIT 1



**Drug Facts**

**Active Ingredient (in each tablet)     Purpose**
Levonorgestrel 0.75mg..................Emergency contraceptive

**Use** reduces chance of pregnancy after unprotected sex
(if a contraceptive failed or if you did not use birth control)

**Warnings**

**Allergy alert:** Do not use if you have ever had an allergic
reaction to levonorgestrel

**Sexually transmitted diseases (STDs) alert:** This product
does not protect against HIV/AIDS or other STDs

**Do not use**
■ if you are already pregnant (because it will not work)
■ for regular birth control

**When using this product you may have**
■ nausea                ■ vomiting        ■ stomach pain
■ tiredness             ■ diarrhea        ■ dizziness
■ menstrual changes     ■ breast pain     ■ headache

**Keep out of reach of children.** In case of overdose, get medical
help or contact a Poison Control Center right away.

**Directions**
■ women 18 years of age and over:
   ■ take the first tablet as soon as possible but no later than
   72 hours (3 days) after unprotected sex. The sooner you
   take the first tablet, the more effective it will be.  ▶

**Drug Facts (continued)**

■ take the second tablet 12 hours after you take the first tablet
■ prescription only for age 17 and under. If age 17 or older, see
  a healthcare professional.

**Other information**
■ before using this product read the enclosed consumer
  information leaflet for complete directions and information
■ this product is not recommended for regular birth control. It
  does not work as well as most other birth control methods if
  used correctly.
■ this product works mainly by preventing ovulation (egg
  release). It may also prevent fertilization of a released egg
  (joining of sperm and egg) or attachment of a fertilized egg
  to the uterus (implantation). See consumer information leaflet.
■ when used correctly every time you have sex, latex condoms
  greatly reduce, but do not eliminate, the risk of pregnancy and
  the risk of catching or spreading HIV, the virus that causes AIDS.
  See condom labeling for additional STD information.
■ this package is sealed with 2 seals imprinted with Plan B® Do
  not use if these printed seals have either been removed or broken.
■ store at 20-25°C (68-77°F)

**Inactive ingredients**
colloidal silicon dioxide, corn starch, gelatin, lactose
monohydrate, magnesium stearate, potato starch, talc

**☎ Questions or comments?**
For more information or to speak to a healthcare professional,
call 1-800-330-1271, 24 hours a day/7 days a week.
Visit our Web site at www.go2planb.com



# EXHIBIT 2



**MEMORANDUM**

Department Of Health and Human Services
Food and Drugs Administration
Center For Drug Evaluation and Research
**Division of Over-the-Counter Drug Products (HFD-560)**

| | |
|---|---|
| **Date:** | November 26, 2001 |
| **From:** | Andrea Leonard-Segal, M.D.<br>Medical Officer, Division of Over-the-Counter Drug Products (HFD-560) |
| **Through:** | Charles J. Ganley, M.D.<br>Director, Division of Over-the-Counter Drug Products (HFD-560) |
| **To:** | Daniel Shames, M.D.<br>Acting Director, Division of Reproductive and Urologic Health Products (HFD-580) |
| **Subject:** | NDA 21-045<br>Consult to Review Women's Capital Corporation's Response to FDA Comments on the Plan B® Actual Use Study, (also submitted to IND 45,796 as Serial No. 18) |

**Introduction**

On October 9, 2001 the Division of Reproductive and Urologic Drug Products sent a facsimile to the Women's Capital Corporation (WCC) providing them with comments about their proposed Actual Use Study. The WCC replied to the Agency comments on November 9, 2001. Based on the FDA comments, some of which they accepted and some of which they did not, they submitted an amended protocol to the relevant Investigational Review Boards for approval. The sponsor has not yet submitted this amended protocol to the Agency. The Sponsor stated that study initiation visits began at the various centers on October 17, 2001.

**Sponsor Responses**

The sponsor has questioned Agency advice about the following issues.

• The sponsor states that the study will only be conducted in pharmacies where pharmacists are available for consultation. They state, however, that in most pharmacies, the OTC version of Plan B® may eventually be kept behind-the-counter in part out of respect for community values and in part to avoid loses through shoplifting.

• The sponsor states that they will provide some informed consent information (about confidentiality and about assurance of care not being affected if the woman declines to participate) prior to a self-selection decision.

• The sponsor states that they will discuss (with the pharmacy and clinic sites) the feasibility of a 6-month follow-up call to collect data on subsequent uses of emergency contraception, pregnancy, and routine contraceptive use. The sponsor states that they have concerns about the value of such data in the absence of a control group and interpretation of data, even if large numbers of women are not lost from follow-up. They would like FDA clarification about how to interpret such data.

- The sponsor states that they do not plan to place a lower age limit on the use of Plan B® because they have been informed by healthcare providers that adolescents as young as 11 years have received Plan B®. They also state that sexually active girls below the age of 12 years may also occasionally buy the product in the OTC setting.

- The sponsor states that the REALM test would make the Actual Use study un-naturalistic.

- The sponsor states that the University of California, San Francisco Study (UCSF) should provide a good indication of what might happen when the prescription requirement is removed and women are free to purchase Plan B®.

**Discussion:**
The sponsor has chosen to accept some of the FDA suggestions, and to reject others. The sponsor began the trial without waiting for FDA comments to their responses and did not send a copy of their amended protocol for FDA review. The FDA has the following comments:

- Because the sponsor's behind-the-counter dispensing may not become reality, the product should be available OTC for the Actual Use Study.

- It would be acceptable to provide information to the consumer that does not bias the self-selection process before self-selection.

- It is important to determine if participants abuse Plan B® by using it for contraception routinely. It is likewise important to learn if participants, who had not used routine contraception prior to taking Plan B, begin to use a reliable contraception method afterwards. This information could be gleaned without a control group. The percentage of women who become pregnant during the 6 months after Plan B® use could be ascertained. The sponsor could provide, as a comparison, published data about pregnancy rates among women who do not use regular contraception.

- In the prescription setting, a physician can decide if this product is appropriate for a post-menarche child. Although it may be that children can receive contraception in a clinical setting without parental consent, it would be inappropriate for OTC labeling to encourage unsupervised hormone use for children. It would be helpful to learn, though, whether children self-select to take Plan B® in the Actual Use Study so we may predict what might happen if the drug is available over the counter. A concern would be that youngsters who have not yet entered the 9th grade and may not be literate enough to understand the label might use the product.

- The REALM test has been used successfully without biasing clinical trials. We disagree with the sponsor that the REALM test would make the Actual Use study un-naturalistic.

- As stated in our earlier comments to the sponsor, the UCSF study design may bias results about the impact of Plan B® on the use of routine contraception.

**Recommendations:**
Even though the Actual Use Study is underway, the sponsor should know that:
1. The studies should be performed with the product OTC, not behind the counter.
2. The self-selection process should not be biased by the study protocol.
3. There is important data that can be obtained from a 6-month trial that without a control group.
4. REALM testing does not need to bias this trial.
5. Because of the trial design, the UCSF study may not provide the Agency with the information we need.

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

/s/
-----------------------
Andrea Segal
11/30/01 10:09:39 AM
MEDICAL OFFICER


Linda Katz
11/30/01 10:29:43 AM
MEDICAL OFFICER

# EXHIBIT 3

Food and Drug Administration                                    Page 1 of 1

# Food and Drug Administration
## Center for Drug Evaluation and Research

### Nonprescription Drugs Advisory Committee (NDAC)
in joint session with the
### Advisory Committee for Reproductive Heath Drugs (ACRHD)

Hilton, 620 Perry Parkway, Gaithersburg, Maryland

### December 16, 2003

## *Questions to the Committee*

1. Does the Actual Use Study (AUS) demonstrate that consumers used the product as recommended in the proposed labeling?

2. Are the AUS data generalizable to the overall population of potential non-Rx users of Plan B?

3. Based on the AUS and literature review, is there evidence that non-Rx availability of Plan B leads to substitution of emergency contraception (EC) for the regular use of other methods of contraception?

4. Do the data demonstrate that Plan B is safe for use in the non-prescription setting?

5. Are the plans for introduction of Plan B into the non-Rx setting adequate with respect to consumer access and safe use? If no, what other options would you recommend?

6. Do you recommend Plan B be switched from Rx to non-Rx status?

    If yes, any modifications to labeling or distribution?

    If no, what additional information would be required?

UNITED STATES OF AMERICA

UNITED STATES OF AMERICA

FOOD AND DRUG ADMINISTRATION

CENTER FOR DRUG EVALUATION AND RESEARCH

* * *

NONPRESCRIPTION DRUGS ADVISORY COMMITTEE (NDAC)

IN JOINT SESSION WITH THE

ADVISORY COMMITTEE FOR REPRODUCTIVE HEALTH DRUGS (ACRHD)

* * *

MEETING

* * *

TUESDAY,

DECEMBER 16, 2003

The joint Advisory Committees met at 8:00 a.m in the Grand Ballroom of
the Gaithersburg Hilton, 620 Perry Parkway, Gaithersburg, Maryland, Dr. Louis
Cantilena, Jr., NDAC Chairman, presiding.

PRESENT:

LOUIS R. CANTILENA, Jr., M.D., Ph.D., NDAC Chairman

LINDA C. GIUDICE, M..D., Ph.D., ACRHD Chair

MICHAEL C. ALFANO, D.M.D., Ph.D., Acting Industry Representative

PRESENT (Continued):

NEAL L. BENOWITZ, M.D., NDAC

ABBEY B. BERENSON, M.D., Consultant (Voting)

TERRENCE F. BLASCHKE, M.D., NDAC

LESLIE CLAPP, M.D., NDAC

SUSAN A CROCKETT, M.D, ACRHD

UNITED STATES OF AMERICA                                    Page 262 of 264

rebate policy or something like that.

CHAIRMAN CANTILENA: Okay, and are there any specific suggestions
for Phase 4?

DR. LIPSHULTZ: No. I think I agree with Phase 4 suggestions.

CHAIRMAN CANTILENA: Okay. Dr. Hager.

DR. HAGER: I am opposed, vote no, and I agree with the, if it is
approved, for the post marketing strategies that have already been voiced.

CHAIRMAN CANTILENA: Okay, and the Chair votes actually no on this
for the following reasons. The label comprehensive study was, I think, an
overall failure. It was approved for the actual use, and there was, I think,
an improved track record in the actual use.

However, my concern with the actual use is it doesn't accurately
reflect what will likely be the most common setting for this product based on
what we've heard. So the actual use was not as close as possible to what we
think will actually happen with the drug.

However, I do applaud the sponsor. I do applaud the effort. There
is, you know, a need, clearly. I think we can do a lot to improve the
communication to the lowering the literacy, which was I think horrible in a
word.

And the issues of access, I understand the FDA has handcuffs on in
terms of how much the company charges, but I think that's something that I
think you've heard from all of us. We have a concern for that.

So let me read the tally, the final tally. There were 27 votes on
Question 6 and 23 yes, four no, zero abstained.

Okay. Are there any other issues that the FDA would like to hear

# EXHIBIT 4

**Barr Research, Inc.**

# ORIGINAL

One Bala Plaza • Suite 324 • Bala Cynwyd, PA 19004-1401 • 610/668-2989

11 March 2004

Daniel Shames, M.D., Director
Division of Administration
Division of Reproductive and Urologic Drug Products
Center for Drug Evaluation and Research
Food and Drug Administration
5600 Fishers Lane
Rockville, MD 20857

RECEIVED

MAR 1 2 2004

FDR/CDER

M

NDA 21-045
Plan B® (levonorgestrel) tablets, 0.75 mg as Emergency Contraception NDA SUPPL AMENDMENT
Amendment to a Pending Application/Supplement 011

Dear Dr. Shames:

Reference is made to NDA 21-045 for Plan B® (levonorgestrel) tablets, 0.75mg; to Supplement 011, submitted 21 April 2003 proposing the R$_x$-to-OTC switch for Plan B; and to the 17 February 2004 teleconference between FDA and representatives from Barr Research ("Barr").

Although Barr believes and maintains that Plan B is safe and effective for true OTC use and should be approved as such, we understand that FDA is concerned about adolescent use. Therefore, Barr is willing to consider circumstances in which Plan B would be approved for OTC use by women age sixteen and older, while maintaining prescription status for women under age sixteen.

The elements of this proposal are as follows:

1. Plan B would be approved by FDA as an OTC product with a restriction that women under age sixteen require a prescription;

2. There would be only one package with label and labeling for both OTC and prescription users of the product;

3. The product would be distributed only to customers with a pharmacy license or a valid wholesale license.

**Background**

Plan B was approved on 28 July 1999 for prescription use.   It is indicated as an emergency contraceptive that can be used to prevent pregnancy following unprotected intercourse or a known or suspected contraceptive failure.

a subsidiary of Barr Pharmaceuticals, Inc.

**Barr Research**

In support of the Plan B R,-to-OTC switch and Supplement 011, an Actual Use Study and a Label Comprehension Study were conducted and, in totality with safety data available from Plan B worldwide post-marketing experience, demonstrated that: 1) the condition treated (prevention of pregnancy following unprotected intercourse or a known or suspected contraceptive failure) is self-diagnosable; 2) Plan B is safe for self-administration; 3) Plan B has low toxicity; 4) Plan B is effective in self-administration: and 5) that the labeling of Plan B is adequate for OTC use. Since Plan B meets the criteria for an OTC product, Barr proposes that Plan B be approved for OTC use by women age sixteen and older.

Although Barr maintains that Plan B is safe & effective as an OTC product, for women of all ages, Barr is willing to consider Plan B maintaining prescription status for women under age sixteen. This age restriction (under age sixteen) is due to the small number of women under age sixteen in the patient population studied in the Plan B Actual Use study, and is also intended to reduce to the absolute minimum any remaining concern about safety and efficacy in adolescents and about potential inappropriate use. It is important to note that 8.2% (N=48) of the women in the Plan B Actual Use Study were either age 16 or 17. Thus there are adequate data to support the ability of women sixteen and older to take Plan B appropriately in the OTC environment.

### Labeling

Barr proposes that, if an age restriction is required, there be one package (with label and labeling) for both OTC and prescription users of the product. Such a package can satisfy all applicable requirements under the Federal Food, Drug, and Cosmetic Act ("FDCA") and FDA's regulations.

The proposed package will have a printed label that includes all mandatory information for an OTC product. The proposed package will also have a blank space on a principal display panel on which the pharmacist can place the prescription label. This label will contain the names of the prescriber and the dispensing pharmacy; the prescription number and date; any directions or precautions specified in the prescription; and, if stated in the prescription, the name of the patient when the product is dispensed pursuant to a prescription. Thus, the label will be subject to all the affirmative requirements applicable to OTC labels: FDCA §§ 502(b), 502(c), 502(e)(1)(A), 502(f), 502(g); 21 C.F.R. §§ 201.1, 201.5, 201.10, 201.15, 201.17, 201.60-.62 (2003).

The label will also be subject, when the drug is dispensed pursuant to a prescription, to all the additional affirmative requirements applicable to labels of prescription drugs: FDCA §§ 502(b), 505(c), 502(e)(1)(B), 502(g); 21 C.F.R. §§ 201.50, 201.51, 201.100(b) (2003).

Section 503(b)(2) of the FDCA exempts a prescription drug from many of the requirements of § 502 if its label contains: (i) the name and address of the dispenser; (ii) the serial number and date of the prescription or its filing; (iii) the name of the prescriber; (v) if stated in the prescription, the name of the patient; and (vi) the directions for use and cautionary statements, if any, contained in such prescription. It is necessary that this information appear on the prescription label attached by the pharmacist when dispensing the product pursuant to a prescription.

SNDA 000000002

**Barr Research**

Even though Plan B, as an OTC product, will bear adequate directions for use by consumers who, in accordance with the approved labeling, may buy the product without a prescription, it will not (in legal contemplation) bear adequate directions for use by patients who, in accordance with the approved labeling, may buy the product only with a prescription.[1]  Therefore, Plan B, when dispensed pursuant to a prescription, must comply with all the conditions, set forth in 21 C.F.R. § 201.100 (2003), for exemption from the requirement of adequate directions for use by the prescription population, FDCA § 502(f)(1).

Additionally, Section 503(b)(4)(A) provides that a drug subject to § 505(b)(1), *e.g.*, a drug limited to prescription status in its NDA, shall be deemed to be misbranded if at any time prior to dispensing its label fails to bear the symbol "$R_x$ only". Section 503(b)(4)(B) provides that a drug that is not subject to § 505(b)(1) shall be deemed to be misbranded if at any time prior to dispensing its label does bear the symbol "$R_x$ only".

The juxtaposition of these two provisions raises the issue of the status of Plan B before dispensing. Again, Barr proposes that FDA resolve this issue by stating in its letter approving Supplement 011 that Plan B is approved as an OTC drug, except that, before dispensing the product, the age of the patient be ascertained; and, if the patient is under age sixteen, the pharmacist may dispense the product only pursuant to a prescription.  Therefore, prior to dispensing, Plan B would be treated as an OTC drug.  In this circumstance, we suggest two possible alternative approaches to complying with section 503(b)(4)(A)-(B).  One is that Plan B's printed label would not bear the "Rx only" symbol (because, prior to dispensing to a women under age sixteen, plan B would be an OTC product).  That symbol, however, would be included on the Rx label (presumably, a sticker) that the pharmacist adds when dispensing the product pursuant to a prescription. Alternatively, the statement, "Rx only for women under age sixteen" could be placed in the Plan B Drug Facts panel, thus allowing for conformance to 503(b)(4)(A) and 503(b)(4)(B), given the age restriction.  Barr is open to further discussing these possible alternatives or others proposed by the FDA if an age restriction is required.

The Plan B package will also need to contain labeling that complies with the labeling requirements applicable to OTC products, 21 C.F.R. § 201.66 (2003).

There will also need to be prescription labeling (a package insert) with respect to the class of patients under age sixteen to whom the product may be dispensed only pursuant to a prescription, 21 C.F.R. §§ 201.50; 201.56; 201.100(c); 201.100(e) (2003). Thus, it will be necessary to revise the current package insert to reflect the narrowed prescription indication.

---

[1]      The legal theory justifying prescription status as to those patients is that adequate directions for use by them cannot be written.

SNDA 000000003

**Barr Research**

### Distribution

It is important to note that adoption of such an age restriction has three significant consequences: (i) as a practical matter, the product may be sold only in stores that have a licensed pharmacy and thus would be available only when the pharmacy is open; (ii) as a practical matter, the product must be stored behind the counter, so that the age of a would-be purchaser can be determined, and any necessary prescription can be provided, before the purchaser obtains the product; and (iii) there must be labeling suitable for both OTC and prescription users of the product.

Barr is prepared to distribute the product in the same way it distributes any other prescription drug product, *i.e.*, by means calculated to result in the product being available at the retail level only in stores with licensed pharmacies or with a valid wholesale license.

Barr also proposes that it recommend to retailers that stock the product that they maintain it behind the pharmacy counter in their stores, and that they train their pharmacy personnel to dispense the product only in accordance with its labeling: *i.e.*, that consumers with valid identification showing that they are age sixteen or above may obtain the product without a prescription, and that consumers without such identification may obtain it only with a prescription.

Lastly, although Barr is willing to consider circumstances in which Plan B would be approved for OTC use by women age sixteen and older, while maintaining prescription status for women under age sixteen, it is equally important that the regulatory requirements and pathway for obtaining full OTC status (i.e., removal of the age restriction) be enumerated should this approach be accepted. Barr requests that FDA be willing to fully discuss this issue and to consider including in any approval letter the conditions required to seek removal of the age restriction.

Please do not hesitate to contact the undersigned at (610) 668-2989 if you have any questions.

Sincerely,

Joseph A. Carrado, M.Sc., R.Ph.
Senior Director, Regulatory Affairs

cc:    Karen Anderson, Regulatory Project Manager, HFD-580 (fax copy)
       Tia Frazier, Regulatory Project Manager, HFD-560 (fax copy)

SNDA 000000004

# EXHIBIT 5



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Food and Drug Administration
Rockville, MD 20857

NDA 21-045/S-011

Barr Research, Inc.
    Attention: Joseph A. Carrado, M.Sc., Ph.D.
    Senior Director, Regulatory Affairs
One Bala Plaza, Suite 324
Bala Cynwyd, PA 19004-1401

Dear Dr. Carrado:

Please refer to your supplemental new drug application dated April 16, 2003, received April 22, 2003, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Plan B® (0.75mg levonorgestrel) tablets.

We acknowledge receipt of your submissions dated July 25 (3) and 31, August 8 (2), September 4, 8, 9, and 15, October 6, 10, 15 (2), 17, 21, 24, 29, 30 and 31, December 3 and 9, 2003; and January 9 and 30, February 6, 10, 13, 20 and 24, and March 11 and 26, 2004.

This supplemental new drug application proposes nonprescription (over-the-counter (OTC)) availability of Plan B (0.75mg levonorgestrel) tablets for emergency contraception to reduce the chance of pregnancy after unprotected sex (if a contraceptive failed or if birth control was not used).

We have completed our review of this supplement and, for the reasons described below, find that the supplemental application is not approvable at this time under section 505(d) of the Act and 21 CFR 314.125(b).

You propose OTC status for Plan B for both adults and children based primarily on an actual use study in 585 subjects. Only 29 of the 585 subjects enrolled in the study were 14-16 years of age, and none was under 14 years of age.

In a December 16, 2003 joint meeting, the Nonprescription Drugs Advisory Committee and the Reproductive Health Drugs Advisory Committee considered your proposal to switch Plan B to nonprescription status. Although the Joint Committee recommended that your proposal to switch Plan B be approved, some members of the Joint Committee, including the Chair, raised questions concerning whether the actual use data were generalizable to the overall population of nonprescription users, chiefly because of inadequate sampling of younger age groups.

Based on a review of the data, we have concluded that you have not provided adequate data to support a conclusion that Plan B can be used safely by young adolescent women for emergency contraception without the professional supervision of a practitioner licensed by law to administer the drug. In your March 11, 2004, amendment, you proposed to change the indication to allow for marketing of Plan B as a prescription-only product for women

NDA 21-045/S-011
Page 2

under 16 years of age and a nonprescription product for women 16 years and older. This preliminary proposal did not include draft product labeling to demonstrate how you propose to comply with both the prescription and nonprescription labeling requirements in a single packaging configuration. Because of the preliminary and incomplete nature of the proposal, we did not conduct a complete review of this amendment during this review cycle.

Before this application can be approved, you would have to provide data demonstrating that Plan B can be used safely by women under 16 years of age without the professional supervision of a practitioner licensed by law to administer the drug. Alternatively, you could supply additional information in support of the revised indication to allow for marketing of Plan B as a prescription-only product for women under the age of 16 years and a nonprescription product for women 16 years and older, including draft product labeling. If you take the latter approach, your response to this letter would have to include details of how you propose to implement simultaneous prescription and nonprescription marketing of Plan B for women of different ages in a single packaging configuration while complying with all relevant statutory and regulatory requirements for labeling and marketing of this product. We will have to assure ourselves that your proposed approach is consistent with our statutory authority. If you pursue the alternative approach, we also would request details of your proposed program to educate consumers, pharmacists, and physicians about the dual marketing of Plan B as both a prescription and nonprescription product, as well as your proposed program to monitor implementation of this novel approach.

Wide availability of safe and effective contraceptives is important to public health. We look forward to continuing to work with you if you decide to pursue either of these options.

When you respond to the above deficiencies, include a safety update as described at 21 CFR 314.50(d)(5)(vi)(b). The safety update should include data from all non-clinical and clinical studies of the drug under consideration regardless of indication, dosage form, or dose level.

1. Describe in detail any significant changes or findings in the safety profile.

2. When assembling the sections describing discontinuations due to adverse events, serious adverse events, and common adverse events, incorporate new safety data as follows:

   - Present new safety data from the studies for the proposed indication using the same format as the original NDA submission.
   - Present tabulations of the new safety data combined with the original NDA data.
   - Include tables that compare frequencies of adverse events in the original NDA with the retabulated frequencies described in the bullet above.
   - For indications other than the proposed indication, provide separate tables for the frequencies of adverse events occurring in clinical trials.

3. Present a retabulation of the reasons for premature study discontinuation by incorporating the drop-outs from the newly completed studies. Describe any new trends or patterns identified.

NDA 21-045/S-011
Page 3

4. Provide case report forms and narrative summaries for each patient who died during a clinical study or who did not complete a study because of an adverse event. In addition, provide narrative summaries for serious adverse events.

5. Describe any information that suggests a substantial change in the incidence of common, but less serious, adverse events between the new data and the original NDA data.

6. Provide a summary of worldwide experience on the safety of this drug. Include an updated estimate of use for drug marketed in other countries.

7. Provide English translations of current approved foreign labeling not previously submitted.

Within 10 days after the date of this letter, you are required to amend the supplemental application, notify us of your intent to file an amendment, or follow one of your other options under 21 CFR 314.120. If you do not follow one of these options, we will consider your lack of response a request to withdraw the application under 21 CFR 314.65. Any amendment should respond to all the deficiencies listed. We will not process a partial reply as a major amendment nor will the review clock be reactivated until all deficiencies have been addressed.

Under 21 CFR 314.102(d), you may request an informal meeting or telephone conference with the Divisions of Over-the-Counter Drugs and Reproductive and Urologic Drug Products to discuss what steps need to be taken before the application may be approved.

This product may be considered to be misbranded under the Federal Food, Drug, and Cosmetic Act if it is marketed with this change before approval of this supplemental application.

If you have any questions, call the Regulatory Project Manager at (301) 827-4260.

Sincerely,

*{See appended electronic signature page}*

Steven Galson, M.D., M.P.H.
Acting Director
Center for Drug Evaluation and Research

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

```
/s/
--------------------
Steven Galson
5/6/04 04:56:02 PM
```

# EXHIBIT 6

MEMORANDUM

DATE:       8/26/05

FROM:       Steven Galson, MD, MPH
            Director, Center for Drug Evaluation and Research

TO:         NDA 21-045, S-011

SUBJECT:    Plan B

## I.    Introduction

Barr previously filed a supplement seeking OTC status for all post-menarche women on April 22, 2003. I issued a not approvable letter for that supplement on May 6, 2004, because the supplement did not contain data demonstrating that the product was safe and effective for OTC use by women under age 16.

On July 21, 2004, Barr Laboratories (Barr or the sponsor) resubmitted its supplement to NDA 21-045, S-011 seeking to switch Plan B's prescription (Rx) status to non-prescription (OTC) for women 16 years of age and older, and to have Plan B remain Rx for women under 16 years of age. I find that the data provided support approval for OTC use for women 17 and older, but I am unable to conclude based on the data presented that women age 16 or less can use OTC Plan B safely and effectively. The data analyses submitted with S-011 stratify the data by age groups as follows: 12-16, 17-25, and older. Because the 16 year olds are grouped in these analyses with the younger adolescents, I would approve Plan B for OTC use for women 17 and older, not 16 and older as Barr requests.

Although Barr did not propose to switch the Rx status of Plan B for women under 16 years of age in its July 21, 2004 resubmission, the CDER reviewers in the Divisions of Reproductive and Urologic Drug Products and the Division of Over-the- Counter Drug Products (the review divisions), the Deputy Directors of the Offices of Drug Evaluation (ODE) III and V, and the Director of the Office of New Drugs recommended that Plan B should be switched OTC for the entire population of women who might use the product, including women under age 16. For the reasons described below, I do not agree with these recommendations.

Two citizen petitions have been submitted to FDA regarding the Rx status of emergency contraception. One petition, submitted on February 14, 2001, by the Center for Reproductive Law and Policy (CRLP) (now the Center for Reproductive Rights) on behalf of several organizations and supplemented August 7, 2001 and February 13, 2002, urged FDA to exempt from the Rx dispensing requirement both Plan B and Preven, an emergency contraceptive marketed by Gynetics, as well as any equivalent drugs (Docket 01P-0075/CP1). The second petition, submitted by the Pharmacists Planning Service, Inc. on May 12, 2004, urged FDA, by regulation, to switch Plan B from Rx to a "pharmacist-only" status (Docket 01P-0075/CP2) (i.e., to allow sales by pharmacists to consumers without a prescription, but not to allow the product to be sold by retail outlets on the shelves for consumers to pick up and purchase). To the extent these petitions raise issues that are relevant to this review, my views on these issues at this point in time are addressed below.

In addition, my office has received many calls, letters, and e-mails from interested members of the public both supporting and opposing the switch to OTC status of Plan B, and some of which have supported Barr's July 2004 proposal to market Plan B OTC for women 16 and over, and Rx for women under 16. While these calls and e-mails have not raised arguments not already raised in the reviews and the petitions, they are indicative of the high level and divided nature of public interest in FDA's decision on this matter.

## II. Approval Standards

FDA must require Rx dispensing of any drug that is not safe for use "except under the supervision of a practitioner licensed by law to administer such drug."[1] A drug sponsor may submit a supplemental application to "switch" a drug that FDA has already approved for Rx use to OTC status. FDA will grant a supplemental application to "switch" when it finds that Rx dispensing is:

> not necessary for the protection of the public health by reason of the drug's toxicity or other potentiality for harmful effect, or the method of its use, or the collateral measures necessary to its use, and . . . the drug is safe and effective for use in self-medication as directed in proposed labeling.[2]

Such switch applications include data from actual use and labeling comprehension studies to demonstrate that the product can be safely and effectively used without the supervision of a practitioner licensed by law to administer the drug. FDA may approve an NDA application only when, among other things, the investigations submitted in the application include adequate tests showing whether or not the drug is safe for use under the conditions prescribed, recommended, or suggested in the proposed labeling and when there is sufficient information to determine from the application whether the drug is safe for use.[3]

## III. Findings

### A. Data on Plan B Use by Women 17 and Older

Plan B provided pursuant to a prescription has previously been proven to be effective for emergency contraception and has a well-documented safety profile. In a label comprehension study and in an actual use study submitted with the supplemental NDA, the sponsor has demonstrated that women of childbearing-potential age 17 and older can use Plan B safely and effectively for emergency contraception in the OTC setting. The data submitted by Barr demonstrate that Plan B is safe and effective without the supervision of a practitioner licensed by law for women ages 17 and older in self-medication as directed in the proposed labeling. The CRLP petition and many of the comments on that petition also support this view.

---

[1] 21 U.S.C. § 353(b)(1).
[2] 21 C.F.R. § 310.200(b).
[3] See 21 U.S.C. § 355(d).

### B. Data on Plan B use by Women 16 and Younger

In reviewing a proposed switch from Rx to OTC status, FDA assesses the actual use and labeling comprehension studies submitted by the applicant to support the switch. As described in my May 6, 2004 Not Approvable letter, the April 2003 supplement contained very limited actual use data on women ages 14 and 15, and no actual use data on women under age 14. Similarly, the label comprehension study also included few women ages 16 and under (n=76).[4] Moreover, as described below, what little data were in the supplement raised questions about whether the product can be used safely and effectively by younger adolescents.

Although in NDA 21-045, supplement S-011 Barr proposed to switch Plan B to OTC for women 16 years and older, the data in S-011 are stratified by age in the following categories: 12-16 years, 17-25 years, and 26 years and older. There were no analyses in the supplement that distinguished 16 year olds from younger women in the 12-15 year old category. Accordingly, I find that although the safety and efficacy of Plan B as an OTC drug product in women 17 years of age and older have been established by data submitted by Barr in NDA 21-045, S-011, Barr has not met the statutory burden of demonstrating that the product is safe for use without the supervision of a practitioner licensed by law for women under age 17.

First, when compared to older adolescents (>17 years) and adults, early adolescents (ages 12-16 years) were less likely to specifically comprehend Plan B's labeling instructions. In the label comprehension study (N=656), adolescents (ages 12-16 years, n=76) did not understand certain key directions in the labeling. For example, women ages 12-16 did not understand as often as women 17 years and older that Plan B's indication is to prevent pregnancy after unprotected sex (86% for ages 12-16, 93% for ages 17-25, 95% for ages 26-50), that Plan B is not for routine use (57% for ages 12-16, 67% for ages 17-25, 71% for ages 26-50), that the first pill should be taken within 72 hours after intercourse (77% for ages 12-16, 86% for ages 17-25, 87% for ages 26-50), and that the second pill should be taken 12 hours after the first pill (77% for ages 12-16, 90% for ages 17-25, and 82% for ages 26-50).[5]

Second, the data from the actual use study, which enrolled very few women under 17 years, also raise concern about the safety of OTC Plan B for young women. For instance, they show that adolescents under age 17 were less compliant with the 4 week follow-up period specified in the study protocol when compared to the older women (ages ≥17 years). Fifty-five percent of the subjects aged 14-16 had two or more follow-up contacts, while 89% of the older subjects (ages 17-44) had two or more follow-up contacts.[6] These differences in follow-up undermine the ability of the actual use study to support safe use of OTC Plan B in this age group.[7] Furthermore, of the 29 14-16 year olds enrolled, most of them were 16 year olds (20 of 29 or 69%).[8]

---

[4] Plan B, Label Comprehension Study, Table 9, page 31.
[5] Id.
[6] Plan B, Actual Use Study, Final Report Tables, Table 1.4c, page. 16.
[7] See also, page 23 of January 12, 2004 sNDA review by OTC Division (Jin Chen).
[8] January 11, 2005 email from Joseph Carrado to Tia Frazier.

The OND reviews both before and after issuance of the not approvable letter state that the safety and efficacy of Plan B as an OTC drug product have been established for women of all ages. Several of the Office of New Drugs reviews cite studies that they believe demonstrate that Plan B can be used safely and effectively in women under 16.

First, some of the reviews discuss the literature review submitted by the applicant, which included studies that addressed questions of important potential behavioral changes associated with the availability of an emergency contraceptive (e.g., substitution of the product for routine and more effective contraception, or increased medically risky behavior).[9] One reviewer cites studies evaluating the use of emergency contraception in a variety of clinical settings that enrolled over 1,000 adolescent women age 16 years or less.[10] Although these studies are relevant, they do not, in my view, sufficiently approximate actual OTC use by adolescents under age 17 enough to support OTC approval. None test the hypothesis that typical adolescent consumers will use the product correctly without physician intervention, as the studies either were not conducted in the general population or provided product education assistance beyond what adolescents would receive in an OTC situation, where no contact with a heath care professional is expected. One review states that there was no suggestion based on the data from the sponsor's studies that younger women were less able to use the product correctly in a simulated OTC setting than older women.[11]  Based on the data cited previously from the actual use and label comprehension studies, I disagree with this assessment.

Furthermore, neither the CRLP petition nor the comments supporting that petition have provided any additional data on which I could rely to make the finding that Plan B will be used safely and effectively by adolescents under the age of 17.  Some of the outside comments opposing the petition also noted the lack of data about what effect switching Plan B to OTC status would have on the sexual behavior of adolescents and the impact on adolescent health (such as increasing the incidence of sexually transmitted diseases).[12]

In conclusion, neither the original supplement nor the resubmission contain adequate data to demonstrate that prescription dispensing is no longer necessary for women under age 17. The data submitted do not demonstrate that women under age 17 can be expected to use Plan B appropriately in self-medication as directed in the proposed labeling.  As discussed above, the inappropriate use of Plan B can have several significant adverse clinical consequences.  In the absence of these data, and absent persuasive data from other relevant patient populations (see below), the statutory and regulatory standards for approving a supplement to switch Plan B from Rx to OTC for this population are not met.

C. Inability to Extrapolate From Adult Data

---

[9] See e.g., Jenkins review, dated April 22, 2004, signed April 18, 2004, at 2; Rosebraugh review, dated March 23, 2004, signed March 30, 2004, at 4.

[10] Beitz review, January 12, 2005, at 1.

[11] Jenkins review, dated January 14, 2005, signed January 18, 2005, at 2-3.

[12] The commenters themselves failed to provide data to support their other concerns about, for example, whether OTC availability would increase the potential for misuse and adolescent promiscuity.

4

In making decisions about pediatric pharmaceutical use, it is often possible to extrapolate data from one age group to another. For example, we have extrapolated safety and efficacy data from adults to children for the approval of drugs to treat seasonal allergic rhinitis and symptomatic gastroesophagial reflux disease, where the disease course and pathophysiology, as well as the drugs' effects, are similar in adult and pediatric populations.

In this instance, it would be inappropriate to extrapolate the existing data from the 17 and older population to the under 17 population based on the nature of the product itself (i.e., a hormonal contraceptive), the risks associated with its inappropriate use, and the characteristics of the population of young women to whom the data would be extrapolated.

With regard to the risks associated with inappropriate use of Plan B, if a young woman did not understand that Plan B was for emergency contraception and non-routine use, and instead, used the product routinely (a use inconsistent with the labeling), the well-known risks associated with hormonal contraceptives, such as blood clots and stroke, are likely to be higher than with use of other contraceptives. Reflecting these risks, non-emergency hormonal contraceptives are now available only by prescription because the intervention of a learned intermediary is thought to be necessary to minimize the risks of the serious side effects that may be associated with long-term regular use.

Further, younger adolescents may believe that Plan B could be substituted for other forms of birth control (e.g., barrier methods), placing them at greater risk of infection from HIV or other sexually transmitted diseases. This concern is heightened by the data from the label comprehension study (discussed above), which found that women ages 12-16 did not understand as often as women 17 years and older that Plan B is not for routine use (57% for ages 12-16, 67% for ages 17-25, 71% for ages 26-50).[13] The actual use study did not contain enough data to demonstrate that younger women would not engage in this form of dangerous substitution.

In addition, if a young adolescent does not understand that the first dose of Plan B should be taken within 72 hours of unprotected intercourse, and the second pill 12 hours later, the effectiveness of the product will be compromised, and she may be at greater risk of having an unwanted pregnancy. As previously discussed, younger women were less able to understand that the first pill should be taken within 72 hours after intercourse (77% for ages 12-16, 86%, for ages 17-25, 87% for ages 26-50), and that the second pill should be taken 12 hours after the first pill (77% for ages 12-16, 90% for ages 17-25, and 82% for ages 26-50).[14]

Finally, with regard to the characteristics of a younger population in general, extrapolation of the actual use and labeling comprehension data to this group could be inappropriate because data in the pediatric literature on younger age groups suggest potentially significant differences from older adolescents with regard to cognitive abilities and risk taking behaviors.[15] The less developed cognitive abilities of women under age 17 could

---

[13] Plan B Label Comprehension Study, Table 9, page 31.
[14] Id.
[15] Chambers R, Taylor J, Potenza MN. "Developmental Neurocircuitry of Motivation in Adolescence: A Critical Period of Addiction Vulnerability" Am J Psychiatry 160: 1041-1052, June 2003; Dahl R. "Adolescent Brain Development: A Period of Vulnerabilities and Opportunities. Keynote Address" Ann NY Acad Sci Vol 1021: 2004; 1-22; Steinberg L. "Risk Taking in Adolescence" Ann NY Acad Sci Vol 1021: 2004, 51-58.

lead to inappropriate use of Plan B and the potential for younger women engaging in risky sexual behavior, behaviors which carry significant safety and efficacy concerns.

To conclude, it is inappropriate to extrapolate from adult data to younger women to support the safety of OTC Plan B. This, coupled with the lack of adequate data in the under 17 population demonstrating that these young women understand the indication and proper use of the product and the risks associated with having unprotected sexual intercourse, mean that safe use of OTC Plan B in this age group cannot be assured. I conclude that retaining the Rx status for Plan B for women under 17 years of age is appropriate. Such an outcome addresses the concerns about potential improper use by the under 17 population by providing for the involvement of a learned intermediary to counsel young women who may engage in sexual intercourse about how to use Plan B and other contraceptives appropriately, and about the risks associated with engaging in unprotected sexual intercourse.

D. Effect of having both Rx and OTC versions of Plan B

The OND reviewers and the CRLP petition argue that labeling Plan B to be sold without a prescription to women 16 and over, and with a prescription for women under 16, could have the unintended public health consequence of limiting access to women of all ages.[16] This is not a factor FDA would normally consider in making a switch decision, as it is not in the criteria for non-prescription status in the statute or FDA's implementing regulations. FDA's approval decisions are based on whether products can be safely and effectively used by the population for whom they are indicated. In the case of Plan B, I have concluded that the Rx designation for women under age 17 is necessary for the safe and effective use of the drug by that age group. Furthermore, I believe that Plan B has been shown to be safe and effective without a prescription for women 17 and older. I believe that if Plan B is made available OTC to women 17 years and older, this will significantly expand access for most women and will enhance the public health by reducing the risks of unintended pregnancies and the number of abortions. However, my view with respect to Plan B's approvability for OTC use for women age 17 and older and for women under age 17 rest on whether the data demonstrate that the product is safe and effective for each group.

IV.    Precedent

Decisions on whether a drug should be switched from Rx to OTC status involve a case-by-case risk/benefit analysis that considers the drug at issue, the indication, and the population for whom OTC use is proposed. As described below, my views regarding Plan B are readily distinguishable from prior decisions made about other contraceptive OTC products and non-contraceptive OTC products.

For example, some OND reviews question whether having both Rx and OTC versions of the same drug for different populations parts from precedent in that other non-prescription forms of birth control are available OTC to women of all ages. I do not dispute that such products are available OTC, but submit that both the inherent risks of Plan B as a systemically absorbed hormonal product, which carries significant risks if used improperly, and the absence of demonstrated safe OTC use distinguish Plan B from other contraceptives available OTC to women under age 17. Other forms of contraception such as condoms and spermicides, including Nonoxynol-9 (N-9), have been available OTC for

---

[16] These reviewers based their analysis on Barr's proposal which used age 16 as the cutoff for OTC use.

6

many years, and have a record of decades of safe use with OTC availability. In addition to their record of safe OTC use, they do not represent the same level of potential risk as oral hormonal contraceptive products because they do not involve systemic absorption of appreciable quantities of pharmacologically active substances. FDA recently proposed to add warnings to products containing N-9 to caution consumers that frequent use may increase the risk of transmission of sexually-transmitted diseases. FDA has determined that, with these warnings, such products remain generally recognized as safe and effective for OTC use. In contrast, however, Plan B does not have a record of safe OTC use, and the supplement did not provide the data necessary to support an OTC switch for women under age 17 (either with or without specific warnings on the label).

In addition, some of the OND reviews point out that other non-contraceptive OTC drug products have been approved as safe and effective for a wide range of ages in the absence of data in young people. These reviews also cite the lack of precedent for distinguishing between Rx and OTC status based on age. One reviewer raises the concern that keeping Plan B Rx for women ages 15 and under might have ramifications for how we regulate other OTC drugs where there is known abuse by adolescents, such as dextromethorphan, laxatives, and analgesics.[17]

In my judgment, all of these criticisms overlook several critical facts. First, FDA consistently considers age-related data (or the absence of such data) when making regulatory judgments about how OTC drug products should be labeled. The key distinction between Plan B and most other OTC drugs relates to the degree to which data submitted for one population may be extrapolated to another. Second, my request for more data related to women under the age of 17 is grounded in the previously described difficulties associated with trying to extrapolate safety and effectiveness for this population from data submitted about women 17 years of age and older. Finally as discussed above, adolescent women under the age of 17 are cognitively less mature than women 17 and older, and they are also prone to a higher incidence of risk-taking behavior. These realities raise important questions about whether women under the age of 17 can use Plan B safely and effectively without the involvement of a learned intermediary.

Third, the need for additional data is also compelled by the specific risks associated with Plan B, which differ from most other OTC drug products. Plan B is a form of oral hormonal contraceptive that is currently available Rx-only because of the serious side effects that may be associated with long-term regular use. The approved indication for Plan B is for use after unprotected sex, e.g., when other birth control was not used or when physical barrier methods have obviously failed. Other non-contraceptive, OTC products, such as antacids, are indicated for uses that are normally associated with risks much less serious than unprotected sexual intercourse, unwanted pregnancy, and the risk of stroke. Before approving a drug for OTC use, FDA has a statutory obligation to assess whether that drug is safe and effective when used as directed by its target population. More information are needed demonstrating whether OTC use of Plan B by women under the age of 17 would increase their potential for harm from already risky behavior (e.g., by increasing the frequency of unprotected sex) or present serious health risks (e.g., stroke and blood clots) from frequent use of a high-dose oral contraceptive. Non-hormonal contraceptive OTC products do not pose such risks.

---

[17] Rosebraugh, review, January 12, 2005, at 1.

The question has been raised whether it is more reasonable to limit the use of Plan B to young adolescents through OTC labeling.[18] For example, some OTC products contain dosing information for a defined age range and advise the user to seek advice from a physician before using in children younger than the defined age. Some suggest that this approach should be adopted for Plan B, asserting that the best way to address any lack of data for women under age 16 would be to make the product available OTC only and to label the product "not for use under age 16," or "for children under the age of 16, consult a physician."

I have considered this. However, while there are many such labels, most such warnings are the result of recommendations made by expert panels that were first convened when FDA began the OTC Drug Review in the early 1970s. Among other things, these panels helped FDA determine on a drug-by-drug basis what safety and effectiveness data, if any, could be extrapolated to children. These panels made recommendations to FDA about whether the adult doses were appropriate for children, how doses should be modified based on age, or whether the product should not be used at all (or only on the advice of a physician) for certain age groups. Based on these analyses, FDA promulgated OTC drug monographs that set forth the conditions under which certain OTC drugs are generally recognized as safe and effective for certain uses. Several of these monographs include age-related warnings to clarify that, based on what we know about the drugs, they are not generally recognized as safe and effective for OTC use for certain age groups (e.g., 21 CFR 332.30; 333.250; 341.72). This approach makes sense in the context of most OTC drugs because the populations to which the warnings generally apply -- children ages 6 and under -- do not self-diagnose and do not purchase OTC drug themselves. Instead, the warnings target adults who purchase the products and for whom the products are intended. Similarly, many such OTC products are also sold in child-proof packaging. In the case of Plan B, however, the population for whom the drug is Rx-only includes persons who are old enough to visit pharmacies and purchase OTC drug products for their own use. Because the data are not adequate to show that adolescents under the age of 17 are able to understand the instructions for use and would use the product as intended in the label, it would be inappropriate to rely solely on labeling to limit inappropriate use by younger women.

Finally, I do not believe that this position sets a precedent for requiring more data in younger age groups for prescription, non-emergency use, oral contraceptives. As indicated previously, these oral contraceptives are available at this time only by prescription. Experience has shown that with the involvement of a learned intermediary, prescription oral contraceptives can be used safely and effectively by women post-menarche under all conditions in the approved labeling.

## V.    Other Issues Raised in the Citizen Petitions

### A.  Whether Plan B is an abortifacient

Two of the comments on the CRLP petition allege that Plan B is an abortifacient. One of these comments suggests that marketing it as a contraceptive would be misleading. The second comment suggests that because it is an abortifacient, informed consent and the intervention of a physician are necessary.

---

[18] Rosebraugh, et. al. review, January 12, 2005, at 2.

There are three theoretical mechanisms by which progestin-only, emergency contraceptive, drug products (e.g., Plan B) may prevent pregnancy. These include (1) prevention of ovulation or disruption of the normal peri-ovulatory events resulting in ovulatory dysfunction, (2) interference with the actual process of fertilization by impeding the migration of sperm into the distal portion of the fallopian tubes/abdominal cavity or disrupting the processes that sperm undergo prior to fertilization of an ovum, and (3) prevention of implantation by a direct effect on the endometrium of the uterus. Data from studies in women on the mechanism of action of progestin-only drug products conclusively demonstrate that these products prevent ovulation and/or disrupt normal peri-ovulatory events resulting in ovulatory dysfunction. It is generally believed that this mechanism is responsible for most, if not all, instances in which emergency contraception prevents pregnancy. However, available clinical data do not exclude the possibility that these drug products, in a small percentage of women, also may prevent pregnancy by impeding fertilization of a released ovum or implantation. There are no clinical data that indicate that emergency contraceptive drug products will disrupt a fertilized egg that has already implanted.

Because of the possibility that Plan B may, in some instances, prevent pregnancy by a mechanism other than prevention of ovulation or disruption of the normal peri-ovulatory events, proposed product labeling for Plan B contains the following wording in the Section "How does plan B work?"

*"Plan B works like a birth control pill to prevent pregnancy mainly by stopping the release of an egg from the ovary. It is possible that Plan B may also work by preventing fertilization of an egg (the uniting of sperm with the egg) or by preventing attachment (implantation) to the uterus (womb), which usually occurs beginning 7 days after release of an egg from the ovary. Plan B will not do anything to a fertilized egg already attached to the uterus. The pregnancy will continue."*

This labeling adequately informs women that in some cases Plan B could prevent attachment of a fertilized egg to the uterus. Thus, women are provided appropriate information for making an informed choices about its use.

Under DHHS regulations, "Pregnancy encompasses the period of time from implantation until delivery."[19] Therefore, because the product does not work by interrupting an established pregnancy, it is not considered an abortifacient.

    B.  Whether OTC availability of Plan B would increase the risks of ectopic pregnancy

One of the comments opposing the petition raises the concern that OTC availability eliminates necessary clinical monitoring to address the risk of ectopic pregnancy. In the United States, ectopic pregnancies account for approximately 2% of reported pregnancies in the general population. Among women using progestin-only, oral contraceptives for routine contraception, 50 out of 1,000 women will get pregnant, and approximately 5 out of these 50 women (10%) will have an ectopic pregnancy over the course of one year for an

---

[19] 45 CFR 46.202(f).

overall rate of ectopic pregnancy in women using progestin-only, oral contraceptives for routine contraception of 0.5%. Therefore, the absolute risk of a woman having an ectopic pregnancy while using a progestin-only, oral contraceptive (approximately 0.5%) is less than the 2% overall ectopic pregancy rate reported for women in the U.S.

The issue of the risk of ectopic pregnancy in women using progestin-only, emergency, contraception (e.g., Plan B) was thoroughly reviewed by Dr. Davis in his March 25, 2004 safety review of the original submission for the change from prescription status to OTC status for Plan B. In his review, Dr. Davis noted that there were 28 unduplicated cases of ectopic pregnancy in the FDA's AERS database. None of the reports was from the U.S., and there were no deaths among these 28 reports. The absence of any reported ectopic pregnancies in U.S. users of Plan B is reassuring as to its safety in this regard. However, it is not possible to fully estimate the risk of an ectopic pregnancy in users of Plan B from these data because of under-reporting of post marketing safety data. The risk of ectopic pregnancy in users of Plan B can be better assessed from clinical trial data. In his review, Dr. Davis states the following:

> "Six large randomized clinical trials (RCTs) published in the medical literature in which levonorgestrel was used for emergency contraception were reviewed (see Table 5). Among these 6 trials, there were 7,889 evaluable subjects for whom 133 pregnancies and 2 ectopic pregnancies were reported (an incidence of 1.5% ectopic pregnancies among total pregnancies). The 1.5% incidence is consistent with the reported national rates of 12.4 and 19.7 per 1000 pregnancies in the U.K. (1.24%) and the U.S. (2.0%), respectively. These 6 trials provide good clinical evidence that levonorgestrel-only emergency contraception does not increase the chance that a pregnancy will be ectopic. Moreover, because emergency contraception is at least 75% effective in preventing a pregnancy, emergency contraception also reduces a woman's absolute risk of an ectopic pregnancy." [20]

Although ectopic pregnancies have been reported in women who have used progestin-only, emergency contraception, the available data do not indicate that these women are at a greater risk for an ectopic pregnancy should Plan B be ineffective in preventing a pregnancy. Consequently, it is not necessary to require a prescription for Plan B in order to have the topic of ectopic pregnancy discussed by a physician with a woman who may use the product.

     C.  Whether FDA should establish a pharmacy or pharmacist-only class of drugs
The Pharmacists Planning Service petition urges FDA, by regulation, to switch Plan B from Rx to a "pharmacist-only" status. FDA has stated in the past that "
[T]he agency believes it is questionable whether the distribution of lawfully marketed OTC drugs can be restricted [to a pharmacist only class of drugs] under current statutory provisions. Under the Federal Food, Drug and Cosmetic Act (the act) there is no provision for an intermediate class of drugs between OTC and prescription products. The statutory requirement that a drug either be limited to prescription dispensing or available OTC with adequate directions for use seems to preclude the agency from establishing a class of drugs

---

[20] Davis and Monroe Review, dated March 17, 2004, signed March 25, 2004, at page 22.

10

whose labeling would need to be supplemented by a pharmacist's instructions."[21] In addition, the GAO concluded in its report titled "Nonprescription Drugs: Value of a Pharmacist-Controlled Class Has Yet to Be Demonstrated" that "[l]ittle evidence supports the establishment of a pharmacy or pharmacist class of drugs in the United States at this time. . . "[22] The recommendation that I am making that Plan B be OTC for women 17 years and older and prescription for women under 17 does not establish a new class of drugs, but rather preserves the existing statutory distinction between OTC and prescription drugs.

## VI.    Proposed Labeling and Educational Program

In the July 21, 2004 resubmission, Barr has proposed to package Plan B in a single package for both the Rx and OTC indications. Barr proposed that the package would say, "Rx only for women age 16 and younger." Based on the data in the supplement, the labeling would need to be amended to say "Rx only for persons age 16 and younger." I find that the proposed labeling includes adequate directions for use in self medication for women ages 17 and older, and if amended to change age 16 to 17, would clearly convey that the product remains Rx for women under age 17. Although FDA has not previously approved a product with a single package for both prescription and OTC use, I find this packaging configuration to be adequate.

Barr Laboratories' proposed labeling was reviewed by the Division of Over-The-Counter Drug Products on November 15, 2004, and the Division requested changes to the labeling on December 22, 2004, and January 14 and 19, 2005. Barr submitted revised proposed draft labeling on January 12, 18, and 19, 2005. The revised labeling was reviewed and found acceptable by the Division on February 7, 2005.

The proposed labeling includes a consumer information leaflet that elaborates on the information contained on the Plan B outer carton and inner packaging. Among the important information that is included in the consumer information leaflet is information about how Plan B works, when it is appropriate to use Plan B, how often it should be used, side effects and warnings, and directions for use. In addition, Barr Laboratories has proposed an educational program (Convenient Access Responsible Education Program, CARE) with the following elements: (1) labeling, packaging, web site, and informational 24-hour toll-free number, (2) education initiatives for healthcare providers and pharmacists, (3) distribution plans, and (4) monitoring efforts to assess whether the Rx/OTC age distinction is understood and adhered to.

While Barr's proposed labeling and educational program provides additional information to help women ages 17 and older use Plan B safely and effectively, it does not serve as a substitute for the data necessary to support a switch to OTC use for women under age 17, and it does not constitute the same level of supervision that a learned intermediary provides when writing a prescription.

## VII.    Pediatric Research Equity Act of 2003 (PREA) Requirements

---

[21] Response to Citizen Petition submitted by D.C. Huffman, Jr., American College of Apothecaries, Dec. 3, 1984-page 3.

[22] GAO/PEMD-95-12.

PREA requires that all applications for new active ingredients, new dosage forms, new indications, new routes of administration, and new dosing regimens contain an assessment of the safety and effectiveness of the product in pediatric patients unless this requirement is waived or deferred. The Division of Pediatric Drug Development (DPDD) conducted a review of the supplemental application to switch Plan B to OTC status for women 16 years and older and concluded the sponsor's submission meets PREA requirements for post-menarchal females, and that studies in males and premenarchal females should be waived.

I agree that the proposed switch meets the requirements of PREA but use a somewhat different analysis than DPDD. First, I believe that only the switch of Plan B to OTC status for women 17 and older triggers the PREA requirements. As the DPDD notes, the original NDA for prescription Plan B was submitted on January 29, 1999 and approved on July 28, 1999. Therefore, PREA did not apply to the original application because it was submitted before PREA's effective date of April 1, 1999. The only change from the original application proposed by Barr for Plan B is to switch Plan B to OTC status for women 16 years of age and older. I have found that the data only support switching Plan B to OTC status for women 17 years of age and older. Therefore, the only relevant pediatric population at issue is the population of women 17 to 18 years of age who would be using Plan B OTC.

The safety and effectiveness of Plan B in all women age 17 years of age and older has been demonstrated in the actual use and labeling comprehension studies submitted with this supplemental application. I find, therefore, as did DPDD, that the safety and effectiveness of Plan B in the relevant pediatric population (ages 17-18) has been demonstrated, and the requirements of PREA have been met.

## VIII.  Conclusion

In conclusion, I find that as a matter of science, Barr's July 21, 2004 proposal to switch Plan B to OTC status meets the statutory standards for approval of an NDA supplement set forth in 21 U.S.C. 355(d) for women age 17 and older, but does not meet the statutory standards for women under age 17. If additional data on actual use and labeling comprehension in women under 17 are provided, or Barr is able to demonstrate that women age 16 can be differentiated from younger women in the actual use and label comprehension studies, I am prepared to reevaluate my conclusions.

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

```
 /s/
----------------------
David Hilfiker
8/26/2005 11:01:36 AM
CSO
My assistance in the finalization of this memo does
not indicate my agreement with its content or
recommendations. I am participating at the request of
D.Throckmorton, CDER, and I am not acting on
behalf of the Office of Nonprescription Products or
OND.


Steven Galson
8/26/2005 02:36:45 PM
MEDICAL OFFICER
```

# EXHIBIT 7



DEPARTMENT OF HEALTH & HUMAN SERVICES          Public Health Service

Food and Drug Administration
Rockville, MD 20857

August 26, 2005

NDA 21-045/S-011

Duramed Research, Inc.
Attention: Joseph A. Carrado, M.Sc., R.Ph.
Senior Director, Regulatory Affairs
One Belmont Ave, 11th floor
Bala Cynwyd, PA 19004

Dear Mr. Carrado:

Please refer to your supplemental new drug application dated April 16, 2003, received April 22, 2003, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act (the Act) for Plan B® (levonorgestrel) Tablets, 0.75 mg.

We acknowledge receipt of your submissions dated April 16, July 25 (3), and 31, August 8 (2), September 4, 8, 9, and 15, October 6, 10, 15 (2), 17, 21, 24, 29, 30, and 31, December 3, and 9, 2003, January 9, and 30, February 6, 10, 13, 20, and 24, March 11 and 26, May 6 and 11, June 30, July 21, 2004, and January 6, 12, 13, 14, 18, 19 and 21, 2005.

Your submission of July 21, 2004 constituted a complete response to our May 6, 2004 Not Approvable action letter.

The resubmitted supplemental new drug application provides for a switch from Rx only status to Over the Counter (OTC) status for women ages sixteen years and older. Plan B would remain Rx only for women under sixteen years of age. In addition, you have proposed that both the Rx and OTC version of Plan B be marketed in a single package.

The Center for Drug Evaluation and Research (CDER) has completed its review of this application, as amended, and has concluded that the available scientific data are sufficient to support the safe use of Plan B as an OTC product, but only for women who are 17 years of age and older. However, the Agency is unable at this time to reach a decision on the approvability of the application because of unresolved issues that relate to your NDA discussed below.

Your application has presented us with three difficult and novel issues. Specifically, you have proposed that Plan B be marketed in a single package, and sold either as Rx or OTC, depending on the age of the patient. While the Agency has allowed the same active ingredient to be marketed both Rx and OTC based on indication, strength, dosage form and route of administration, the Agency has never determined whether a drug may be both Rx and OTC based on the age of the individual using the drug. A related concern is how, as a practical matter, an age-based distinction could be enforced. In addition, we have never been confronted with whether the Rx and OTC versions of the same active ingredient may be marketed in a single package.

NDA 21-045/S-011
Page 2

As you may be aware, questions have arisen over the years about whether there are any conditions under which an active ingredient may be simultaneously marketed in both a prescription drug product and an OTC drug product. Notwithstanding our having allowed the practice in those rare instances where there is a meaningful difference in the indication, strength, dosage form or route of administration of the two products, we recognize that FDA's interpretation of section 503(b) of the Act has not been explicitly set forth in any of the regulations that discuss the process by which FDA classifies (or re-classifies) drugs as OTC or prescription. See 21 CFR 310.200 and 310.201.

In this case, we have decided that the appropriate course is to ask for public comments on whether we should initiate a rulemaking to codify our interpretation of section 503(b) regarding when an active ingredient can be simultaneously marketed in both a prescription drug product and an OTC drug product. To this end, we have decided to publish an advance notice of proposed rulemaking in the Federal Register. In addition, the notice will seek public comments on questions related to the marketing of Rx and OTC versions of the same active ingredient in a single package.

At this time, the drug product may not be legally marketed OTC. In the future, you will be notified in writing regarding changes in the status of your application.

Under 21 CFR 314.102(d), you may request an informal meeting or telephone conference to discuss what steps need to be taken before the application may be approved.

Sincerely,

Lester M. Crawford, DVM, PhD
Commissioner of Food and Drugs

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

```
/s/
--------------------
Bronwyn Collier
8/26/2005 04:54:54 PM
```
This letter was signed and mailed in hard copy
with Dr. Lester Crawford's original signature. This letter
was scanned and is being checked into DFS
for archival purposes. My signature is for process
purposes only.

# EXHIBIT 8



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Food and Drug Administration
Rockville MD 20857

July 31, 2006

NDA 21-045/S-001

Duramed Research, Inc.
Attention: Joseph A. Carrado, M.Sc., R.Ph.
Senior Director, Regulatory Affairs
One Belmont Ave, 11th floor
Bala Cynwyd, PA 19004

Dear Mr. Carrado:

Please refer to your supplemental new drug application (sNDA) dated April 16, 2003, received April 22, 2003, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Plan B® (levonorgestrel) Tablets, 0.75 mg.

In our August 26, 2005, letter to you we stated that the Agency was unable to reach a decision on the approvability of your application at that time because of unresolved difficult and novel issues raised by your sNDA. On the same day, the Agency issued an Advanced Notice of Proposed Rulemaking (ANPRM) seeking input from the public on certain issues regarding Rx to OTC switches, which related to the regulatory issues raised by your application. The comment period on the ANPRM closed on November 1, 2005, and the Agency received approximately 47,000 comments. FDA then hired a contractor to summarize and categorize the comments, and we received the contractor's final reports on May 19, 2006. FDA has reviewed the comments and, while they have provided the agency with valuable insights regarding how the Agency might enforce an age-based restriction like the one proposed by your amended sNDA, we concur with the overwhelming majority of the comments (from individuals both for and against the approval of your sNDA) that it is not necessary to engage in rulemaking to resolve the novel regulatory issues raised by your application.

We are now proceeding with further evaluation of your sNDA. We would like to meet with you as soon as practicable, and preferably within seven days, to discuss the status of your sNDA, including any necessary amendments. For example, your sNDA seeks approval for OTC use for women ages 16 and older. As we informed you in our August 26, 2005 letter, the Center for Drug Evaluation and Research concluded the available scientific data are insufficient to support the safe use of Plan B® as an OTC product for everyone in that age group. Moreover, because of enforcement considerations, we believe that the appropriate age for OTC access is 18. Should you desire to proceed with your sNDA, you would need to amend it to seek approval for OTC status for women ages 18 and older. In addition, you would need to amend your sNDA with respect to packaging.

Joseph A. Carrado, M.Sc., R.Ph
July 31, 2006
Page 2

We would also like to discuss the details of the CARE<sup>SM</sup> Program that you submitted with your sNDA. That program regards your proposed marketing, education, distribution, and monitoring for the OTC version of Plan B®. Specifically, we would like to learn more about your proposal to restrict distribution of Plan B® to certain pharmacies, i.e., the OTC version of Plan B® would not be available at gas stations, convenience stores, etc., but only to those pharmacies agreeing to (1) keep the OTC version of the drug behind the pharmacy counter and (2) dispense the drug only upon the production of a valid photo identification card establishing the age of the consumer. In particular, we would like to learn more about your plan to routinely monitor these pharmacies to make sure they comply with the restricted distribution plan. In addition, we are very interested in learning how you plan on enforcing the restrictions if a pharmacy fails to comply with them, e.g., whether the restrictions will be incorporated into the terms of a formal contract and, if so, what the terms of that contract (particularly those terms related to a breach) look like. If after our discussions we conclude that the CARE<sup>SM</sup> Program isn't sufficiently rigorous to prevent the OTC version of Plan B® from being used by young girls who can't safely use the product without the supervision of a practitioner licensed by law to administer the drug, Plan B® will remain Rx-only for women of all ages.

Sincerely,

Andrew von Eschenbach, M.D.
Acting Commissioner of Food and Drugs

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

```
/s/
---------------------
Margaret Kober
8/4/2006 09:30:26 AM
This letter was signed and mailed in hard copy
with Dr. von Eschenbach's original signature. My electronic
signature is for archival process purposes only. Note
that the supplement number on the letter should
read 011 rather than 001.
```

# EXHIBIT 9

MEMORANDUM

DATE:       August 24, 2006

FROM:       Steven Galson, MD, MPH
            Director, Center for Drug Evaluation and Research

TO:         NDA 21-045, S-011

SUBJECT:    Plan B®

## I.    Introduction

On April 16, 2003, Barr Pharmaceuticals (Barr or the sponsor[1]) submitted a supplement
to NDA 21-045 to switch Plan B®, (levonorgestrel) Tablets, 0.75 mg, to over-the-counter
(OTC) status. The supplement, S-011, submitted under section 505(b) of the Federal
Food, Drug, and Cosmetic Act (the Act), was received April 23, 2003. On May 6, 2004,
I issued a Not Approvable letter because the supplement did not contain data
demonstrating that the product was safe and effective for OTC use by women under age
16.

On July 21, 2004, Barr resubmitted its supplement to NDA 21-045, S-011, seeking to
switch Plan B®'s prescription (Rx) status to OTC for women 16 years of age and older,
and to have Plan B® remain Rx for women under 16 years of age. This resubmission of
July 21, 2004, constituted a complete response to our May 6, 2004, Not Approvable
letter. The resubmitted supplemental new drug application proposed to switch Plan B® to
OTC status for women ages 16 years or greater and maintenance of prescription status for
women under age 16.

On August 26, 2005, then Commissioner Lester M. Crawford, DVM, PhD, sent the
sponsor a letter indicating that the Center for Drug Evaluation and Research (CDER) had
completed its review of the application, as amended, and had concluded that the available
scientific data are sufficient to support the safe use of Plan B® as an OTC product, but
only for women who are 17 years of age and older.

The letter went on to state, however, that the Agency was unable, at that time, to reach a
decision on the approvability of the application because of unresolved issues that related
to the NDA. The letter mentioned three issues: whether the same active ingredient could
be marketed both Rx and OTC based solely on the age of the individual using the drug;
how, as a practical matter, an age-based distinction could be enforced; and whether the
Rx and OTC versions of the same active ingredient may be marketed in a single package.
The letter also stated that the agency had decided to ask for public comments on whether
we should initiate a rulemaking to codify our interpretation of section 503(b) of the
Federal Food, Drug, and Cosmetic Act regarding when an active ingredient can be

---

[1] The current applicant for the Plan B sNDA is Duramed Research Pharmaceuticals, a wholly-owned
subsidiary of Barr. For ease of reference, this memo will refer to both entities as Barr.

simultaneously marketed in both a prescription drug product and an OTC drug product through an advance notice of proposed rulemaking (ANPRM) that published on September 1, 2005 (70 FR 52050). The comment period closed on November 1, 2005, and the agency received about 47,000 comments. The agency hired a contractor to summarize and categorize the comments and the contractor submitted a final report on May 19, 2006.

On July 31, 2006, Dr. Andrew von Eschenbach, Acting Commissioner of Food and Drugs, sent the sponsor a letter indicating that the agency had reviewed the comments received in response to the ANPRM and determined it was not necessary to engage in rulemaking to resolve the novel regulatory issues raised by the application and that we were now proceeding with further evaluation of the application.

CDER staff met with the sponsor on August 8, 2006, and discussed how to address the issues raised in Dr. von Eschenbach's letter regarding the restriction on OTC sales of Plan B® to ages 18 and over, the packaging of prescription and OTC Plan B® in one package, and the Convenient Access Responsible Education (CARE℠) Program.

On August 17, 18, and 23, 2006, the sponsor amended its application to propose revisions to the labeling and to the CARE℠ Program.

## II.    Approval Standards

FDA must require Rx dispensing of any drug that is not safe for use "except under the supervision of a practitioner licensed by law to administer such drug."[2] A drug sponsor may submit a supplemental application to "switch" a drug that FDA has already approved for Rx use to OTC status. FDA will grant a supplemental application to "switch" when it finds that Rx dispensing is:

> not necessary for the protection of the public health by reason of the drug's toxicity or other potentiality for harmful effect, or the method of its use, or the collateral measures necessary to its use, and . . . the drug is safe and effective for use in self-medication as directed in proposed labeling.[3]

Such switch applications generally include data from actual use and labeling comprehension studies to demonstrate that the product can be safely and effectively used without the supervision of a practitioner licensed by law to administer the drug. FDA may approve an NDA application only when, among other things, the investigations submitted in the application include adequate tests showing whether or not the drug is safe for use under the conditions prescribed, recommended, or suggested in the proposed labeling and when there is sufficient information to determine from the application whether the drug is safe for use.[4]

---

[2] 21 U.S.C. § 353(b)(1).
[3] 21 C.F.R. § 310.200(b).
[4] See 21 U.S.C. § 355(d).

## III.    Findings

I have completed my review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that the drug products are safe and effective for use under the conditions set forth in the draft labeling submitted August 23, 2006. My previous memoranda on this application (May 6, 2004, and August 25, 2005) describe my reasoning for concluding that Plan B® is safe and effective for OTC use for ages 17 and older, but, in the absence of additional data demonstrating that it is safe and effective for OTC use in women under 17, it must remain Rx for this age group.[5] This memorandum addresses the three issues raised in Dr. von Eschenbach's July 31, 2006 letter: the age 18 restriction, the packaging of the product, and the CARE[SM] program.

### A.   Restriction to Rx Use for Women Under 18

Regarding the restriction on OTC use to age 18 and older, Dr. von Eschenbach decided that this was the appropriate age for OTC use for the reasons described in his memorandum of August 23, 2006. I have read that memorandum and, although I previously concluded that OTC use should be restricted to women 17 or older, I have now determined that for the reasons Dr. von Eschenbach outlines, the approval of this application should reflect a restriction to OTC use for those age 18 and older.

### B.   Packaging

Regarding the packaging of the Rx and OTC products in a single package, Barr has proposed to package Plan B® in a package that is designed to satisfy both the Rx and OTC labeling requirements. On the front of the package, the statement will appear: "Rx only for age 17 and younger." In addition, the package will have the Drug Facts box required for all OTC products, and will have space for a pharmacist to apply the standard prescription drug labeling before dispensing the product pursuant to a prescription. These proposals make it clear that the product is Rx for age 17 and younger, and OTC for ages 18 and older, satisfying the requirements of section 503(b)(4)(A) of the Act that a drug that is subject to the prescription requirement in section 503(b)(1) bear the "Rx

---

[5] As I noted in my August 26, 2005, memo, various CDER reviewers recommended that Plan B® should be switched OTC for the entire population of women who might use the product, including women under age 18. Similar views were expressed by various CDER reviewers in this review cycle (see for example, August 22, 2006, review of the Director, Office of New Drugs, the Director, Office of Nonprescription Products (ONP), and the Acting Director, Office of Drug Evaluation III). For the same reasons described in my August 26, 2005, memo, I do not agree with those recommendations.

I would, however, like to clarify for the record a statement in my August 25, 2005 memo. On page 5, I stated that if Plan B® was used routinely for contraception (a use inconsistent with the labeling), the well-known risks associated with hormonal contraceptives, such as blood clots and stroke, are likely to be higher than with the use of other contraceptives. While it would be inappropriate to use Plan B® for routine contraception because this dose of levonorgestrel has not been shown to be safe and effective for such a use, the relationship between progestin-only oral contraceptives, such as levonorgestrel, and strokes and blood clots has not been fully defined. This clarification does not change my view that the sponsor did not establish that Plan B® can be used safely and effectively by women under 17 without the supervision of a licensed practitioner.

only" symbol. Because section 503(b)(1) applies here, section 503(b)(4)(B), does not. Section 503(b)(4)(B) states: "A drug to which paragraph (1) does not apply shall be deemed to be misbranded if at any time prior to dispensing the label of the drug bears the symbol described in subparagraph (A) [the "Rx only" symbol]."

Furthermore, there are important policy reasons for approving this packaging configuration related to implementing the restriction of the OTC product to ages 18 and over. Because the package will be labeled with the "Rx only" symbol, State and Federal law will require that the packages be dispensed only by pharmacies and other healthcare providers such as physicians and clinics authorized to dispense prescription drugs. The product will not be available through convenience stores and gas stations because they will not be authorized to sell the prescription product. As described in the CARE[SM] program, wholesale distributors and retail chain drug stores confirmed to the sponsor that they will distribute Plan B® only to licensed pharmacies or heath care clinics. Furthermore, since Plan B® has both Rx and OTC labeling, pharmacies will keep Plan B® behind-the-counter, and either a prescription or government-issued proof of age will be presented before sale of the product.

## C. The CARE[SM] Program

In its July 2004 submission, Barr submitted proposed labeling that included a consumer information leaflet that elaborates on the information contained on the Plan B® outer carton and inner packaging. Among the important information that is included in the consumer information leaflet is information about how Plan B® works, when it is appropriate to use Plan B®, how often it should be used, side effects and warnings, and directions for use. In addition, Barr Laboratories proposed an educational program (Convenient Access Responsible Education Program, CARE[SM]) with the following elements: (1) labeling, packaging, web site, and informational 24-hour toll-free number, (2) education initiatives for healthcare providers and pharmacists, (3) distribution plans, and (4) monitoring efforts to assess whether the Rx/OTC age distinction is understood and adhered to.

In response to Dr. von Eschenbach's letter of July 31, 2006, describing several issues that he asked be addressed concerning the enforceability of the age restriction, representatives from CDER met with Barr to discuss proposed changes to the CARE[SM] program to address these concerns. On August 17 and 18, and 23, 2006, Barr submitted amendments to Supplement O11 proposing changes to the CARE[SM] program.

Specifically, Barr:

- Made changes throughout the program to reflect that Plan B® would be made available only by prescription to women age 17 and younger and would be made available OTC to those age 18 and older who show a government-issued identification of their age.
- Clarified that wholesale distributors and chain drug companies will only distribute Plan B® to licensed pharmacies or other licensed healthcare clinics.
- Clarified that since Plan B® will be labeled as both Rx and OTC, pharmacies will keep the product behind the counter to effectuate the restriction of the OTC

4

product to ages 18 and older.

- Clarified that if violations of the age restriction are observed, the sponsor will increase its educational efforts regarding the age restriction and focus on improving the level of understanding among pharmacists and pharmacy staff, and will also report repeat violators to the relevant State Boards of Pharmacy.[6]
- Committed to report to FDA the results of its surveys to provide signals of program effectiveness and potential problems, and the point-of-purchase monitoring program to determine whether the Rx requirement for those ages 17 and younger is being adhered to at the point of purchase. These results will be reported to FDA at six-month intervals beginning 30 calendar days after the six-month interval commencing on the date of the approval of the amended sNDA.
- Made additional editorial and clarifying changes to the CARE[SM] program to reflect changes in packaging.

I have determined that with the changes the sponsor has proposed, the CARE[SM] program is adequate to support my finding that Plan B® can be safely distributed in the package configuration proposed by Barr.

To ensure that Plan B® will be used safely and effectively by Rx consumers age 17 and below and OTC consumers age 18 and above, the sponsor has agreed to the following activities:

- Monitor trends in the use of emergency contraception to evaluate the effectiveness of the CARE[SM] program. Specifically, the sponsor agreed to conduct a market research survey or surveys of a subset of healthcare professionals annually, and when practicable, in collaboration with established professional groups. These surveys will be designed to determine whether the Rx requirement for those ages 17 and younger is being adhered to at the point of purchase and to provide signals of program effectiveness and potential problems

---

[6] I disagree with the recommendation by the Office of Surveillance and Epidemiology (OSE) that the CARE[SM] program should require the sponsor to notify FDA instead of the State Boards of Pharmacy when pharmacists repeatedly fail to comply with the age restriction (OSE Plan B® CARE[SM] Program Review Team Review, August 22, 2006). The Director, ONP, accepted OSE's recommendation (Director, ONP Review, August 22, 2006). OSE explained that it believed such a measure of monitoring the compliance with the age restriction was "overly punitive" and may have a negative impact on the availability of this product OTC. OSE states that a lack of pharmacy compliance may be reflective of an inadequate education plan and this information could be used as an opportunity to improve and/or revise the CARE[SM] program. I disagree that the sponsor's proposal is overly punitive, or that it is proposed as a substitute for adequate education. The CARE[SM] program states that "findings from the [point-of-purchase] study will be communicated to the pharmacy and the corporate office, if appropriate, since education and retraining will be the first course of remedial action." (CARE[SM] Program, August 22, 2006, p. 11) The plan states that only in the case of repeat violators will the violator's State Board of Pharmacy be notified. (Id.) Furthermore, these reports to a State Board of Pharmacy do not mean that FDA will not be informed of violations. The CARE[SM] program provides that the sponsor will report to FDA periodically the findings of the point-of-purchase monitoring program. I believe the sponsor's proposed approach to monitoring will increase the likelihood that pharmacists will dispense Plan B® appropriately, and it is within the sponsor's discretion to propose such action.

associated with consumers' understanding of the purpose and proper use of Plan B®.

- Using relevant survey data regularly collected by others (e.g., Centers for Disease Control's Behavioral Risk Factor Safety Surveillance (CDC BRFSS), Youth Risk Behavior Safety Surveillance (YRBSS)), to monitor for potential indicators that Plan B® is being used in an inappropriate manner. Potential areas of monitoring and reporting include evaluating possible correlations between increases in sexually transmitted infections (STIs) based on geographic areas and data and trends in pregnancy and/or abortion rates based on geographic areas.

- Conduct a "Point-of-Purchase Monitoring Program" to track how Plan B® is being sold at the time of purchase, including using anonymous shoppers who will be directed to visit locations where Plan B® is available and purchase the product. Using the data collected, the sponsor will document and analyze the level of comprehension of the Plan B® prescription age requirement and how it is handled at the point of purchase. The program will be conducted twice in the first year and annually thereafter. The sponsor will report repeat violators to the relevant State Boards of Pharmacy.

- Report to FDA on the results of these activities on a six-month interval beginning 30 calendar days after the six-month interval commencing on the date of the approval of the amended sNDA.

Finally, I note and agree with the other elements of the CARE[SM] program described in the submission of August 23, 2006, which are designed to help ensure compliance with the approved labeling, and particularly the restriction of OTC use to ages 18 and older. The program includes the following elements:

- The sponsor and third party distributors, wholesalers, and chain drug companies will only distribute Plan B® to licensed pharmacies or other licensed healthcare clinics. As a result, Plan B® will not be sold at gas stations or convenience stores. Given that Plan B® will have both Rx and OTC labeling, the pharmacies will keep Plan B® behind-the-counter.

- The sponsor will conduct an education campaign that will focus initially on healthcare professionals (including prescribers and pharmacists) to raise awareness and knowledge levels about emergency contraception. The education campaign will clearly communicate the prescription age requirement and the appropriate use of emergency contraception. The campaign will include continuing education by certified professionals and educational materials (including websites and toll free numbers) that can be accessed easily and at any time.

- The sponsor will make available to State Boards of Pharmacy continuing education programs for use at annual meetings and other regional programs.

- The sponsor will provide to prescribers and healthcare professional associations materials for distribution to patients that will encourage patients to discuss any questions about emergency contraception with a healthcare professional.

- The sponsor plans to educate consumers, in part by targeting consumers ages 18 to 44 to convey critical awareness and educational messages as well as

6

information about product availability, time sensitivity of use, and the age requirements to obtain Plan B® as a prescription or OTC product.

I conclude that the CARE[SM] program is sufficiently rigorous to prevent young women from obtaining Plan B® over-the-counter without the supervision of a practitioner licensed by law to prescribe the drug. Monitoring of the program's effectiveness will allow FDA to assess whether further modifications will be necessary to prevent inappropriate use of Plan B®.

## IV.    Conclusion

In conclusion, I find that Barr's sNDA, as amended most recently on August 23, 2006, meets the statutory standards for approval as set forth in 21 U.S.C. 355(d).

---

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---

```
 /s/
----------------------
Leah Christl
8/23/2006 07:38:08 PM
CSO
I am entering this memo into DFS for signature
by Dr. Steven Galson. My signture is for
process purposes only.


Steven Galson
8/24/2006 07:17:59 AM
MEDICAL OFFICER
```

# EXHIBIT 10



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Food and Drug Administration
Rockville, MD 20857

21-045/S-011

Duramed Research, Inc.
Attention: Joseph A. Carrado, M.Sc., R.Ph.
        Vice President, Clinical Regulatory Affairs
One Belmont Ave, 11th floor
Bala Cynwyd, PA  19004

Dear Mr. Carrado:

Please refer to your supplemental new drug application dated April 16, 2003, received April 22, 2003, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Plan B® (levonorgestrel) Tablets, 0.75 mg.

We also acknowledge receipt of your submissions dated July 25 (3), and 31, August 8 (2), September 4, 8, 9, and 15, October 6, 10, 15 (2), 17, 21, 24, 29, 30, and 31, December 3, and 9, 2003; January 9, and 30, February 6, 10, 13, 20, and 24, March 11 and 26, May 6 and 11, June 30, July 21, 2004; January 6, 12, 13, 14, 18, 19 and 21, and August 26, 2005; and August 2, 17, 18, and 23, 2006.

Your submission of July 21, 2004, constituted a complete response to our May 6, 2004, Not Approvable letter. The resubmitted supplemental new drug application provides for a switch to Over-the-Counter (OTC) status for women ages 16 years or greater and maintenance of prescription status for women under age 16. On August 26, 2005, then Commissioner Lester M. Crawford, DVM, PhD, sent you a letter indicating that the Agency was unable, at that time, to reach a decision on the approvability of the application because of unresolved issues that related to your NDA. The letter mentioned three issues: whether the same active ingredient could be marketed both Rx and OTC based solely on the age of the individual using the drug; how, as a practical matter, an age-based distinction could be enforced; and whether the Rx and OTC versions of the same active ingredient may be marketed in a single package. The letter also stated that the agency had decided to ask for public comments on whether we should initiate a rulemaking to codify our interpretation of section 503(b) of the Federal Food, Drug, and Cosmetic Act regarding when an active ingredient can be simultaneously marketed in both a prescription drug product and an OTC drug product through an advance notice of proposed rulemaking (ANPRM) that published on September 1, 2005 (70 FR 52050). The comment period closed on November 1, 2005, and the agency received about 47,000 comments. The agency hired a contractor to summarize and categorize the comments and the contractor submitted a final report on May 19, 2006.

On July 31, 2006, Dr. Andrew von Eschenbach, Acting Commissioner of Food and Drugs, sent you a letter indicating that the agency had reviewed the comments received in response to the ANPRM and determined it was not necessary to engage in rulemaking to resolve the novel regulatory issues raised by your application and that we were now proceeding with further evaluation of your application.

1

NDA 21-045/S-011
Page 2

We met with you on August 8, 2006, and discussed how to address the issues raised in Dr. von Eschenbach's letter regarding the restriction on OTC sales of Plan B® to ages 18 and over, the packaging, and the Convenient Access Responsible Education (CARE^(SM)) Program.

On August 17, 18, and 23, 2006, you amended your application to propose revisions to the labeling and to the CARE^(SM) Program.

We have completed our review of this application, as amended, and have concluded that adequate information has been presented to demonstrate that Plan B® is safe and effective for use under the conditions set forth in the draft labeling submitted on August 23, 2006. This application is approved, effective on the date of this letter, to allow OTC availability of Plan B® for consumers 18 years and older. Plan B® remains available by prescription only for women 17 years and younger.

The final printed labeling (FPL) must be identical to the enclosed labeling (prescription package insert, outer carton label, inner card label, and consumer information leaflet). The inner card and outer carton labels must be formatted in accordance with the requirements of 21 CFR 201.66.

Please submit an electronic version of the FPL according to the guidance for industry titled *Providing Regulatory Submissions in Electronic Format – NDA*. Alternatively, you may submit 20 paper copies of the FPL as soon as it is available, in no case more than 30 days after it is printed. Individually mount 15 of the copies on heavy-weight paper or similar material. For administrative purposes, designate this submission "**FPL for approved NDA 21-045 /S-011.**" Approval of this submission by FDA is not required before the labeling is used.

We also remind you of the activities you agreed to as specified in the CARE^(SM) Program described in your submission dated August 23, 2006. You agreed to:

- Monitor trends in the use of emergency contraception to evaluate the effectiveness of the CARE^(SM) program. Specifically, you have agreed to conduct a market research survey or surveys of a subset of healthcare professionals annually, and when practicable, in collaboration with established professional groups. Your surveys will be designed to determine whether the Rx requirement for those ages 17 and younger is being adhered to at the point of purchase and to provide signals of program effectiveness and potential problems associated with consumers' understanding of the purpose and proper use of Plan B®.

- Using relevant survey data regularly collected by others (e.g., Centers for Disease Control's Behavioral Risk Factor Safety Surveillance (CDC BRFSS), Youth Risk Behavior Safety Surveillance (YRBSS)), to monitor for potential indicators that Plan B® is being used in an inappropriate manner. Potential areas of monitoring and reporting include evaluating possible correlations between increases in sexually transmitted infections (STIs) based on geographic areas and data and trends in pregnancy and/or abortion rates based on geographic areas.

- Conduct a "Point-of-Purchase Monitoring Program" to track how Plan B® is being sold at the time of purchase, including using anonymous shoppers who will be directed to visit locations where Plan B® is available and purchase the product. Using the data collected, you will document and analyze the level of comprehension of the Plan B® prescription age requirement and how it is handled at the point of purchase. The program will be conducted twice in the first

2

NDA 21-045/S-011
Page 3

       year and annually thereafter.  The sponsor will report repeat violators to the relevant State
       Boards of Pharmacy.

- Report to FDA on the results of these activities on a six-month interval beginning 30 calendar
  days after the six-month interval commencing on the date of this approval.

Finally, we note and agree with the other elements of the CARE<sup>SM</sup> Program, described in your
submission of August 23, 2006, which are designed to ensure compliance with the approved labeling,
and particularly the restriction of OTC use to ages 18 and older.  The program includes the following
elements:

- The sponsor and third party distributors, wholesalers, and chain drug companies will only
  distribute Plan B® to licensed pharmacies or other licensed healthcare clinics.  As a result, Plan
  B® will not be sold at gas stations or convenience stores.  Given that Plan B® will have both Rx
  and OTC labeling, the pharmacies will keep Plan B® behind-the-counter.

- The sponsor will conduct an education campaign that will focus initially on healthcare
  professionals (including prescribers and pharmacists) to raise awareness and knowledge levels
  about emergency contraception.  The education campaign will clearly communicate the
  prescription age requirement and the appropriate use of emergency contraception. The
  campaign will include continuing education by certified professionals and educational materials
  (including websites and toll free numbers) that can be accessed easily and at any time.

- The sponsor will make available to State Boards of Pharmacy continuing education programs
  for use at annual meetings and other regional programs.

- The sponsor will provide to prescribers and healthcare professional associations materials for
  distribution to patients that will encourage patients to discuss any questions about emergency
  contraception with a healthcare professional.

- The sponsor plans to educate consumers in part by targeting consumers ages 18 to 44 to convey
  critical awareness and educational messages as well as information about product availability,
  time sensitivity of use, and the age requirements to obtain Plan B® as a prescription or OTC
  product.

Any change to the CARE<sup>SM</sup> Program must be discussed with FDA prior to its implementation and is
subject to FDA's review.

All applications for new active ingredients, new dosage forms, new indications, new routes of
administration, and new dosing regimens are required to contain an assessment of the safety and
effectiveness of the product in pediatric patients unless this requirement is waived or deferred.  The
safety and effectiveness of Plan B® provided pursuant to a prescription in pediatric patients (those
under age 18) need not be addressed under the Pediatric Research Equity Act of 2003 (PREA) because
this supplemental application does not propose a new indication for women in this age group (i.e., Plan
B® is to remain prescription for women under 18).

In addition, we request that you submit to FDA four copies of the introductory promotional materials
that you propose to use for Plan B®.  Submit all proposed materials in draft or mock-up form, not final

**3**

NDA 21-045/S-011
Page 4

print. Send one copy to the Division of Reproductive and Urologic Products, one to the Division of Nonprescription Clinical Evaluation, and two copies of both the promotional materials and the package insert directly to:

> Food and Drug Administration
> Center for Drug Evaluation and Research
> Division of Drug Marketing, Advertising, and Communications
> Food and Drug Administration
> 5901-B Ammendale Road
> Beltsville, MD 20705-1266

If you issue a letter communicating important information about this drug product (i.e., a "Dear Health Care Professional" letter), we request that you submit a copy of the letter to this NDA and a copy to the following address:

> MEDWATCH
> Food and Drug Administration
> WO 22, Room 4447
> 10903 New Hampshire Avenue
> Silver Spring, MD 20993-0002

Please submit one market package of Plan B® when it is available.

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

If you have any questions, call the Office of Nonprescription Products, Division of Nonprescription Clinical Evaluation at (301) 796-2080.

> Sincerely,
>
> {See appended electronic signature page}
>
> Steven Galson, M.D., M.P.H.
> Director
> Center for Drug Evaluation and Research

Enclosure

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

```
/s/
--------------------
Steven Galson
8/24/2006 07:20:23 AM
```



| DRUG FACTS TEXT DEFINED | TYPE SIZE | TYPE FONT |
|---|---|---|
| • DRUG FACTS Title | 9 pt | Helvetica Bold Condensed Oblique |
| • DRUG FACTS CONTINUED | 8 pt | Helvetica Bold Cond. Oblique/Helvetica Condensed |
| • HEADINGS | 8 pt | Helvetica Bold Condensed Obliqe |
| • SUBHEADER/BODY TEXT | 6 pt | Helvetica Bold Condensed/Helvetica Condensed |
| • TABLERULES | 7 pt | |
| • # OF CHARACTERS PER INCH | <20 | |
| • | 5 pt | Zapf Dingbats |
| • BULLETS | 2 pts | |
| • SPACE AFTER BULLETED SECTION | 1 pt, .5 pt | |
| • HAIRLINES, HAIRLINES | 7 spaces | |
| • SPACE BETWEEN HAIRLINES AND BOX (HB) | | |

6



| DRUG FACTS TEXT ELEMENT | TYPE SIZE | TYPE FONT |
|---|---|---|
| •DRUG FACTS Title | 9 pt | Helvetica Bold Condensed Oblique |
| •DRUG FACTS CONTINUED | 8 pt | Helvetica Bold Cond. Oblique/Helvetica Condensed |
| •HEADINGS | 8 pt | Helvetica Bold Condensed Oblique |
| •SUB-HEADS/BODY TEXT | 6 pt | Helvetica Bold Condensed/Helvetica Condensed |
| •LEADING | 7 pt | |
| | <09 | |
| • # OF CHARACTERS PER INCH | 5 pt | Zapf Dingbats |
| •BULLETS | 2 ems | |
| • SPACE AFTER BULLETED SECTION | 1 pt . 5 pt | |
| • RULES, HAIRLINES | 2 points | |
| • SPACE BETWEEN HAIRLINES AND BOX END | | |

7



## What is Plan B®?

**Plan B® is emergency contraception.** Emergency contraception is a backup method of preventing pregnancy and is not for routine use. Drugs used for emergency contraception are called emergency contraceptive pills, postcoital pills, or morning after pills.

Plan B® can reduce your chance of pregnancy after unprotected sex (if your regular birth control method fails or if you have had sex without birth control). For example, if you were using a condom and it broke, or if you forgot to take 2 or more of your birth control pills this month, or if you did not use any birth control method, Plan B® may work for you.

## How does Plan B® work?

Plan B® contains a dose of the hormone levonorgestrel that is higher than in a single birth control pill. Levonorgestrel has been used in birth control pills for over 35 years. Plan B® works like a birth control pill to prevent pregnancy mainly by stopping the release of an egg from the ovary. It is possible that Plan B® may also work by preventing fertilization of an egg (the uniting of sperm with the egg) or by preventing attachment (implantation) to the uterus (womb), which usually occurs beginning 7 days after release of an egg from the ovary. Plan B® will not do anything to a fertilized egg already attached to the uterus. The pregnancy will continue.



3

## When is it appropriate to use Plan B®?

You can use Plan B® after you have had unprotected sex, 1 or more times in the last 3 days (72 hours), and you don't want to become pregnant.

Plan B® can be used as a backup method to birth control if, for example,

- Your regular birth control failed (your partner's condom broke or slipped)
- You made a mistake with your regular method (you missed 2 or more birth control pills this month)
- You did not use any birth control method

### When is it not appropriate to use Plan B®?

- Plan B® should not be used as a regular birth control method. It does not work as well as most other forms of birth control when they are used consistently and correctly. Plan B® is a backup or emergency method of contraception.

- Plan B® should not be used if you are already pregnant because it will not work.

- Plan B® should not be used if you are allergic to levonorgestrel

- Plan B® does not protect against HIV (the virus that causes AIDS) or other sexually transmitted diseases (STDs). The best ways to protect yourself against getting HIV or other STDs are to use a latex condom correctly with every sexual act or not to have sex at all



## How can I get the best results from Plan B®?

You have only a few days to prevent pregnancy after unprotected sex. Plan B® works better the sooner you take it. Take the first Plan B® tablet as soon as possible but not later than 3 days (72 hours) after unprotected sex. Take the second tablet 12 hours later.

## How effective is Plan B®?

Plan B® works best the sooner you use it. If it is taken within 72 hours (3 days) after sex, it will significantly decrease the chance that you will get pregnant. Seven out of every 8 women who would have gotten pregnant will not become pregnant. Plan B® works even better than this if taken within the first 24 hours after sex.

5

**13**

### How will I know if Plan B® worked?

Most women will have their next menstrual period at the expected time or within a week of the expected time. If your menstrual period is delayed beyond 1 week, you may be pregnant and you should get a pregnancy test and follow up with your healthcare professional.

### What if I am already pregnant and use Plan B®?

There is no medical evidence that Plan B® would harm a developing baby. If you take Plan B® accidentally after you are already pregnant, or it does not work and you become pregnant, it is not likely to cause any harm to you or your pregnancy. Plan B® should not have any effect on a pregnancy after implantation.



7

14

### What should I do if my menstrual period is delayed beyond 1 week and I have severe lower stomach pain?

If you have severe lower stomach pain about 3 to 5 weeks after taking Plan B®, you may have a pregnancy outside the uterus (a tubal pregnancy). See a healthcare professional right away because a tubal pregnancy requires immediate medical treatment.

### Can I use Plan B® for regular birth control?

Plan B® should not be used for regular birth control. Plan B® is not as effective as using a regular birth control method correctly and consistently. It is a backup method to be used if your regular birth control fails or if you have sex without birth control. You should not

5

have unprotected sex following treatment because Plan B® will not protect you from getting pregnant.

## How often can I use Plan B®?

Plan B® is meant for infrequent emergency protection. If you need to use emergency contraception often, you should consult with your healthcare professional for your best methods of birth control and STD prevention.

## Will I experience any side effects from Plan B®?

When used as directed, Plan B® is safe for women. Plan B® has no serious or lasting medical side effects. Some women will experience non-serious side effects, such as nausea, stomach pain, headache, dizziness, or breast



tenderness. These are similar to the side effects of regular birth control pills. Some women have menstrual changes such as spotting or bleeding before their next period. Some women may have a heavier or lighter next period, or a period that is early or late. If your period is more than a week late, you should get a pregnancy test.

## What warnings should I know about when using Plan B®?

Plan B® does not protect against the AIDS virus (HIV) or other sexually transmitted diseases (STDs).

10

**17**

**Do not use:**
- If you are already pregnant (because it will not work)
- If you are allergic to levonorgestrel or any of the ingredients in Plan B®
- For regular birth control

**When using this product you may have:**
- Nausea
- Vomiting
- Stomach pain
- Tiredness
- Diarrhea
- Dizziness
- Breast pain
- Headache
- Menstrual changes

PlanB®
LEVONORGESTREL

11

Keep out of reach of children. In case of overdose, get medical help or contact a Poison Control Center right away.

**What are the directions for using Plan B®?**

• Women 18 years of age and over:

  -- take the first tablet as soon as possible but not later than 72 hours (3 days) after unprotected sex

  -- take the second tablet 12 hours after you take the first tablet

  -- if you vomit within 1 hour of taking either dose of medication, call a healthcare professional to discuss whether to repeat the dose

• Prescription only for age 17 and under. If age 17 or under, see a healthcare professional.

12

## What should I do if I have questions about Plan B®?

If you have questions or need more information about this product, call our toll-free number, 1-800-330-1271, visit our Web site at www.go2planB.com, or ask a healthcare professional.

### Other Information

• This package is sealed with 2 imprinted seals. Do not use if these imprinted seals have been removed, torn, or broken.

• Store at 20-25°C (68-77°F).



13

**Active Ingredient:** levonorgestrel 0.75 mg in each tablet

**Inactive Ingredients:** colloidal silicon dioxide, potato starch, gelatin, magnesium stearate, talc, corn starch, lactose monohydrate

**Protect yourself in more ways than one!**

If you are sexually active, but you're not ready for a pregnancy, it is important to use routine pregnancy protection. There are many types of birth control. Whichever type you choose, it's important to use your routine birth control method as directed. This ensures that you have effective protection against pregnancy every time you have sex.

14

But, things do not always go as planned. You might have forgotten to take your pill, or another birth control method you use might have failed (for example, a condom can break during sex). That is why there is Plan B®. Plan B® is an emergency contraceptive that offers you a second chance to prevent pregnancy after unprotected sex or when you fail to use your birth control method correctly.

Remember, Plan B® is only for emergency pregnancy prevention. It works well for this purpose. There are many other products that work very well for routine birth control. The most effective of these are available by prescription from your healthcare professional. Other effective methods are available for purchase without a prescription.



18

There is also another form of protection to think about when you have sex: protection against sexually transmitted diseases (STDs). Some common STDs are HIV/AIDS, chlamydia, genital herpes, gonorrhea, hepatitis, human papilloma virus (HPV), genital warts, syphilis, and trichomonas. Some of these STDs can be very serious and can lead to infertility (permanent inability to have a baby), problems during pregnancy, chronic illness, and even death.

All sexually active women are at risk of catching STDs because they may not be able to know that their partner has an STD (the partner himself may not know). If your partner uses a latex condom correctly **each and every time you have sex with him, this will help reduce, but not eliminate, the chance that you will catch an STD.**

16

**23**

No other birth control methods will protect you from STDs. The female condom may give you some STD protection, but it is not as effective as a male latex condom.

For more information on STDs, call the Centers for Disease Control and Prevention (CDC) AIDS/STD Hotline. The CDC phone numbers are 1-800-342-AIDS (2437) for English, 1-800-344-7432 for Spanish, or 1-800-243-7889 for hearing impaired, TDD.



17

24

Be sure to protect yourself against pregnancy and STDs by using some form of birth control plus a latex condom. Of course, not having sex is the most effective way to prevent pregnancy and stay free of STDs. We hope this information will help you make the right choices to stay healthy for your future.

18

Plan B® is used to prevent pregnancy after unprotected sex or contraceptive failure.

Plan B® should not be used if you are already pregnant (because it will not work), if you are allergic to levonorgestrel or any of the ingredients in Plan B®, or for regular birth control.

Menstrual bleeding may be heavier or lighter after taking Plan B®. If your period is more than a week late, pregnancy should be considered.

Plan B® does not protect against the AIDS virus (HIV) or other sexually transmitted diseases (STDs).

Common side effects associated with the use of Plan B® included nausea, vomiting, stomach pain, tiredness, diarrhea, dizziness, breast pain, headache, and menstrual changes.



19

26

1-800-330-1271

**duramed**®

Duramed Pharmaceuticals, Inc.
Subsidiary of Barr Pharmaceuticals, Inc.
Pomona, New York 10970

©2006 Duramed Pharmaceuticals, Inc.

www.go2planB.com

Plan B® is a registered trademark of Women's Capital Corporation, a subsidiary of Duramed Pharmaceuticals, Inc.

PlanB®
LEVONORGESTREL

PL6-A40710     September 2006     Printed in USA

## Plan B® (Levonorgestrel) Tablets, 0.75 mg

**Rx only for women age 17 and younger**

For women age 17 and younger, Plan B ® is a prescription–only emergency contraceptive. Plan B® is intended to prevent pregnancy after known or suspected contraceptive failure or unprotected intercourse. Emergency contraceptive pills (like all oral contraceptives) do not protect against infection with HIV (the virus that causes AIDS) and other sexually transmitted diseases.

### DESCRIPTION

Emergency contraceptive tablet. Each Plan B® tablet contains 0.75 mg of a single active steroid ingredient, levonorgestrel [18,19-Dinorpregn-4-en-20-yn-3-one-13-ethyl-17-hydroxy-, (17α)-(-)-], a totally synthetic progestogen. The inactive ingredients present are colloidal silicon dioxide, potato starch, gelatin, magnesium stearate, talc, corn starch, and lactose monohydrate. Levonorgestrel has a molecular weight of 312.45, and the following structural and molecular formulas:



### CLINICAL PHARMACOLOGY

Emergency contraceptives are not effective if the woman is already pregnant. Plan B® is believed to act as an emergency contraceptive principally by preventing ovulation or fertilization (by altering tubal transport of sperm and/or ova). In addition, it may inhibit implantation (by altering the endometrium). It is not effective once the process of implantation has begun.

### Pharmacokinetics

*Absorption:*

No specific investigation of the absolute bioavailability of Plan B® in humans has been conducted. However, literature indicates that levonorgestrel is rapidly and completely absorbed after oral administration (bioavailability about 100%) and is not subject to first pass metabolism. After a single dose of Plan B® (0.75 mg) administered to 16 women under fasting conditions, maximum serum concentrations of levonorgestrel are $14.1 \pm 7.7$ ng/mL (mean $\pm$ SD) at an average of $1.6 \pm 0.7$ hours. No formal study of the effect of food on the absorption of levonorgestrel has been undertaken.

1

**Table 1**      **Pharmacokinetic Parameter Values Following Single Dose Administration of Plan B® (Levonorgestrel) Tablets 0.75 mg to Healthy Female Volunteers**

| N | Mean ($\pm$ S.D.) | | | | | |
|---|---|---|---|---|---|---|
| | $C_{max}$ (ng/mL) | $T_{max}$ (h) | CL (L/h) | $V_d$ (L) | $T_{1/2}$ (h) | $AUC_{0-\infty}$ (ng/mL/h) |
| 16 | $14.1 \pm 7.7$ | $1.6 \pm 0.7$ | $7.7 \pm 2.7$ | 260.0 | $24.4 \pm 5.3$ | $123.1 \pm 50.1$ |

*Distribution:*
Levonorgestrel in serum is primarily protein bound. Approximately 50% is bound to albumin and 47.5% is bound to sex hormone binding globulin (SHBG).

*Metabolism:*
Following a single oral dosage, levonorgestrel does not appear to be extensively metabolized by the liver. The primary metabolites are $3\alpha,5\beta$- and $3\alpha,5\alpha$-tetrahydrolevonorgestrel with $16\beta$-hydroxynorgestrel also identified. Together, these account for less than 10% of parent plasma levels. Urinary metabolites hydroxylated at the $2\alpha$ and $16\beta$ positions have also been identified. Small amounts of the metabolites are present in plasma as sulfate and glucuronide conjugates.

*Excretion:*
The elimination half-life of levonorgestrel following single dose administration as Plan B® (0.75 mg) is $24.4 \pm 5.3$ hours. Excretion following single dose administration as emergency contraception is unknown, but based on chronic, low-dose contraceptive use, levonorgestrel and its metabolites are primarily excreted in the urine, with smaller amounts recovered in the feces.

**SPECIAL POPULATIONS**

**Geriatric**
This product is not intended for use in geriatric (age 65 years or older) populations and pharmacokinetic data are not available for this population.

**Pediatric**
This product is not intended for use in pediatric (premenarcheal) populations, and pharmacokinetic data are not available for this population.

**Race**
No formal studies have evaluated the effect of race. However, clinical trials demonstrated a higher pregnancy rate in the Chinese population with both Plan B® and the Yuzpe regimen (another form of emergency contraception consisting of two doses of ethinyl estradiol 0.1 mg + levonorgestrel 0.5 mg). The reason for this apparent increase in the pregnancy rate of emergency contraceptives in Chinese women is unknown.

2

**Hepatic Insufficiency and Renal Insufficiency**
No formal studies have evaluated the effect of hepatic insufficiency or renal insufficiency on the disposition of emergency contraceptive tablets.

**Drug-Drug Interactions**
No formal studies of drug-drug interactions were conducted.

**INDICATIONS & USAGE**
For women age 17 and younger, Plan B® is a prescription-only emergency contraceptive that can be used to prevent pregnancy following unprotected intercourse or a known or suspected contraceptive failure. To obtain optimal efficacy, the first tablet should be taken as soon as possible within 72 hours of intercourse. The second tablet must be taken 12 hours later.

**Clinical Studies**
A double-blind, controlled clinical trial in 1,955 evaluable women compared the efficacy and safety of Plan B® (one 0.75 mg tablet of levonorgestrel taken within 72 hours of intercourse, and one tablet taken 12 hours later) to the Yuzpe regimen (two tablets of 0.25 mg levonorgestrel and 0.05 mg ethinyl estradiol, taken within 72 hours of intercourse, and two tablets taken 12 hours later). Plan B® was at least as effective as the Yuzpe regimen in preventing pregnancy. After a single act of intercourse, the expected pregnancy rate of 8% (with no contraception) was reduced to approximately 1% with Plan B®.

Emergency contraceptives are not as effective as routine contraception since their failure rate, while low based on a single use, would accumulate over time with repeated use (see Warnings). See Table 2 below.

**Table 2:** **Percentage of women experiencing an unintended pregnancy during the first year of typical use and the first year of perfect use of contraception and the percentage continuing use at the end of the first year, United States.**

| Method (1) | % of Women Experiencing an Unintended Pregnancy within the First Year of Use | | % of Women Continuing Use at One Year [3] |
|---|---|---|---|
| | Typical Use [1] (2) | Perfect Use [2] (3) | (4) |
| Chance [4] | 85 | 85 | |
| Spermicides [5] | 26 | 6 | 40 |
| Periodic abstinence | 25 | | 63 |
|    Calendar | | 9 | |
|    Ovulation method | | 3 | |
|    Sympto-thermal [6] | | 2 | |
|    Post-ovulation | | 1 | |
| Withdrawal | 19 | 4 | |
| Cap [7] | | | |
|    Parous women | 40 | 26 | 42 |
|    Nulliparous women | 20 | 9 | 56 |
| Sponge | | | |
|    Parous women | 40 | 20 | 42 |
|    Nulliparous women | 20 | 9 | 56 |
| Diaphragm [7] | 20 | 6 | 56 |
| Condom [8] | | | |
|    Female (Reality) | 21 | 5 | 56 |
|    Male | 14 | 3 | 61 |
| Pill | 5 | | 71 |
|    Progestin only | | 0.5 | |
|    Combined | | 0.1 | |
| IUD: | | | |
|    Progesterone T | 2.0 | 1.5 | 81 |
|    Copper T 380A | 0.8 | 0.6 | 78 |
|    LNg 20 | 0.1 | 0.1 | 81 |
| Depo Provera | 0.3 | 0.3 | 70 |
| Norplant and Norplant-2 | 0.05 | 0.05 | 88 |
| Female sterilization | 0.5 | 0.5 | 100 |
| Male sterilization | 0.15 | 0.10 | 100 |
| **Emergency Contraceptive Pills:** Treatment initiated within 72 hours after unprotected intercourse reduces the risk of pregnancy by at least 75%. [2] | | | |
| **Lactational Amenorrhea Method:** LAM is a highly effective, *temporary* method of contraception. [10] | | | |

Source: Trussell J, Contraceptive efficacy. In Hatcher RA, Trussell J, Stewart F, Cates W, Stewart GK, Kowal D, Guest F, Contraceptive Technology: Seventeenth Revised Edition. New York NY: Irvington Publishers, 1998.

4

[1]    Among *typical* couples who initiate use of a method (not necessarily for the first time), the percentage who experience an unintended pregnancy during the first year if they do not stop use for any other reason.

[2]    Among couples who initiate use of a method (not necessarily for the first time) and who use it *perfectly* (both consistently and correctly), the percentage who experience an unintended pregnancy during the first year if they do not stop use for any other reason.

[3]    Among couples attempting to avoid pregnancy, the percentage who continue to use a method for one year.

[4]    The percentages of women becoming pregnant in columns (2) and (3) are based on data from populations where contraception is not used and from women who cease using contraception in order to become pregnant. Among such populations, about 89% become pregnant within one year. This estimate was lowered slightly (to 85%) to represent the percentage who would become pregnant within one year among women now relying on reversible methods of contraception if they abandoned contraception altogether.

[5]    Foams, creams, gels, vaginal suppositories and vaginal film.

[6]    Cervical mucus (ovulation) method supplemented by calendar in the pre-ovulatory and basal body temperature in the post-ovulatory phases.

[7]    With spermicidal cream or jelly.

[8]    Without spermicides.

[9]    The treatment schedule is one dose within 72 hours after unprotected intercourse and a second dose 12 hours after the first dose. The Food and Drug Administration has declared the following brands of oral contraceptives to be safe and effective for emergency contraception: Ovral (1 dose is 2 white pills), Alesse (1 dose is 5 pink pills), Nordette or Levlen (1 dose is 2 light-orange pills), Lo/Ovral (1 dose is 4 white pills), Triphasil or Tri-Levlen (1 dose is 4 yellow pills).

[10]    However, to maintain effective protection against pregnancy, another method of contraception must be used as soon as menstruation resumes, the frequency or duration of breastfeeds is reduced, bottle feeds are introduced or the baby reaches six months of age.

## CONTRAINDICATIONS

Progestin-only contraceptive pills (POPs) are used as a routine method of birth control over longer periods of time, and are contraindicated in some conditions. It is not known whether these same conditions apply to the Plan B® regimen consisting of the emergency use of two progestin pills. POPs however, are not recommended for use in the following conditions:

- Known or suspected pregnancy
- Hypersensitivity to any component of the product

## WARNINGS

**Plan B® is not recommended for routine use as a contraceptive.**

**Plan B® is not effective in terminating an existing pregnancy.**

### Effects on Menses

Menstrual bleeding patterns are often irregular among women using progestin-only oral contraceptives and in clinical studies of levonorgestrel for postcoital and emergency contraceptive use. Some women may experience spotting a few days after taking Plan B®. At the time of expected menses, approximately 75% of women using Plan B® had vaginal bleeding similar to their normal menses, 12-13% bled more than usual, and 12% bled less than usual. The majority of women (87%) had their next menstrual period at the expected time or within $\pm$ 7

days, while 13% had a delay of more than 7 days beyond the anticipated onset of menses. If there is a delay in the onset of menses beyond 1 week, the possibility of pregnancy should be considered.

**Ectopic Pregnancy**
Ectopic pregnancies account for approximately 2% of reported pregnancies (19.7 per 1,000 reported pregnancies). Up to 10% of pregnancies reported in clinical studies of routine use of progestin-only contraceptives are ectopic. A history of ectopic pregnancy need not be considered a contraindication to use of this emergency contraceptive method. Health providers, however, should be alert to the possibility of an ectopic pregnancy in women who become pregnant or complain of lower abdominal pain after taking Plan B®.

**PRECAUTIONS**
**Pregnancy**
Many studies have found no effects on fetal development associated with long-term use of contraceptive doses of oral progestins (POPs). The few studies of infant growth and development that have been conducted with POPs have not demonstrated significant adverse effects.

**STD/HIV**
Plan B®, like progestin-only contraceptives, does not protect against HIV infection (AIDS) and other sexually transmitted diseases.

**Physical Examination and Follow-up**
A physical examination is not required prior to prescribing Plan B®. A follow-up physical or pelvic examination, however, is recommended if there is any doubt concerning the general health or pregnancy status of any woman after taking Plan B®.

**Carbohydrate Metabolism**
The effects of Plan B® on carbohydrate metabolism are unknown. Some users of progestin-only oral contraceptives (POPs) may experience slight deterioration in glucose tolerance, with increases in plasma insulin; however, women with diabetes mellitus who use POPs do not generally experience changes in their insulin requirements. Nonetheless, diabetic women should be monitored while taking Plan B®.

**Drug Interactions**
Theoretically, the effectiveness of low-dose progestin-only pills is reduced by hepatic enzyme-inducing drugs such as the anticonvulsants phenytoin, carbamazepine, and barbiturates, and the antituberculosis drug rifampin. No significant interaction has been found with broad-spectrum antibiotics. It is not known whether the efficacy of Plan B® would be affected by these or any other medications.

**Nursing Mothers**

Small amounts of progestin pass into the breast milk in women taking progestin-only pills for long-term contraception resulting in steroid levels in infant plasma of 1-6% of the levels of maternal plasma. However, no adverse effects due to progestin-only pills have been found on breastfeeding performance, either in the quality or quantity of the milk, or on the health, growth or development of the infant.

**Pediatric Use**
Safety and efficacy of progestin-only pills have been established in women of reproductive age for long-term contraception. Safety and efficacy are expected to be the same for postpubertal adolescents under the age of 16 and for users 16 years and older. Use of Plan B® emergency contraception before menarche is not indicated.

**Fertility Following Discontinuation**
The limited available data indicate a rapid return of normal ovulation and fertility following discontinuation of progestin-only pills for emergency contraception and long-term contraception.

**ADVERSE REACTIONS**
The most common adverse events in the clinical trial for women receiving Plan B® included nausea (23%), abdominal pain (18%), fatigue (17%), headache (17%), and menstrual changes. The table below shows those adverse events that occurred in ≥5% of Plan B® users.

**Table 3  Adverse Events in ≥5% of Women, by % Frequency**

| Most Common Adverse Events | Plan B® Levonorgestrel N=977 (%) |
|---|---|
| Nausea | 23.1 |
| Abdominal Pain | 17.6 |
| Fatigue | 16.9 |
| Headache | 16.8 |
| Heavier Menstrual Bleeding | 13.8 |
| Lighter Menstrual Bleeding | 12.5 |
| Dizziness | 11.2 |
| Breast Tenderness | 10.7 |
| Other complaints | 9.7 |
| Vomiting | 5.6 |
| Diarrhea | 5.0 |



Plan B® demonstrated a superior safety profile over the Yuzpe regimen for the following adverse events:

- Nausea:  Occurred in 23% of women taking Plan B® (compared to 50% with Yuzpe)
- Vomiting:  Occurred in 6% of women taking Plan B® (compared to 19% with Yuzpe)

**DRUG ABUSE AND DEPENDENCE**

There is no information about dependence associated with the use of Plan B®.

**OVERDOSAGE**

There are no data on overdosage of Plan B®, although the common adverse event of nausea and its associated vomiting may be anticipated.

**DOSAGE AND ADMINISTRATION**

One tablet of Plan B® should be taken orally <u>as soon as possible</u> within 72 hours after unprotected intercourse. The second tablet should be taken 12 hours after the first dose. Efficacy is better if Plan B® is taken as directed as soon as possible after unprotected intercourse. Plan B® can be used at any time during the menstrual cycle.

The user should be instructed that if she vomits within one hour of taking either dose of medication she should contact her health care professional to discuss whether to repeat that dose.

**HOW SUPPLIED**

**Plan B®** (Levonorgestrel) Tablets, 0.75 mg are available for a single course of treatment in PVC/aluminum foil blister packages of two tablets each. The tablet is white, round and marked: INOR.

Available as:
Unit-of-use          NDC 51285-038-93
Store Plan B® tablets at controlled room temperature, 20° to 25°C (68° to 77°F); excursions permitted between 15° to 30°C (59° to 86°F) [See USP].

Mfg. by Gedeon Richter, Ltd., Budapest, Hungary
for Duramed Pharmaceuticals, Inc.
Subsidiary of Barr Pharmaceuticals, Inc.
Pomona, New York 10970
Phone: 1-800-330-1271      Website: www.go2planb.com
Revised August 2006
BR- 038 / 21000382503

8

**35**

CARE[SM]
(CONVENIENT ACCESS, RESPONSIBLE EDUCATION) PROGRAM:

THE PROPOSED MARKETING, EDUCATION, DISTRIBUTION, MONITORING
PROGRAM FOR PLAN B[®]

**Introduction**

The CARE[SM] (Convenient Access, Responsible Education) Program has been carefully constructed to help ensure that Plan B[®] will be used responsibly and appropriately. Plan B[®] is being proposed as an OTC product with a prescription-only requirement for women ages 17 years and younger. The sales and marketing plan has been designed to limit the availability of Plan B[®], to the extent practical, to pharmacies and clinics, and to educate healthcare professionals and consumers within the target age groups regarding the availability and responsible use of Plan B[®]. The need to take Plan B[®] in as timely a manner as possible dictates that any responsible marketing program not only address healthcare professionals but also include extensive consumer education which includes a direct access component as a means of gaining such information. Thus, the CARE[SM] program contains elements that include an appropriate consumer education component. In addition, the sponsor will work closely with retail pharmacies and drug wholesalers to ensure that they will carry Plan B[®], and that they will understand and follow the prescription age requirement for the dispensing of product to women age 17 years and younger.

Data suggests that there are several critical issues currently limiting access to Plan B[®]:

- The prescription requirement delays timely access to Plan B[®];

- Pharmacies may not routinely stock Plan B[®];

- Awareness of the availability of Plan B[®] is lacking among healthcare professionals as well as women of childbearing age, and

- Access to accurate sources of information about the product is limited.

The CARE[SM] program is intended to address these issues by providing sources of accurate and responsible information to both healthcare providers and consumers. It is also designed to provide a framework for pharmacies to ensure availability of Plan B[®] as an OTC product when sought by knowledgeable consumers who are 18 years and older. Women age 17 years and younger will require a prescription from their healthcare provider in order to obtain Plan B[®]. The CARE[SM] program is not intended to impact or change, who can lawfully prescribe or dispense Plan B[®] under prevailing state laws.

Four core elements of CARE[SM] contribute to the achievement of program objectives.

- Labeling/Packaging/Informational toll free number (to provide essential information to consumers in an accessible, easy to understand format. The proposed Plan B[®] packaging is designed to meet both prescription and OTC requirements.)

- Education (to provide information intended to educate physicians, pharmacists, pharmacy staff, nurse practitioners, and patients and to provide healthcare professionals with educational materials that they can supply to their patients to stimulate discussion. Educational initiatives will also focus on clearly instructing all audiences on the age requirement that will require women age 17 years and younger to obtain a prescription for Plan B[®].)

- Distribution (to ensure, that Plan B[®] will be available only to licensed drug wholesalers, retail operations with pharmacy services and clinics with licensed healthcare practitioners, and to successfully facilitate the Plan B[®] prescription-only age requirement. These settings will also provide easy access by the consumer to a pharmacist or other healthcare professional should questions arise.)

- Monitoring (to evaluate the effectiveness of the program by determining if the age restriction is understood by all audiences and is properly being adhered to. Adjustments to the program will be made as appropriate.)

## I.    Labeling/Packaging

The proposed Plan B® labeling was developed to provide clear and comprehensive communication of the key messages outlined above, and to make known additional sources of information.   The proposed Plan B® packaging is designed to meet all requirements of both a prescription and over-the-counter product and is consistent with that studied in the Plan B® Label Comprehension Study and the Plan B® Actual Use Study.  In addition, minor changes to the packaging were made to reflect the comments from the FDA Joint Advisory Committee meeting of December 16, 2003.  The proposed Plan B® packaging will allow pharmacies to appropriately dispense Plan B® as either a prescription or OTC product.   The proposed package also provides educational information to the consumer in a patient friendly format.

Proposed elements of the package are as follows:

- The back of the package includes the Drug Facts as well as a space for the pharmacy to place the required  prescription labeling;

- The statement, "Rx only for age 17 and younger" appears on the Principal Display Panel and "prescription only for age 17 and under" has been added to the Drug Facts panel of the package;

- The inner package houses the 2 Plan B® tablets and clearly states the steps for when to take Plan B®;

- The Plan B® Package Insert and an educational booklet designed for the consumer will be housed with the inner card;

- The toll-free number for the Plan B® 24-hour Information Line and the Plan B® web address are clearly displayed in the Drug Facts panel of the package should the consumer have additional questions on Plan B®.

## II.    Education

Given the very low levels of awareness of the availability of emergency contraception, the CARE[SM] Program provides for an intensively educational approach to the introduction of Plan B® as an OTC product for those age 18 years and older. The sponsor is proposing an educational program that will initially focus on healthcare professionals but will include limited direct-to-consumer advertising designed to stimulate discussions with healthcare providers. The program will assist healthcare providers in developing an adequate knowledge base so that they can provide responsible and accurate counseling to patients.

Efforts directed to raising consumer awareness of the product and its appropriate use will follow appropriate professional education programs. The educational materials will address not only Plan B® but will encourage healthcare professionals to urge users to adopt routine forms of contraception and avoid reliance on Plan B® as their primary form of birth control.

### A.    Educational Program to Healthcare Professionals.

Plan B® will be introduced and explained to healthcare professionals to raise awareness and knowledge levels as to emergency contraception. Education will also clearly communicate the prescription age requirement for Plan B®. Given the current lack of understanding of emergency contraception, this program is intended to ensure that healthcare professionals are prepared to support their patient populations.

1. Physicians, physician assistants, nurse practitioners, office staff, pharmacists and pharmacy staff are the primary audiences for this educational program. Pharmacists and pharmacy staff are especially important because they will need to be prepared to answer questions at the point of purchase and follow the protocol, when appropriate, for asking customers to provide government-issued identification of their age. Additional communication will be focused on pharmacists and their staff to ensure that they are knowledgeable of the prescription requirement for women age 17 years and younger, and that they understand how to appropriately dispense the Plan B® package in both prescription and OTC scenarios. Programs will include continuing education by certified professionals and educational materials (including websites and toll free numbers) that can be accessed easily and at any time. The sponsor will make available to the state boards of pharmacy continuing education programs for use at annual meetings and other regional programs. The sponsor will also encourage state boards of pharmacy to provide information to their members regarding the availability and appropriate use of Plan B®, as well as the prescription-only requirement for women age 17 years and younger. In addition, the sponsor will work closely with retail pharmacies to ensure that they have access to appropriate training materials for their pharmacists and pharmacy staff.

2. The sponsor's sales representatives[1] will communicate the prescription requirement for women age 17 years and younger, as well as the OTC availability of Plan B® for those 18 years of age and older. The sales representatives will also provide materials targeted for patients. Physicians, physician assistants and nurse practitioners will be asked to distribute the materials to patients. Materials will encourage patients to discuss any questions they have about emergency contraception or the specific use of Plan B® with

---

[1] The sponsor's sales force for female healthcare products, currently consisting of approximately 230 sales representatives, visit the offices of approximately 30,000 physicians, mostly Obstetricians and Gynecologists.

their physician or the nurse practitioner. Efforts to reach healthcare professionals to reinforce these messages will continue on an ongoing basis as part of the sponsor's professional communications program. The sponsor also will work with the relevant healthcare professional associations to provide educational programming and materials to reach those healthcare providers who will not be reached personally.

3. Key messages for consumers and healthcare providers will be tested through market research, including field-testing to ensure communication objectives are met.

**B.    Educational Campaign to Consumers**

An information campaign to consumers will commence once the healthcare professional audience has been introduced to the product. This consumer education campaign is anticipated to begin about six months following product launch.

1. The campaign will be designed to convey critical awareness and educational messages as well as information about product availability, the time sensitivity of use, and the age requirements to obtain Plan B® as a prescription or OTC product. The intent will be to make consumers aware of the availability of emergency contraception, its appropriate use and the need to use it as soon as possible. Women age 17 years and younger will be encouraged to contact their healthcare professional to learn about emergency contraception, routine forms of birth control, and sexually transmitted infection (STI)/human immunodeficiency virus (HIV).

2. The direct to consumer campaign will be designed to target those ages 18 to 44.

    *i)*    The language and visuals used will be appropriate and of interest to this targeted age group. New promotional materials will be provided for comment to FDA during the development process and will be tested via market research

to ensure appropriate communication according to current practices.

*ii)*    Media placements that target audiences age 17 years and younger will not be used.

## III.    Distribution

The sponsor believes that in the interest of responsible usage (and in recognition of the circumstances of the need for emergency contraception), Plan B® should be available in those retail pharmacy outlets that typically sell a broad range of OTC medications and that have pharmacy services staffed with pharmacists (or, in the case of clinics, other healthcare professionals) during normal business hours to answer questions. Since Plan B® will have a prescription only requirement for women age 17 years and younger, Duramed Pharmaceuticals and the third party distributors, wholesaler distribution and chain drug companies, will only be allowed to distribute Plan B® to licensed pharmacies or other licensed healthcare clinics, as it would be unlawful to distribute a prescription product to any business that does not have a valid pharmacy license and/or physician license.    Duramed has been in contact with at least three of the largest wholesaler distributors in the country as well as some of the largest retail chain drug accounts that purchase Plan B® directly from Duramed.  Each of the wholesaler distributors and chain drug companies confirmed that, since Plan B® has both Rx and OTC labeling, they will treat Plan B® as any other Rx product for distribution purposes; specifically, that it would only be distributed to licensed pharmacies or healthcare clinics.  Therefore, Plan B® will not be available at gas stations or convenience stores.  Additionally, since Plan B® has both Rx and OTC labeling, the pharmacies will keep the product behind the counter and control it as an Rx product.  The pharmacy and clinic settings will also allow pharmacists and other healthcare providers to properly restrict OTC access to those age 18 years and older.

## IV.    Monitoring

The sponsor intends to monitor trends in the use of emergency contraception to evaluate the effectiveness of the CARE[SM] program and will make adjustments as appropriate. Monitoring will be accomplished in several ways, with information gathered from both healthcare professionals and consumers.

Monitoring actual use of Plan B[®] is complex due to the difficulties inherent in identifying those who have purchased the product and in gathering useful, generalizable information. Consequently, the monitoring component will rely on a variety of sources intended to provide trend data, observational data, and signals of program effectiveness and potential problems. Monitoring components will include the following:

1.  A market research survey or surveys of a subset of healthcare professionals (e.g. OB/GYN, family practice, pharmacists, nurses, family planning and health clinic personnel) annually, and when practicable, in collaboration with established professional groups e.g., National Association of Boards of Pharmacy (NABP), College of Obstetricians and Gynecologists (ACOG), American College Health Association (ACHA), National Association of Chain Drug Store (NACDS), Consumer Healthcare Products Association (CHPA), Healthcare Distribution Management Association (HDMA) to determine:

    - Whether the prescription requirement for women ages 17 and younger is understood and is being adhered to at the point of purchase

    - Attitudes toward and experience with patients' usage of Plan B[®]

    - Trends among emergency contraception users within their patient population (especially source of awareness, repeat use, use instead of more effective forms of contraception, incidence of STIs, etc.)

- Nature of interactions with Plan B® users (Does the contact with the healthcare professional occur prior to product usage? after usage? Are the women in search of contraceptive counseling? What types of side effects are being seen in use?)

- Areas where additional information is needed in the marketplace, as identified by the questions raised by the users

2. Using relevant survey data regularly collected by others (e.g. Centers for Disease Control's Behavioral Risk Factor Safety Surveillance (CDC BRFSS), Youth Risk Behavior Safety Surveillance (YRBSS), Foundations and Nongovernmental Organizations (NGO) surveys) the sponsor will monitor for potential indicators that Plan B® is being used in an inappropriate manner. Where existing surveys do not include relevant data, the sponsor may seek inclusion of appropriate questions. Potential areas of monitoring and reporting include:

- Data and trends in STIs based on geographic areas;

- Data and trends in pregnancy and/or abortion rates based on geographic areas;

- The sponsor recognizes that the use of these sources may not give timely enough data to evaluate the CARE$^{SM}$ program in the first few months of marketing. However, the commitment to monitoring extends beyond the initial stages of product introduction, and working with data sources to enhance collection of data relevant to use of Plan B® will be ongoing.

3. Gathering data from actual users of Plan B® is difficult because the number of users will be relatively small and because the decision to use emergency contraception is a private and emotional one. Women choosing to use the product are expected to wish to remain anonymous and are entitled to maintain their privacy. Nevertheless, the sponsor will work with a variety of sources in an effort to obtain and analyze consumer data in accordance with HIPAA

regulations to assess the effectiveness of the CARE[SM] program elements.

The sponsor proposes to provide FDA a monitoring report with the available results from the above monitoring activities on a six-month interval, with submission of the report within 30 calendar days after the six-month interval date, commencing on the date of the approval of both the Rx and OTC versions of Plan B[®].

## V. Monitoring Compliance with the Prescription Age Requirement

Monitoring compliance of the Plan B[®] Prescription age requirement can be somewhat complex because there will be no documented information on the purchasers of Plan B[®] who were old enough to obtain it as an OTC product. The Sponsor intends to monitor the level of comprehension of the Prescription age requirement particularly at the pharmacy level, where the age of consumers must be assessed at the point of purchase. The following program will provide accurate information directly related to accessing compliance:

- Point of Purchase Monitoring Program:

  The Sponsor will conduct a "Point-of-Purchase Monitoring Program", which intends to track how Plan B[®] is being sold at the time of purchase. Due to the challenges of obtaining specific purchase data on an OTC product and respecting consumer privacy, this program will include anonymous shoppers who will be directed to visit locations where Plan B[®] is available and purchase the product. These transactions will be documented and analyzed to determine the level of comprehension of the Plan B[®] prescription age requirement and how it is handled at the point of purchase. The shoppers in this program will be 15 to 18 years old. Parental consent will be obtained for shoppers under the age of 18 years. Locations for this program will be selected based on areas where Plan B[®] use is high, and will be in different regions of the US to provide a national representation of the findings. These findings would provide concrete

information on how the prescription age requirement for Plan B® is being addressed at the pharmacy and if it is properly being followed. The Sponsor will use these findings to identify areas where more education on the prescription age restriction is needed and will focus their efforts on improving the level of understanding among pharmacists and the pharmacy staff. Findings from the study will be communicated to the pharmacy, and the corporate office, if appropriate, since education and retraining will be the first course of remedial action. In the case of repeat violators, the violator's State Board of Pharmacy will be notified. Results of this point of purchase program will be provided to FDA as part of the 6-month report (see Section IV – Monitoring). The Point-of-Purchase Monitoring Program will be conducted twice in the first year (6 months after product launch and 12 months after product launch). This time period will allow the Sponsor to compare findings and identify areas where improvement was made and whether additional education is needed. The program will be conducted annually after the first year.

# EXHIBIT 11

MEMORANDUM

DATE:       8/23/06

FROM:       Dr. Andrew C. Von Eschenbach
            Acting Commissioner
            United States Food and Drug Administration

TO:         NDA 21-045, S-011

SUBJECT:    Appropriate age restriction for Plan B®

This memorandum regards Barr Laboratories' (Barr or the sponsor[1]) supplemental new drug application (sNDA) dated April 22, 2003, and Barr's subsequent amendments, including its amended sNDA dated August 17, 2006. Barr's most recent sNDA requests that FDA switch Plan B's prescription (Rx) status to non-prescription for women 18 years of age and older, and to have Plan B® remain Rx for girls under 18 years of age.

In an August 26, 2005 memo written by Dr. Steven Galson, the Director of the Center for Drug Evaluation and Research (CDER), CDER found that for women 17 and older the existing Rx dispensing requirements for Plan B® are not necessary to protect the public health and that an Rx-only to non-prescription switch for those consumers is authorized under 21 U.S.C. 353(b)(3) and 21 CFR 310.200. CDER also determined, however, that Barr had not established that Plan B® could be used safely and effectively by young adolescents – girls 16 and younger – for emergency contraception without the professional supervision of a practitioner licensed by law to administer the drug. As a result of this scientific conclusion (with which I concur), Plan B® may not lawfully be made available without a prescription to this group under section 503(b) of the Federal Food, Drug, and Cosmetic Act.

In considering the difficulty of enforcing an age-based restriction on the availability of this oral hormonal contraceptive, I have concluded that 18 (rather than 17) is the more appropriate cutoff point to best promote and protect the public health. The state-regulated pharmacies that will be dispensing Plan B® under Barr's voluntary CARE[SM] program (as well as society as a whole) are more familiar with 18 as a cutoff age. I understand that in all 50 states, 18 is the age of majority (i.e., the legal delineation between minor and adult), and retail outlets, including pharmacies, are familiar with using 18 as the age restriction for the sale of certain products. With regard to drug products, for example, the legal age to purchase FDA approved non-prescription nicotine replacement therapy products is 18. Moreover, I also understand that as a matter of state law many products routinely sold by pharmacies, e.g., tobacco products and non-prescription cough-cold products like pseudoephedrine, are restricted to consumers 18 and older.

---

[1] The current applicant for the Plan B sNDA is Duramed Research Pharmaceuticals (Duramed), a wholly-owned subsidiary of Barr. For ease of reference, this memo will refer to both entities as Barr.

This approach builds on well-established state and private-sector infrastructures to restrict certain products to consumers 18 and older. Indeed, the agency selected 18 as the appropriate age for non-prescription nicotine replacement therapy products, in part, because the States had already uniformly restricted the sale of tobacco products to those 18 and older. By so doing, FDA was able to utilize the existing state-created infrastructure limiting the sale of tobacco products to minors to ensure the enforcement of its age-based restriction on non-prescription nicotine replacement therapy products. Here, Barr's CARE[SM] program specifically utilizes state-licensed pharmacies to implement its restricted distribution plan. Given this fact, and the existing experience pharmacies have enforcing the age-based restriction of 18, I have determined that to best protect and promote the public health non-prescription Plan B[®] should be available for ages 18 and above.

Leveraging well-established state and private-sector infrastructures will allow for comprehensive and effective enforcement of the age-based restrictions. As a result, this approach should minimize the likelihood that younger girls for whom Plan B[®] has not been found safe and effective for non-prescription use will have access to the product without professional supervision. Therefore, this approach should help ensure safe and effective use of the product.