UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOLATION OF AMERICAN PHYSICIANS & SURGEONS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FOOD & DRUG ADMINISTRATION, *et al.*,<br><br>Defendants. | Civil Action No. 07-668 (RCL) |

**ORDER**

Upon consideration of defendants' notice [5] of objection to plaintiffs' notice of related case designation, and plaintiffs' response [6] thereto, the Court concludes that plaintiffs have not met their burden and that the normal judicial policy of random assignment of cases must be followed.

The prior case assigned to the undersigned judge is a simple Freedom of Information Act case where discovery is unlikely and identified documents will either be produced or determined exempt. This case, on the other hand, involves judicial review of the merits of the agency's underlying administrative action in approving a contraceptive drug for distribution. The FOIA decision has nothing to do with the merits of the agency's drug approval or the agency's procedures in deciding on the approval. Accordingly, this case will be returned to the Calendar Committee for random reassignment.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 6, 2007