CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ASSOCIATION OF AMERICAN )
  PHYSICIANS & SURGEONS, INC., )
  et al. )
  )
  Plaintiff )
  )
  )
v. ) Civil Case Number 07-0668 (JDB)
  )
  )
FOOD & DRUG ADMINISTRATION ) Category    C
  )
  )
  Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>July 6, 2007</u> from <u>Judge Royce C. Lamberth</u> to <u>Judge John D. Bates</u> by direction of the Calendar Committee.

(Randomly reassigned)

<u>JUDGE ELLEN S. HUVELLE</u>
Chair, Calendar and Case
Management Committee


cc:   <u>Judge Lamberth</u> & Courtroom Deputy
      <u>Judge Bates</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓