## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., *et al.,* <br>    Plaintiffs, <br><br>    v. <br><br> FOOD & DRUG ADMINISTRATION, *et al.,* <br>    Defendants, <br>    and <br> DURAMED PHARMACEUTICALS, INC., <br>    Movant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 07-0668-JDB |

## **PRAECIPE**

Please take notice that counsel for all plaintiffs in the above-captioned matter changed his address to that shown below the signature block. All other contact information for plaintiffs' counsel remains the same.

Dated: July 9, 2007                              Respectfully submitted,

                                                       /s/ Lawrence J. Joseph
                                                    Lawrence J. Joseph, D.C. Bar No. 464777

                                                    1250 Connecticut Ave., NW, Suite 200
                                                    Washington, DC 20036
                                                    Telephone: (202) 669-5135
                                                    Telecopier: (202) 318-2254

                                                    *Counsel for Plaintiffs American Physicians and Surgeons, Inc., Concerned Women for America, Family Research Council, and Safe Drugs for Women*