**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., *et al.,* | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 07-0668-JDB |
| FOOD & DRUG ADMINISTRATION, *et al.,* | ) ) | |
| Defendants, | ) | |
| and | ) | |
| DURAMED PHARMACEUTICALS, INC., | ) ) | |
| Movant. | ) | |

<u>**CONSENT MOTION TO ENLARGE TIME**</u>

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, plaintiffs in the above-captioned action respectfully move this Court to extend the time for plaintiffs to respond to the Motion to Dismiss filed by the federal defendants on June 29, 2007, until the earlier of August 28, 2007, or fourteen calendar days after this Court's ruling on the Motion to Intervene filed by Duramed Pharmaceuticals, Inc. ("Duramed") on June 29, 2007. On July 9, 2007, the federal defendants' counsel Jane M. Lyons, advised the undersigned plaintiffs' counsel that the federal defendants consent to this motion. On July 2, 2007, movant Duramed's counsel, Ana C. Reyes, advised the undersigned plaintiffs' counsel that movant Duramed does not take any position on the timing of plaintiffs' opposition to the federal defendants' motion to dismiss.

Dated: July 9, 2007                    Respectfully submitted,


                                       /s/ Lawrence J. Joseph
                                       Lawrence J. Joseph, D.C. Bar No. 464777

                                       1250 Connecticut Ave., NW, Suite 200
                                       Washington, DC 20036
                                       Telephone: (202) 669-5135
                                       Telecopier: (202) 318-2254

                                       *Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS<br>& SURGEONS, INC., *et al.,*       )<br>          )<br>    Plaintiffs,            )<br>          )<br>       v.              )<br>          )<br>FOOD & DRUG ADMINISTRATION, *et al.,*   )<br>          )<br>    Defendants,         )<br>          )<br>      and            )<br>          )<br>DURAMED PHARMACEUTICALS, INC.,    )<br>          )<br>    Movant.          )| Civil Action No. 07-0668-JDB |

**[PROPOSED] ORDER**

On considering the plaintiffs' Consent Motion to Enlarge Time to respond to the federal defendants' Motion to Dismiss, the defendants' consent to plaintiffs' motion, the absence of any opposition from the movant, and the entire record herein, the Court finds that plaintiffs' motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that plaintiffs' motion is granted; and it is

**FURTHER ORDERED** that plaintiffs shall respond to the federal defendants' Motion to Dismiss (Docket Item 12) by the earlier of August 28, 2007, and fourteen calendar days after this Court rules on the pending Motion to Intervene (Docket Item 13).

Dated: _____, 2007

_____
**UNITED STATES DISTRICT JUDGE**

**Copy to:**

LAWRENCE J. JOSEPH
1250 Connecticut Ave., NW, Suite 200
Washington, DC 20036
Telephone: (202) 669-5135
Telecopier: (202) 318-2254
      *Counsel for Plaintiffs*

JANE M. LYONS
Assistant United States Attorney
555 Fourth St., N.W. - Room E4822
Washington, D.C. 20530
Telephone: (202) 514-7161
Telecopier: (202) 514-8780
      *Counsel for Defendants*

RICHARD M. COOPER
ANA C. REYES
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5466
Telecopier: (202) 434-5470
      *Counsel for Movant*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of July 2007, I electronically filed the foregoing "CONSENT MOTION TO ENLARGE TIME" with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of Jane M. Lyons of the U.S. Attorney's Office for the District of Columbia, on behalf of the federal defendants, and of Richard M. Cooper, on behalf of movant Duramed Pharmaceuticals, Inc..

/s/ Lawrence J. Joseph
Lawrence J. Joseph