UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ASS'N OF AM. PHYSICIANS &
SURGEONS, INC., et al.,

    Plaintiffs,

        v.                        Civil Action No. 07-0668 (JDB)

FOOD & DRUG ADMIN., et al.,

    Defendants.

## ORDER

Before the Court is the motion of Duramed Pharmaceuticals, Inc. ("Duramed") for leave to intervene in this proceeding as a defendant pursuant to Fed. R. Civ. P. 24(a) or, alternatively, Fed. R. Civ. P. 24(b). Defendants consent to the motion. Plaintiffs concede that Duramed satisfies the requirements to intervene as a matter of right pursuant to Fed. R. Civ. P. 24(a); however, they contend that Duramed's intervention should be limited to "defending the actions of the Food & Drug Administration [FDA] and its officers." Pls.' Proposed Order at 1-2. The Court will not so limit Duramed's intervention. By their own admission, "[p]laintiffs acknowledge that Duramed and the FDA's interests will diverge after plaintiffs establish their subject-matter jurisdiction." Pl.'s Opp'n to Duramed's Mot. to Intervene at 3. Accordingly, Duramed must be able to assert its own interests in this action, which are not likely to be confined to a defense of the FDA's actions.

Plaintiffs also argue that Duramed's intervention should be contingent upon a finding by this Court that plaintiffs have pled facts in their complaint sufficient to demonstrate standing. They reason that, until the Court is satisfied that plaintiffs have standing to bring their claims, Duramed lacks standing to intervene because it does not face an actual or imminent threat to its

financial interests. Plaintiffs have provided no support for this unusual theory, which would prevent a party from intervening as a defendant until a court has already decided (at least partially) the merits of the plaintiff's claims.

For the foregoing reasons, it is hereby

**ORDERED** that Duramed's motion to intervene as defendant [#13] is **GRANTED**; it is further

**ORDERED** that Duramed Pharmaceuticals, Inc. shall be added to this action as defendant-intervenor for all purposes and without limitation; and it is further

**ORDERED** that the Clerk of the Court shall docket Duramed's proposed motion to dismiss (Attachment B to motion to intervene, #13) forthwith.

/s/
JOHN D. BATES
United States District Judge

Dated:  August 3, 2007