## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., *et al.*, | ) ) ) ) |
| *Plaintiffs*, | ) Civil Action No. 07:0668 (JDB) ) |
| *v.* | ) ) |
| FOOD & DRUG ADMINISTRATION, *et al.*, | ) ) |
| *Defendants*. | ) ) |
| ------------------------------------------------------------ | ) |
| DURAMED PHARMACEUTICALS, INC., | ) ) ) |
| *Defendant Intervenor*. | ) ) |

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

Plaintiffs Association of American Physicians & Surgeons, Inc., *et al.* (together, "plaintiffs") will file an Amended Complaint in the above-captioned matter. Plaintiffs, defendants Food & Drug Administration, *et al.* (together, "FDA"), and defendant intervenor Duramed Pharmaceuticals, Inc. ("Duramed") (together with FDA, "defendants"), by and through undersigned counsel, hereby jointly move for the Court's entry of a Scheduling Order to govern the filing of an Amended Complaint and defendants' response. The proposed Scheduling Order is attached hereto.

The parties respectfully request that the Court approve and enter this proposed Scheduling Order.

                Respectfully submitted,

By: /s/ Ana C. Reyes
Richard M. Cooper (# 92817)
Ana C. Reyes (# 477354)

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(tel.) (202) 434-5466
(fax) (202) 434-5470
rcooper@wc.com
areyes@wc.com

*Counsel for Defendant Intervenor Duramed Pharmaceuticals, Inc.*

Dated: August 15, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., *et al.*, ) ) ) | |
| *Plaintiffs*, ) | Civil Action No. 07:0668 (JDB) |
| ) *v.* ) ) | |
| FOOD & DRUG ADMINISTRATION, *et al.*, ) ) | |
| *Defendants*. ) | |
| DURAMED PHARMACEUTICALS, INC., ) ) | |
| *Defendant Intervenor*. ) | |

## SCHEDULING ORDER

Upon the consideration of the parties' Joint Motion for Entry of Scheduling Order, the following scheduling order to govern the filing of an Amended Complaint and defendants' response is hereby entered in the above-captioned matter:

(1)    By August 17, 2007, plaintiffs shall file an Amended Complaint;

(2)    By September 21, 2007, defendants and defendant intervenor (altogether, "defendants") shall respond to the Amended Complaint;

(3)    By October 17, 2007, plaintiffs shall oppose defendants' motions to dismiss; and

(4)    By November 15, 2007, defendants shall file a reply in support of their motions to dismiss.

**SO ORDERED** on this _____ day of _____, 2007.

_____
The Honorable John D. Bates
United States District Judge