# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOLIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., *et al.*,<br>　　Plaintiffs,<br>　　　　v.<br>FOOD & DRUG ADMINISTRATION, *et al.*,<br>　　Defendants,<br>　　　and<br>DURAMED PHARMACEUTICALS, INC.,<br>　　Defendant-Intervenor | Civil Action No. 07-0668-JDB |

## NOTICE OF RE-FILING BY ELECTRONIC MAIL

In attempting to file plaintiffs' First Amended Complaint in the above-captioned action, the undersigned counsel mistakenly sent the document to the wrong email address (namely, "cmecf@dcd.uscourts.gov" instead of "dcd_cmecf@dcd.uscourts.gov"). The undersigned counsel made this error by using the email address generated by clicking on the hyperlink to dcd_cmecf@dcd.uscourts.gov that appears at page 44 of the Court's *Electronic Case Filing System (ECF) User's Manual* (Rev. 7 Aug. 2006).[1] In essence, clicking on the hyperlink in the *ECF User's Manual* drops the leading "dcd_" from the Court's email address. The undersigned counsel has forwarded yesterday's email and its attachment to the correct email address, with an explanation about the faulty hyperlink in the *ECF User's Manual.* Plaintiffs counsel copied counsel for the defendants and for defendant-intervenor on both emails to the Court.

Plaintiffs understand that the foregoing emails plus yesterday's notice and its attached copy of the First Amended Complaint (docket item #24) satisfy their current obligations under

---

[1] The *ECF User's Manual* is available at http://www.dcd.uscourts.gov/ECF-Users-Manual.pdf (last visited Aug. 18, 2007).

the scheduling order for this action. Plaintiffs' counsel plans to be out of town between August 19 and 26, 2007. In the event that the procedural posture of this action requires an affirmative motion by plaintiffs to docket the First Amended Complaint, plaintiffs' counsel can coordinate telephonically with opposing counsel pursuant to Local Rule 7(m) to determine their positions on a motion to seek the necessary relief.

Dated: August 18, 2007                    Respectfully submitted,

                                           /s/ Lawrence J. Joseph
                                          Lawrence J. Joseph, D.C. Bar No. 464777

                                          1250 Connecticut Ave., NW, Suite 200
                                          Washington, DC 20036
                                          Telephone: (202) 669-5135
                                          Telecopier: (202) 318-2254

                                          *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August 2007, I electronically filed the foregoing "Notice of Re-Filing by Electronic Mail" with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of Jane M. Lyons of the U.S. Attorney's Office for the District of Columbia, on behalf of the federal defendants, and of Richard M. Cooper, on behalf of defendant-intervenor Duramed Pharmaceuticals, Inc..

/s/ Lawrence J. Joseph
Lawrence J. Joseph