UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
ASSOCIATION OF AMERICAN                     )
PHYSICIANS & SURGEONS, INC., *et al.*,      )
                                            )
    *Plaintiffs*,                             )   Civil Action No. 07:0668 (JDB)
                                            )
    *v.*                                      )
                                            )
FOOD & DRUG ADMINISTRATION, *et al.*,       )
                                            )
    *Defendants*.                             )
------------------------------------------- )
                                            )
DURAMED PHARMACEUTICALS, INC.,              )
                                            )
    *Defendant Intervenor*.                   )
_____ )

### DURAMED PHARMACEUTICALS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO CERTIFY THE ADMINISTRATIVE RECORD

    Defendant Intervenor Duramed Pharmaceuticals, Inc. joins in the Federal Defendants' Opposition to Plaintiffs' Motion To Certify the Administrative Record.

                                                           Respectfully submitted,

                                                           /s/ Richard M. Cooper
                                                         Richard M. Cooper (# 92817)
                                                         Ana C. Reyes (# 477354)
                                                          WILLIAMS & CONNOLLY LLP
                                                          725 Twelfth Street, N.W.
                                                          Washington, DC 20005
                                                          (tel.) (202) 434-5466
                                                          (fax) (202) 434-5470
                                                          rcooper@wc.com
                                                          areyes@wc.com

                                                          *Counsel for Defendant Intervenor,*
Dated: Nov. 16, 2007                            *Duramed Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of November 2007, I served counsel with a copy of Duramed Pharmaceuticals, Inc.'s Opposition to Plaintiffs' Motion To Certify the Administrative Record via electronic mail to:

>Lawrence J. Joseph, Esq.
>Law Office of Lawrence J. Joseph
>1250 Connecticut Avenue, NW, Suite 200
>Washington, DC 20036
>Tel: 202-747-1790
>Fax: 202-318-2254
>Email: *ljoseph@larryjoseph.com*
>
>*Attorney for Plaintiffs*
>
>Jane M. Lyons, Esq.
>United States Attorney's Office
>555 4th Street, NW
>Room E4822
>Washington, DC 20530
>Email:  jane.lyons@usdoj.gov
>
>Karen Schifter, Esq.
>Office of the Chief Counsel
>United States Food and Drug Administration
>(GCF-1)
>Room 6-57
>5600 Fishers Lane
>Rockville, MD 20857
>Email:  karen.schifter@fda.hhs.gov
>
>*Attorneys for Defendants*

                                                      /s/ Ana C. Reyes
                                                       Ana C. Reyes