**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ASSOLCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., *et al.*, )<br>  Plaintiffs, )<br>      v. )<br>FOOD & DRUG ADMINISTRATION, *et al.*, )<br>  Defendants, )<br>      and )<br>DURAMED PHARMACEUTICALS, INC., )<br>  Defendant-Intervenor. ) | Civil Action No. 07-0668-JDB |

### PLAINTIFFS' INITIAL STATEMENT ON LOCAL RULE 7(N)

As signaled in their reply brief in support of certification of the administrative record, the plaintiffs cannot meet their obligations under Local Rule 7(n)(2) and the Comment to Local Rule 7(n) to provide an appendix that retains the administrative record's original pagination, and the defendants do not consider Local Rule 7(n) to apply at this stage of the proceedings. *See* docket item #35, at 3 n.3. Plaintiffs simply do not have the certified administrative record. Although plaintiffs indicated that they would take no action under Local Rule 7(n) pending further direction from the Court on how to proceed, *id.,* it seems appropriate to advise the Court of relevant collections of government documents, within the timeframe that Local Rule 7(n) contemplates. *See* docket item #32, at 4 n.4 ("additional documents are available on FDA's website, so that plaintiffs already have access to a substantial number of documents that would be part of any administrative record compiled in this case").

The Food & Drug Administration ("FDA") maintains an apparent subset of the administrative record on the underlying supplemental new drug approval ("SNDA") at http://www.fda.gov/cder/drug/infopage/planB/default.htm (last visited Dec. 3, 2007) (copy attached as Ex. 1). Assuming *arguendo* that the comments submitted during FDA's Advanced

Notice of Proposed Rulemaking ("ANPRM") regarding the underlying SNDA constitute part of the administrative record here, the materials linked from that web page include a contractor-prepared "Bracketed Comment Letter Report" that includes the comments submitted by plaintiffs Association of American Physicians & Surgeons, Concerned Women for America, and Family Research Council. *See* ICF International, *FDA Simultaneous Marketing ANPRM: Bracketed Comment Letter Report,* at 27-53, 157-59 (May 19, 2006) (available at http://www.fda.gov/oc/planb/Bracketed%20Letters%20Report.pdf) (last visited Dec. 3, 2007).

The Committee on Health, Education, Labor, and Pensions of the U.S. Senate maintains a web page on the nomination hearing of then-Acting Commissioner von Eschenbach on August 1, 2006, http://help.senate.gov/Hearings/2006_08_01/2006_08_01.html (last visited Dec. 3, 2007) (copy attached as Ex. 2). That web page links to Dr. von Eschenbach's prepared statement, as well as a transcript and an online audio-visual multimedia recording of that proceeding.

Plaintiffs do not understand the referenced and linked materials to represent the complete administrative records for the underlying SNDA or the allegedly improper political pressure allegedly behind FDA's approving the SNDA. Further, beyond their own comments, plaintiffs do not authenticate or certify the accuracy of the referenced and linked materials. With those caveats, plaintiffs can submit the relevant portions of these materials if the Court so directs.

Dated: December 3, 2007               Respectfully submitted,

                                       /s/ Lawrence J. Joseph
                                      Lawrence J. Joseph, D.C. Bar No. 464777

                                      1250 Connecticut Ave., NW, Suite 200
                                      Washington, DC 20036
                                      Telephone: (202) 669-5135
                                      Telecopier: (202) 318-2254

                                      *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of December, 2007, I electronically filed the foregoing "Plaintiffs' Initial Statement on Local Rule 7(n)" with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of Jane M. Lyons of the U.S. Attorney's Office for the District of Columbia, on behalf of the federal defendants, and of Richard M. Cooper, on behalf of defendant-intervenor Duramed Pharmaceuticals, Inc..

    /s/ Lawrence J. Joseph
    Lawrence J. Joseph



FDA Home Page | CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER

Search [ ] GO powered by Google

# Plan B (0.75mg levonorgestrel) Tablets Information

The U.S. Food and Drug Administration (FDA) announces approval of Plan B, a contraceptive drug, as an over-the-counter (OTC) option for women aged 18 and older.

- FDA Press Release (8/24/2006)
- Memo from Dr. Andrew von Eschenbach, Acting FDA Commissioner (8/24/2006)
- Memo from Dr. Steven Galson, Director, Center for Drug Evaluation and Research (8/24/2006)
- Questions and Answers (8/24/2006, updated 12/14/2006)
- Approval Letter (8/24/2006)
- Labeling (8/24/2006)
- Drug Review Package (8/29/2006)

**Background Information**

**Summary Report of Comments Received in Response to an Advanced Notice of Proposed Rulemaking (ANPRM), July 31, 2006**

- FDA Statement: FDA Announces Framework for Moving Emergency Contraception Medication to Over-the-Counter Status
- Letter to Duramed Research, Inc.
- Comment Summary [HTML] [PDF]
- FDA Simultaneous Marketing ANPRM (Advanced Notice of a Proposed Rulemaking)
  - Bracketed Comment Letter Report  [HTML] [PDF]
  - Counts of Public Comment Submissions Coded By Issue [HTML] [PDF]
  - Comment Excerpts Sorted By Issue [HTML] [PDF]
  - Comments Numbers Sorted by Issue [HTML] [PDF]

**Other Information**

- FDA Statement (8/26/2005)
- Letter to Duramed Research, Inc. (8/26/2005)
- Federal Register Notice:  Drug Approvals: Circumstances Under Which an Active Ingredient May Be Simultaneously Marketed in Both a Prescription Drug Product and an Over-The-Counter Drug Product (Advance notice of proposed rulemaking). [PDF] (8/26/2005)
- FDA Press Release
- Not Approvable Letter
- FDA's Decision Regarding Plan B: Questions and Answers
- Reproductive Health Drugs Advisory Committee, December 16, 2003, joint meeting with Nonprescription Drugs Advisory Committee. Meeting Information

PDF requires the free Adobe Acrobat Reader

Back to Top    Back to Drug Info

Date created: May 7, 2004, updated August 29, 2006

---

CDER Home Page | CDER Site Info | Contact CDER | What's New @ CDER
FDA Home Page | Search FDA Site | FDA A-Z Index | Contact FDA | Privacy | Accessibility | HHS Home Page

FDA/Center for Drug Evaluation and Research





| | | | | | | |
|---|---|---|---|---|---|---|
| **Home** | **Subcommittees** | **About** | **Press Releases** | **Photo Gallery** | **Search** | |
| **Health** | **Education** | **Labor** | **Pensions** | **Hearings** | **Bills** | |

# Hearings and Executive Sessions

**Committee:** Senate Committee on Health, Education, Labor, and Pensions
**Title:** Nomination Hearing
**Date:** Tuesday, August 1, 10:00 AM
**Place:** Dirksen 430

**Audio / Video:** <u>Click Here</u> to Listen / Watch the Hearing (*Please note - The hearing video begins at minute 19:06*)

**Hearing File:** <u>Click Here</u> to view the final hearing transcript as printed

 **Click Here** to download Real Player

### Witness Testimony

- Dr. Andrew von Eschenbach, to be Commissioner of Food and Drugs, Department of Health and Human Services
- Mr. Paul DeCamp, to be Administrator of the Wage and Hour Division, Department of Labor

 **Click Here** to download Adobe Reader

**Committee on Health, Education, Labor and Pensions - 428 Senate Dirksen Office Building
Washington, DC 20510**

Health | Education | Labor | Pensions | Hearings | Bills | About the Committee
Subcommittees | Photo Gallery | Press Releases | Contact | Home