UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASS'N OF AM. PHYSICIANS & SURGEONS, INC., et al.,<br>　　　　Plaintiffs,<br><br>　　　v.<br><br>FOOD & DRUG ADMIN., et al.,<br>　　　　Defendants,<br><br>and<br><br>DURAMED PHARMACEUTICALS, INC.,<br>　　　　Intervenor-Defendant. | Civil Action No.  07-0668 (JDB) |

## ORDER

Upon consideration of [28] the federal defendants' motion to dismiss, [27] the intervenor-defendant's motion to dismiss, the parties' memoranda, the arguments advanced at the motions hearing held on February 15, 2008, the applicable law, and the entire record, and for the reasons stated in the memorandum opinion issued on this date, it is hereby

**ORDERED** that [28] the federal defendants' motion to dismiss and [27] the intervenor-defendant's motion to dismiss are **GRANTED**; and it is further

**ORDERED** that this action is **DISMISSED**.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　United States District Judge

Dated:   March 4, 2008