**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

|  |  |
|---|---|
| ) | |
| ASSOCIATION OF AMERICAN ) | |
| PHYSICIANS & SURGEONS, INC., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | Civil Action No. 07:0668 (JDB) |
| ) | |
| *v.* ) | |
| ) | |
| FOOD & DRUG ADMINISTRATION, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ----------------------------------------------------------) | |
| ) | |
| DURAMED PHARMACEUTICALS, INC., ) | |
| ) | |
| *Defendant Intervenor*. ) | |

---

## LINE

Duramed Pharmaceuticals, Inc. hereby corrects a typographical error in its Opposition to

Plaintiffs' Motion To Alter and Amend Judgment, for Judgment on Partial Findings, for

Reconsideration of Dismissal, and for Leave To File Amended and Supplemental Complaint.

On pages v and 18, "21 C.F.R. § 314.61(b)-(d) (2007)" should read "21 C.F.R.

§ 314.430(b)-(d) (2007)."

Respectfully submitted:

By:      /s/ Ana C. Reyes
Richard M. Cooper (# 92817)
Ana C. Reyes (# 477354)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC  20005
(tel.) (202) 434-5466
(fax) (202) 434-5470
rcooper@wc.com
areyes@wc.com
*Counsel for Defendant Intervenor*
April 11, 2008                                    *Duramed Pharmaceuticals, Inc.*