# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-0668-JDB |
| | ) | |
| FOOD & DRUG ADMINISTRATION, *et al.,* | ) | |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DURAMED PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

## MOTION FOR JUDICIAL NOTICE OF SPEECH BY SEN. CLINTON AND NOTICE OF FILING LARGE VIDEO EXHIBIT

Plaintiffs in the above-captioned action respectfully move this Court to take judicial notice of an excerpt from a speech by Senator Hillary Clinton on July 17, 2007 (video file attached as Exhibit 1), as previously quoted in a declaration by the undersigned counsel. The federal defendants objected to the foregoing declaration as hearsay, Fed'l Opp'n at 9 (docket item #47), which necessitates this motion. The federal defendants oppose this motion. Because the video file in Exhibit 1 exceeds the size that parties can file using the Court's electronic case-filing ("ECF") system, plaintiffs file this motion and notice both via the ECF (without the video file) and pursuant to Local Rules 5.1 and 5.4(e)(1)(B) (with the video file attached on CD).

As the proponents of the proffered evidence, plaintiffs bear the burden of establishing its admissibility, which includes proving any requisite conditions such as relevance. *See* FED. R. EVID. 104(a)-(b); *Philadelphia Co. v. S.E.C.,* 175 F.2d 808, 818 (D.C. Cir.) ("the burden of proof lies upon him who affirms, not him who denies"), *vacated as moot,* 337 U.S. 901 (1949); 21B Charles Alan Wright & Kenneth W. Graham, Jr., FEDERAL PRACTICE & PROCEDURE: EVIDENCE 2d §5108 (2d ed. 2005 & Supp. 2008) (*citing* FED. R. EVID. 201(d)) (concerning judicial notice);

*cf. Meister v. Medical Engineering Corp.,* 267 F.3d 1123, 1127 n.9 (D.C. Cir. 2001) (concerning hearsay exceptions); FED. R. EVID. 702, Advisory Note to 2000 Amendments ("Under [Rule 104(a)], the proponent has the burden of establishing that the pertinent admissibility requirements are met by a preponderance of the evidence"); *Daubert v. Merrell Dow Pharmaceuticals, Inc.,* 509 U.S. 579, 592-93 & n.10 (1993) (concerning expert testimony under FED. R. EVID. 702). Thus, before determining whether the proffered evidence qualifies for judicial notice, plaintiffs first establish its relevance.

Evidence is relevant if it has "any tendency to make the existence of any fact that is of consequence to the determination of the action more probable… than it would be without the evidence," FED. R. EVID. 401, but "[e]vidence which is not relevant is not admissible." FED. R. EVID. 402. Here, the defendants consider it significant that the "FAC [*i.e.,* the First Amended Complaint] does not allege that the Senators sought to influence the substance of the decision" on Plan B, Duramed Reply Br. at 25 (docket item #33), whereas the plaintiffs argue that the FAC established the necessary *appearance* of improper political pressure,[1] Pls.' Opp'n at 34-35 (docket item #29), and the Second Amended Complaint ("SAC") alleges that Senator Clinton expressly conditioned Dr. von Eschenbach's sought-after confirmation on his approval of Plan B. SAC ¶¶79-80 (docket item #45-3). Significantly, although plaintiffs argue that the *appearance* of improper pressure alone should invalidate the federal defendants' approval of

---

[1]     Legislative pressure with a direct nexus to the agency actor and agency action renders that action (here, the approval of Plan B for dual distribution as a prescription and non-prescription drug) arbitrary and capricious. *D.C. Fed'n of Civic Ass'ns v. Volpe,* 459 F.2d 1231, 1246 (D.C. Cir.); *Koniag, Inc., Village of Uyak v. Andrus,* 580 F.2d 601, 610 (D.C. Cir. 1978); *Sierra Club v. Costle,* 657 F.2d 298, 408-10 (D.C. Cir. 1981); *ATX, Inc., v. U.S. Dep't of Transp.,* 41 F.3d 1522, 1527 (D.C. Cir. 1994).

Plan B, Senator Clinton's expressly conditioning confirmation on approval nonetheless remains relevant here because "evidentiary relevance under Rule 401" is not "affected by the availability of alternative proofs of the element to which it went." *See Old Chief v. U.S.,* 519 U.S. 172, 179, 117 S.Ct. 644, 649 (1997); *U.S. v. Douglas,* 482 F.3d 591, 597-98 & n.9 (D.C. Cir. 2007) (same).

In this action, the defendants have steadfastly avoided presenting this Court with the administrative record, Fed'l Defs.' Opp'n at 1-6 (docket item #32), Duramed Opp'n at 1 (docket item #34), and appear to have actively misrepresented the contents of that record to this Court, Pls.' Reply Br. at 20-21 (contrasting defendants' representations to this Court with Dr. von Eschenbach's testimony to Congress) (docket item #49). For their part, plaintiffs have consistently maintained that the inappropriateness of the Court's acting without the record and particularly of accepting unsworn statements about the record from defendants' counsel. Pls.' Opp'n at 4-5, 35-36 (docket item #29); Pls.' Mot. at 44-45 (docket item #45); Pls.' Reply Br. at 6, 20-21 (docket item #49). Under the circumstances, the contents of Senator Clinton's speech certainly are relevant to plaintiffs' seeking leave to amend their complaint to bolster the allegations of improper political pressure. *See* Pls.' Mot. at 44-45 & Ex. 2 ¶¶7-8 (docket items #45 & #45-3); Pls.' Reply Br. at 2-3, 4 (docket item #49). Moreover, if the record that defendants ultimately certify is inconsistent with Sen. Clinton's speech, the speech also will be relevant to establish the need for discovery. *Citizens to Preserve Overton Park, Inc. v. Volpe,* 401 U.S. 402, 420-21 (1971); *Commercial Drapery Contractors, Inc. v. U.S.,* 133 F.3d 1, 7 (D.C. Cir. 1998) (courts may expand on administrative record "when there has been a 'strong showing of bad faith or improper behavior' or when the record is so bare that it prevents effective judicial review"). In summary, Sen. Clinton's speech is plainly relevant here.

The Federal Rules of Evidence provide for judicial notice of facts beyond reasonable dispute, either because they are generally known or – as relevant here – because they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b). Judicial notice is appropriate "at any stage of the proceeding," FED. R. EVID. 201(f), including on appeal. *Id.; cf. New York Indians v. U.S.,* 170 U.S. 1, 32 (1898). As explained below, plaintiffs' motion is timely, and the speech qualifies for judicial notice as capable of accurate and ready determination.

As indicated above, motions for judicial notice are timely at any stage of the proceeding. Although this Court dismissed this action on March 4, 2008 (docket items #42 and #43), plaintiffs' timely motion under Fed. R. Civ. P. 59(e) and 52(c) rendered that dismissal non-final. *Alley v. Dodge Hotel,* 551 F.2d 442, 444-45 (D.C. Cir. 1977) ("motion… treatable as one for a new trial or for alteration of the dismissal judgment… destroyed the finality of the judgment of dismissal") (footnotes omitted); *Kusens v. Pascal Co., Inc.,* 448 F.3d 349, 357-58 (6th Cir. 2006); *Leishman v. Associated Wholesale Elec. Co.,* 318 U.S. 203, 205-06 (1943). Moreover, motions for judicial notice are appropriate in the Rule 52(c) context. *Parker v. Long Beach Mortg. Co.,* 534 F.Supp.2d 528, 537-38 (E.D. Pa. 2008); *accord Melton v. Cmty. for Creative Non-Violence,* 1993 WL 367113, *4-*5 & *7 nn.3-4 (D.D.C. 1993). Accordingly, plaintiffs' motion is timely.

As defined, hearsay includes written or oral assertions, offered by someone other than the person who made the assertions, to prove the truth of the matter asserted.[2] FED. R. EVID.

---

[2]     Although Sen. Clinton is not herself a party, her status as a Senator of defendant United States and the improper pressure that she injected into the Plan B approval process (*see* note 1, *supra*) make her statement admissible, notwithstanding the hearsay rules. *See* FED. R. EVID. 801(d)(2).

801(a)(1)-(c). Because her speech is in the public domain, however, the video of her speech is a proper subject for judicial notice. *Washington Ass'n for Television & Children v. F.C.C.,* 712 F.2d 677, 683 & n.12 (D.C. Cir. 1983) ("The speech is in the public domain and is therefore a proper subject of judicial notice"). Further, while "imoneinamillion.com" is not a readily known website, it plainly identifies itself as a website of Planned Parenthood Federation of America (Ex. 2), which Network Solutions' WHOIS database confirms. *See* Ex. 3 (WHOIS lists Planned Parenthood as registrant for imoneinamillion.com); *Kremen v. Cohen,* 325 F.3d 1035, 1049 n.12 (9th Cir. 2003) (Kozinski, J., dissenting) (describing the Network Solutions WHOIS database).

Moreover, contemporaneous media articles further confirm that Sen. Clinton indeed spoke to Planned Parenthood in Washington, D.C., on July 17, 2007, with one story's photograph confirming that she wore the same scarf shown in the video. *See* Ex. 4-5 (articles on Clinton speech); *see also Washington Post v. Robinson,* 935 F.2d 282, 291 (D.C. Cir. 1991) ("court may take judicial notice of the existence of newspaper articles in the Washington, D.C., area that publicized" issues related to a matter). Finally, at all relevant times, Sen. Clinton was enrolled by the Arkansas Supreme Court as an attorney at law and solicitor in chancery, Ex. 6 (certificate of good standing from Arkansas Supreme Court), which suggests that her speech truthfully characterized her ultimatum to Dr. von Eschenbach. *See Arkansas Rules of Professional Conduct,* Rule 8.4(c) (professional misconduct for a lawyer to engage in conduct involving dishonesty or misrepresentation).

In summary, Senator Clinton's speech is "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b). The alternative – that Planned Parenthood doctored the video file to alter Sen. Clinton's speech – is simply too fanciful.

For the foregoing reasons, the plaintiffs respectfully request that the Court enter the proposed order (attached) to grant the foregoing motion for judicial notice.

Dated: April 17, 2008                  Respectfully submitted,

 /s/ Lawrence J. Joseph
Lawrence J. Joseph, D.C. Bar No. 464777

1250 Connecticut Ave., NW, Suite 200
Washington, DC 20036
Telephone: (202) 669-5135
Telecopier: (202) 318-2254

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., *et al.,* | ) ) ) |
| Plaintiffs, | ) |
| v. | )     Civil Action No. 07-0668-JDB |
| FOOD & DRUG ADMINISTRATION, *et al.,* | ) ) |
| Defendants, | ) |
| and | ) |
| DURAMED PHARMACEUTICALS, INC., | ) ) |
| Defendant-Intervenor. | ) |

## [PROPOSED] ORDER

On considering the "Motion for Judicial Notice of Speech by Sen. Clinton and Notice of Filing Large Video Exhibit," the filings in support and opposition thereto, and the entire record, the Court finds that plaintiffs' motion is well taken. For the foregoing reasons, it is hereby

**ORDERED** that plaintiffs' motion is granted; and it is

**FURTHER ORDERED** that the Court takes judicial notice of the fact that, in a speech to Planned Parenthood on July 17, 2007, in Washington, D.C., Senator Hillary Clinton stated:

> Now in the end, Senator Patty Murray and I had to stop them not once but twice. We had to put a hold on one nomination and then they told us that they would make a decision, so we said alright we will lift our hold. And then they came out, as some of you will recall, and said, "Our decision is to decide we're not deciding." So then when they nominated another FDA commissioner, Patty and I said, "Fool me once shame on you, fool me twice, shame on us. We're not letting anybody get confirmed until you promise to approve over-the-counter Plan B."

Dated: _____, 2008

_____
**UNITED STATES DISTRICT JUDGE**

**Copy to:**

LAWRENCE J. JOSEPH
1250 Connecticut Ave., NW, Suite 200
Washington, DC 20036
Telephone: (202) 669-5135
Telecopier: (202) 318-2254
    *Counsel for Plaintiffs*

JANE M. LYONS
Assistant United States Attorney
555 Fourth St., N.W. - Room E4822
Washington, D.C. 20530
Telephone: (202) 514-7161
Telecopier: (202) 514-8780
    *Counsel for Federal Defendants*

RICHARD M. COOPER
ANA C. REYES
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5466
Telecopier: (202) 434-5470
    *Counsel for Defendant-Intervenor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2008, I electronically filed the foregoing "Motion for Judicial Notice of Speech by Sen. Clinton and Notice of Filing Large Video Exhibit" (together with its accompanying exhibits except the video file associated with Exhibit 1) with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of Jane M. Lyons of the U.S. Attorney's Office for the District of Columbia, on behalf of the federal defendants, and of Richard M. Cooper, on behalf of defendant-intervenor Duramed Pharmaceuticals, Inc. In addition, pursuant to Local Rules 5.1 and 5.4(e)(1)(B), I further certify that, on that same day, I caused one copy of the foregoing motion and all of its exhibits to be served by post-prepaid U.S. mail on the following:

Jane M. Lyons
Assistant United States Attorney
555 Fourth St., N.W. - Room E4822
Washington, D.C. 20530
Telephone: (202) 514-7161
Telecopier: (202) 514-8780

Richard M. Cooper
Ana C. Reyes
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5466
Telecopier: (202) 434-5470

/s/ Lawrence J. Joseph
Lawrence J. Joseph

**EXHIBIT 1**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., *et al.,* ) | |
| )  Plaintiffs, | |
| )  v. | Civil Action No. 07-0668-JDB |
| )  FOOD & DRUG ADMINISTRATION, *et al.,* | |
| )  Defendants, | |
| )  and | |
| )  DURAMED PHARMACEUTICALS, INC., | |
| )  Defendant-Intervenor. | |

### <u>NOTICE OF FILING LARGE VIDEO EXHIBIT</u>

Pursuant to Local Rule 5.4(e)(1)(B), plaintiffs file the large video (clintonPPspeech.avi) that constitutes Exhibit 1 of their Motion for Judicial Notice of Speech by Sen. Clinton and Notice of Filing Large Video Exhibit with the Court and serve it on the defendants on compact disc. The relevant text of the speech is quoted in the proposed Ordered filed with plaintiffs' motion, and the video can be viewed by clicking on the "Full Speech" link under "Hillary Clinton" at http://www.imoneinamillion.com (last visited April 17, 2008), with the relevant excerpt appearing circa minute 16:30 of the 37:28-minute speech.

Dated: April 17, 2008                    Respectfully submitted,


                                         /s/ Lawrence J. Joseph
                                         Lawrence J. Joseph, D.C. Bar No. 464777

                                         1250 Connecticut Ave., NW, Suite 200
                                         Washington, DC 20036
                                         Telephone: (202) 669-5135
                                         Telecopier: (202) 318-2254

                                         *Counsel for Plaintiffs*

**EXHIBIT 2**

# ONE MILLION
## FOR PLANNED PARENTHOOD®

On July 17, something amazing happened. For the first time in our organization's history, two leading presidential candidates and the wife of another spoke to a room packed full of Planned Parenthood supporters about the issues that we care about. All presidential candidates - Democratic and Republican - were invited to attend. To read more about other candidates' views on our issues, visit the Planned Parenthood Action Fund web site.

Hillary Clinton, Barack Obama, and Elizabeth Edwards talked about medically accurate, comprehensive sex education for young people and affordable, accessible birth control. They spoke in detail about the important topics that get far too little attention in the presidential debates.

# WATCH THE SPEECHES
## Click on the image to see the video



Hillary Clinton
Highlights | Full Speech
Paid for by Planned Parenthood Federal PAC
1780 Massachusetts Avenue NW
Washington, DC 20036
202-785-3351
Authorized by Hillary Clinton for President



Barack Obama
Highlights | Full Speech
Paid for by Obama for America, www.barackobama.com.



Elizabeth Edwards
Highlights | Full Speech
Paid for by Planned Parenthood Federal PAC
1780 Massachusetts Avenue NW
Washington, DC 20036
202-785-3351
Authorized by John Edwards for President

# WHAT ELSE CAN YOU DO?

## 1. Tell a Friend
## 2. Donate and Become a Member

Paid for by Planned Parenthood Federal PAC
1780 Massachusetts Avenue NW
Washington, DC 20036
202-785-3351
Authorized by Clinton for President, Obama for President and Edwards for President.

© Copyright 2007 Planned Parenthood® Action Fund, Inc. All rights reserved.
Use of this site signifies your agreement to our privacy policy.
Site Development: Pro Bono Geek

**EXHIBIT 3**

**Network**Solutions.

Call us 1-800-333-7680    Shopping Cart
Login | Help

## WHOIS Search Results



Available **imoneinamillion** extensions:

| .net | .us | .mobi | .info | .biz | .de | .tv | .eu | .bz |
|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Order Selected Domain(s)** ➧

Thousands of great
domain names expire
everyday...

**Be the first to know
using our
NEW RSS feed!**

Subscribe ➧

### Your WHOIS Search Results

IMAGE NOT
AVAILABLE

**imoneinamillion.com**
Services from Network Solutions:

Certified Offer Service - Let us help you get this domain name!

Backorder - Try to get this name when it becomes available.

Private Registration - Keep personal information for this domain private.

SSL Certificates - Get peace of mind with a secure certificate.

Enhanced Business Listing - Promote your business to millions of viewers for only $1 a month!

---

Visit AboutUs.org for more information about IMONEINAMILLION.COM AboutUs: IMONEINAMILLION.COM

**Registrant:**                                          Make this info private
Planned Parenthood Federation of America
434 W 33 St
New York, NY 10001
US

**Domain Name:** IMONEINAMILLION.COM

**Promote your business to millions of viewers for only $1 a month!**

Learn how you can get an Enhanced Business Listing here for your domain name.

**Learn More**

**Administrative Contact , Technical Contact :**
Planned Parenthood Federation of America
webtech@ppfa.org
434 W 33 St
New York, NY 10001
US
Phone: 212-261-4357

**Record expires on** 16-Jul-2008
**Record created on** 16-Jul-2007
**Database last updated on** 16-Jul-2007

**Domain servers in listed order:**                     Manage DNS

NS1.HEDGEHOGHOSTING.NET                                   66.150.112.70
NS2.HEDGEHOGHOSTING.NET                                   66.150.112.71

 Show underlying registry data for this record

**Current Registrar:** NETWORK SOLUTIONS, LLC.
**IP Address:**  66.151.111.118 (ARIN & RIPE IP search)
**IP Location:**  US(UNITED STATES)-VIRGINIA-FAIRFAX
**Record Type:**  Domain Name

**DOMAIN OPTIONS**

**Premium Names** ❓

☐ ille.net
   $5,500
☐ ionlifter.com
   $650
☐ halimthemovie.com
   $300
☐ imoweb.net
   $888
☐ ionchromatograph.com
   $1,100
☐ oneplacerebate.com
   $300
☐ imotec.net
   $888

**Misspellings**

☐ imoneinammillion.com
☐ imoneinnamillion.com
☐ immoneinamillion.com
☐ immoneinamillion.com
☐ imoneinamilion.com
☐ imoneiamillion.com
☐ imoienamillion.com
☐ imeneinamillion.com

**Similar Names**

☐ im-one-ina-million.com
☐ im-1-ina-million.com
☐ imaceinamillion.com

When you register a domain, current policies require that the contact information for your domain name registration be included in a public database known as WHOIS. To learn about actions you can take to protect your WHOIS information visit www.internetprivacyadvocate.org.

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes or for the purpose or purposes of using the data in any manner that violates these terms of use. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via direct mail, e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its



| Server Type: | Indeterminate |
| Lock Status: | clientTransferProhibited |
| DMOZ | no listings |
| Y! Directory: | see listings |
| Secure: | No |
| E-commerce: | No |
| Traffic Ranking: | Not available |
| Data as of: | 23-Jan-2008 |

☐ im-ace-ina-million.com
☐ pageimoneinamillion.com
☐ pageim1inamillion.com
☐ pageimaceinamillion.com
☐ imoneinnamillion.com

**Add Domain(s) to Cart »**

**SEARCH AGAIN**

Enter a search term:

e.g. networksolutions.com

Search by:
◉ **Domain Name**
○ **NIC Handle**
○ **IP Address**

**Search »**

**Need to get your business online?**
Our professional designers can build a custom Web site for your business.
$11.95/month, plus a $499.00 design fee

**Go »**

**PerformanceClicks™ from Network Solutions**
Create and manage your pay per click advertising from as low as $125/month plus $99 one time set-up fee

**Go »**

**SOLUTIONS TO GET ONLINE**

**SOLUTIONS TO SELL ONLINE**

**SOLUTIONS TO GET CUSTOMERS**

**SOLUTIONS FOR ONLINE SECURITY**

**SOLUTIONS TO SAVE MONEY**

**COMPANY INFORMATION**

**100% Secure Transaction**
For your protection, this Web site is secured with the highest level of SSL Certificate encryption.

© Copyright 2008 Network Solutions. All rights reserved.

**EXHIBIT 4**



Click here to ensure "change" is more than an empty promise.    DEMAND ACTION NOW >    DividedWeFall.org

**abc NEWS** start here

Good Morning America | World News | 20/20 | Primetime | Nightline | This Week | ABC News Now | i-Caught

Wednesday, April 16, 2008

Register | Sign In

Search [_____] GO

**Home** | **News Brief** | **World** | **U.S.** | **Investigative** | **Politics** | **Money** | **Health** | **Entertainment** | **ESPN Sports** | **SciTech** | **Law** | **Travel** | **More**

U.S. SUPREME COURT UPHOLDS LETHAL INJECTION AS A METHOD OF EXECUTION

IN COOPERATION WITH USA TODAY

Home > Politics

# Obama Tries to Peel Away Clinton Backers

Obama Tries to Turn Heads of Clinton Admirers by Taking Regular _ Yet Subtle _ Jabs

By NEDRA PICKLER Associated Press Writer
WASHINGTON Jul 18, 2007 (AP)

The Associated Press

Post a Comment

Barack Obama says people are sure to love him once they get to know him.



Presidential hopeful Sen. Hillary Rodham Clinton, D-N.Y., delivers remarks at the Planned Parenthood Action Fund annual public affairs conference in Washington Tuesday, July 17, 2007. (AP Photo/Gerald Herbert)

More Photos

FONT SIZE A A A
EMAIL
PRINT
SHARE
RSS

For now, though, Democrats seem to love Hillary Rodham Clinton more, so Obama is trying to turn heads with select jabs at his chief rival.

Obama's criticisms of the two-term senator and former first lady have been regular but subtle reminders that for all his campaign money and promises of hope, he still trails her in most national and early state polls.

And when you're No. 2, the only option is to chip away at the front-runner.

Among his criticisms in recent weeks, Obama has:

Rejected the notion that she's more prepared for the job. "The only person who would probably be prepared to be our president on Day One would be Bill Clinton not Hillary Clinton," he said.

Repeatedly reminded voters that she supported the Iraq war resolution, trying to cut off any credit she might get for trying to repeal the authorization now. "There are no do-overs on an issue as important as war," he said, and called her approach "convoluted."

Pushed back at Clinton's efforts to portray herself as a candidate for change. "Change can't just be a slogan," Obama said. "Change has to mean that we're not doing the same old thing that we've been doing."

**Sponsored Links**

**Alternative to Open Back Surgery**
Minimally invasive, corrects most spinal disorders, 21st century laser techniques,...
www.laserspineinstitute.com

**Countrywide® Home Loans**
No Closing Cost Refi. No Points. No Credit Report or Processing Fees.
www.Countrywide.com

Buy a link here

The heart of Obama's campaign is convincing voters that Clinton is a Washington establishment candidate the quasi-incumbent, as his campaign manager called her recently while he will bring fresh views for voters tired of politics as usual. But he has to walk a fine line when it comes to criticizing his opponents so voters don't see him as just another politician on the attack.

"It's risky territory for someone presenting himself as a 'hope-monger' who will 'turn the page' on traditional politics," said Dan Newman, a Democratic strategist in California. "The slightest whiff of negativity from Obama runs the risk of causing voters to question his carefully built self-presentation of a new kind of candidate who floats

## Watch Video

  

 

WATCH: The Bottom Line on the Debate

WATCH: Polygamists Beg for Their Kids

WATCH: An Emotional 'Idol'



Click here to ensure "change" is more than an empty promise.

DEMAND ACTION NOW >

DividedWeFall.org

## Politics News




**Clinton, Obama Need Big Debate Night**
The Note: Debate puts spotlight on Obama, as Clinton seeks game-changer.

Clinton, Obama Need Big Debate Night
POLL: Obama Surges on Electability, Challenges Clinton on Leadership
WATCH: The Bottom Line on the Debate
Pope Arrives to Warm Welcome From Bush
Bush to Announce Climate Strategy

## Slideshows

  



PHOTOS: What Does Faith Look Like?

PHOTOS: Bidding Millions For One Blade

PHOTOS: The Robot Hall of Fame

## Top Stories

above traditional sniping and snapping."

1 | **2** | NEXT >

Post a Comment

Next Story: Clinton, Obama Need Big Debate Night

| iCaught | Talk Back | | DIGG | DELICIOUS | FACEBOOK | PRINT | EMAIL | RSS |

**Sponsored Links**

**Alternative to Open Back Surgery**
Minimally invasive, corrects most spinal disorders, 21st century laser
techniques, outpatient surgery.
www.laserspineinstitute.com

**Countrywide® Home Loans**
No Closing Cost Refi. No Points. No Credit Report or Processing Fees.
www.Countrywide.com

**Equifax Credit Watch™**
Protect the power of your credit and your identity.
www.equifax.com

**Buy a link here**

**Comment & Contribute**

If you would like to tell us more facts about this story, please click here to send the editors of ABC
News a separate email with the information you have.

POST YOUR COMMENT

**More Coverage**

RADAR: Obama Plays Likability Card                    '08 Candidates Tap Hollywood Cash

PHOTOS: Stars Greenback '08 Candidates          RADAR: Obama's Abortion Voting Strategy



Lethal Injections      Dems See Obama      Dozens of
to Resume:             as Most Likely to   Children Dead in
Supreme Court          Win                 Bus Crash
Rejects Challenge

**ABC News to Go**

RSS Feeds                      E-mail Newsletters

Podcasts                       ABC News Mobile

**Most Popular**

Viewed | Commented | Emailed

Sect Members: Brainwashed or Faithful?

Dems See Obama as Most Likely to Win

Tug of War Over $400K Seized by the FBI

WATCH: Toddler Forced to Get High

WATCH: Cat's Tale Set in Chicago

WATCH: Hasselbeck and Behar Talk Taxes

PHOTOS: Anna, Patrick Pound the Pavement

PHOTOS: 'Tree Man' Gets Medical Help

PHOTOS: Engaged Ashlee Expecting?

**More Popular News >**



"The most influential
tip sheet in Washington."
-The New Yorker



TONIGHT 8pm/7c

**More Political News**


Clinton, Obama Need Big
Debate Night


Obama: Dem Race About
More Than Race


WATCH: Dems Divided in
Pennsylvania


'Political Radar': News
from Washington and the
2008 Campaign Trail


Upward Spiral? Iraq's
Improved Hopes


WATCH: Roundtable:
Economic Meltdown?

Feedback | Wireless | E-mails & News Alerts | Message Boards | RSS Headlines | Podcasts | ABC News Store

Contact Us | ABC.com | Site Map | Advertising Info | Terms of Use | Privacy Policy/Your California Privacy Rights

External links are provided for reference purposes. ABC News is not responsible for the content of external internet sites.          Copyright © 2008 ABCNews Internet Ventures

**EXHIBIT 5**



PRINTER-FRIENDLY FORMAT
SPONSORED BY


**July 18, 2007**

# Democrats Attack Bush on Women's Health Issues

**By ROBIN TONER**

WASHINGTON, July 17 — In a rousing indictment of the Bush administration and the Supreme Court it created, Senator Barack Obama told a Planned Parenthood convention here on Tuesday that the next election would decide a fundamental question: "What kind of America will our daughters grow up in?"

The speech by Mr. Obama, of Illinois, came on a day when the leading candidates for the Democratic presidential nomination expressed their commitment to reversing the Bush administration's approach to abortion rights, judicial appointments, sex education and contraception.

Senator Hillary Rodham Clinton declared that President Bush had consistently "played politics with women's health." She added, "He has chipped away at reproductive rights, and he has worked to turn Washington, D.C., into an evidence-free zone where facts are subordinate to ideology."

Mrs. Clinton, of New York, argued that the Bush administration and its conservative allies had undermined and underfinanced longstanding education and family planning programs while heavily favoring abstinence education. She added, to cheers, "I want you to know that when I'm president, I will devote my very first days in office to reversing these ideological, antiscience, antiprevention policies that this administration has put into place."

Mr. Obama, who was repeatedly interrupted by applause, said the recent Supreme Court decision upholding a federal ban on a type of abortion was the beginning of a profound retreat on women's rights, and should be presented that way to the voters.

"We know that five men don't know better than women and their doctors what's best for women's health," Mr. Obama said, alluding to the 5-to-4 majority in the abortion case, Gonzales v. Carhart, which upheld the Partial Birth Abortion Ban Act of 2003.

"We know that a woman's right to make a decision about how many children to have and when, without government interference, is one of the most fundamental freedoms we have in this country," he said.

Mr. Obama's speech — and the reception it received from the Planned Parenthood Action Fund — underscored the power of the Supreme Court as a galvanizing issue for Democratic primary voters, after a session marked by conservative shifts on abortion, school integration and other issues. But Mr. Obama also argued that supporters of abortion rights should not shy from making their case to the broader public.

"If the argument is narrow, oftentimes we lose," he said. "But if you ask everybody, you ask the most conservative person, do they want their daughters to have the same chances as men? Most of them will answer in the affirmative."

Elizabeth Edwards, speaking on behalf of her husband, former Senator John Edwards of North Carolina, said his commitment to abortion rights ran deep.

"He hasn't changed, he hasn't wavered," she said. "John is pro-choice not because he made some political calculation. He simply is pro-choice."

Mrs. Edwards argued that the nation was now "one justice away from overturning Roe v. Wade," the 1973 Supreme Court decision recognizing a right to abortion. She added that it was no time for the abortion-rights side to flinch.

"There are times when compromise simply means capitulation, and this is one of those times," she said. "Just as you can't be a little bit pregnant, you can't be a little bit deprived of the right to control your body."

All of the candidates emphasized their commitment to a "prevention agenda" that intends to reduce the number of abortions by reducing unintended pregnancies.

Copyright 2007 The New York Times Company

"

**EXHIBIT 6**

*Supreme Court*
## *State of Arkansas*
*Little Rock*

# CERTIFICATE OF GOOD STANDING

State of Arkansas

in the Supreme Court

I, Leslie W. Steen, Clerk of the Supreme Court of Arkansas, do hereby certify that Hillary D. Rodham Clinton was enrolled as an Attorney at Law and Solicitor in Chancery by the Supreme Court of this State on October 18, 1973; that no disbarment proceedings have been filed against her in this court, that she has not had any adverse disciplinary action whatsoever during the past three year period, and that her private and professional character appear to be good.

In Testimony Whereof, I hereunto set my hand as Clerk and affix the seal of Said Court this 23rd day of January, 2008.

LESLIE W. STEEN
(CLERK SUPREME COURT OF ARKANSAS)

By _____
Deputy Clerk