UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
ASSOCIATION OF AMERICAN PHYSICIANS  )
AND SURGEONS, INC., *et al.*,       )
                                    )
    Plaintiffs,                  )
                                    )
    v.                           )  Civil Action No. 07-668 (JDB)
                                    )
FOOD & DRUG ADMINISTRATION, *et. al.*,)
                                    )
    Defendants,                  )
                                    )
    and                          )
                                    )
DURAMED PHARMACEUTICALS, INC.       )
                                    )
    Intervenor-Defendant.        )
_____)

**FEDERAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION
FOR JUDICIAL NOTICE OF SPEECH BY SEN. CLINTON**

    Federal defendants submit this opposition to clarify their objection to plaintiffs' motion for judicial notice of a speech by Senator Clinton on July 17, 2007. The government does not dispute that Senator Clinton made the quoted comment in a speech on the date and in the forum specified, but the speech is not proper for judicial notice in this action for several reasons:

- The statement plaintiffs quote has no bearing on the threshold issues (standing and exhaustion) on which the Court based its dismissal order, *see* Fed. Def Opp to Pls' Mot. to Alter or Amend Judgment (Apr. 1, 2008) at 9;

- The quoted statement does not bolster in any way plaintiffs' purported justifications for reopening judgment or amending the complaint, *see* Fed. Def.'s Opp. to Pls.' Mot. to Alter or Amend Judgment (Apr. 1, 2008) at 12;

- Even if the Court had reached the merits of plaintiffs' claims, which it did not, the quoted statement would not be part of the administrative record of the agency's decisions; and

- The completeness and accuracy of a portion of a July 2007 campaign speech ("We're not letting anybody get confirmed until you promise to *approve* over-the-counter Plan B") is contradicted and/or qualified by Senator Clinton's August 2006 press release (which was contemporaneous with the subject events) in which she stated that she would "not lift the hold until the FDA makes a decision on Plan B, *yes or no*." *See* Senator Clinton Press Release (August 1, 2006) (available at http://clinton.senate.gov/news/statements/details.cfm?id=260409&&) (emphasis added). The significant difference between urging FDA to make a decision on a pending application and urging FDA to approve Plan B sharply undercuts any probative value of the statement plaintiffs are asking the Court to judicially notice. Accordingly, plaintiffs' motion should be denied.

Dated: April 30, 2008.

Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JANE M. LYONS, D.C. Bar. # 451737
Assistant United States Attorney
555 Fourth St., N.W. - Room E4822
Washington, D.C.  20530
(202) 514-7161

OF COUNSEL:

JAMES C. STANSEL
Acting General Counsel

GERALD F. MASOUDI
Associate General Counsel, Food and Drug Division

ERIC M. BLUMBERG
Deputy Chief Counsel, Litigation

KAREN E. SCHIFTER
Associate Chief Counsel, Litigation
U.S. Dept. of Health & Human Services
Office of the General Counsel