UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATION OF AMERICAN PHYSICIANS & SURGEONS, INC., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>FOOD & DRUG ADMINISTRATION, *et al.*,<br><br>  Defendants,<br><br>  and<br><br>DURAMED PHARMACEUTICALS, INC.,<br><br>  Defendant-Intervenor | Civil Action No. 07-0668-JDB |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs file this notice to advise the Court that the U.S. Court of Appeals for the D.C. Circuit denied petitions for rehearing *en banc* and for panel reconsideration in *New Jersey v. E.P.A.*, No. 05-1097 (D.C. Cir.) yesterday. Plaintiffs have cited *New Jersey v. E.P.A.* as new authority in support of plaintiffs' argument that §503(b)(3) of the Federal Food, Drug and Cosmetic Act required a rulemaking to remove "Plan B" from §503(b)(1)'s prescription requirements. Copies of the relevant orders are attached.

Dated: May 21, 2008         Respectfully submitted,

  /s/ Lawrence J. Joseph
Lawrence J. Joseph, D.C. Bar No. 464777

1250 Connecticut Ave., NW, Suite 200
Washington, DC 20036
Telephone: (202) 669-5135
Telecopier: (202) 318-2254

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of May 2008, I electronically filed the foregoing "Notice of Supplemental Authority" and its attachments with the Clerk of the Court using the CM/ECF system, which I understand to have caused service of Jane M. Lyons of the U.S. Attorney's Office for the District of Columbia, on behalf of the federal defendants, and of Richard M. Cooper, on behalf of defendant-intervenor Duramed Pharmaceuticals, Inc.

/s/ Lawrence J. Joseph
Lawrence J. Joseph

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 05-1097          September Term 2007

EPA-70FR15993

**Filed On:** May 20, 2008

State of New Jersey, et al.,

    Petitioners

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Utility Air Regulatory Group, et al.,
    Intervenors

------------------------------

Consolidated with 05-1104, 05-1116, 05-1118,
05-1158, 05-1159, 05-1160, 05-1162,
05-1163, 05-1164, 05-1167, 05-1174,
05-1175, 05-1176, 05-1183, 05-1189,
05-1263, 05-1267, 05-1270, 05-1271,
05-1275, 05-1277, 06-1211, 06-1220,
06-1231, 06-1287, 06-1291, 06-1293, 06-1294

    **BEFORE:**    Sentelle, Chief Judge, and Ginsburg,* Henderson,* Randolph,* Rogers, Tatel, Garland,* Brown, Griffith, and Kavanaugh,* Circuit Judges

## O R D E R

Upon consideration of petitions for rehearing en banc, the responses thereto, and the absence of a request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
        Michael C. McGrail
        Deputy Clerk

* Circuit Judges Ginsburg, Henderson, Randolph, Garland, and Kavanaugh did not participate in this matter.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 05-1097                                              September Term 2007

EPA-70FR15993

**Filed On:** May 20, 2008

State of New Jersey, et al.,

    Petitioners

    v.

Environmental Protection Agency,

    Respondent

------------------------------

Utility Air Regulatory Group, et al.,
    Intervenors

------------------------------

Consolidated with 05-1104, 05-1116, 05-1118,
05-1158, 05-1159, 05-1160, 05-1162,
05-1163, 05-1164, 05-1167, 05-1174,
05-1175, 05-1176, 05-1183, 05-1189,
05-1263, 05-1267, 05-1270, 05-1271,
05-1275, 05-1277, 06-1211, 06-1220,
06-1231, 06-1287, 06-1291, 06-1293, 06-1294

       **BEFORE:**   Rogers, Tatel, and Brown, Circuit Judges

## O R D E R

    Upon consideration of intervenor Utility Air Regulatory Group's petition for panel rehearing filed on March 24, 2008, it is

    **ORDERED** that the petition be denied.

### Per Curiam

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk

                BY:    /s/
                        Michael C. McGrail
                        Deputy Clerk